IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIOMED, INC., DIOMED HOLDINGS, INC., and DIOMED LIMITED,

Plaintiff,

v.

VASCULAR SOLUTIONS, INC. and NANCY L. ARNOLD,

Defendant.

FILED
CLERK'S OFFICE

2003 DEC 11 P 3: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION NO.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), Plaintiffs submit the following corporate disclosure:

Plaintiff Diomed, Inc. states that it has one parent corporation, Diomed Holdings, Inc. Diomed, Inc. is a Delaware corporation with its principal office at One Dundee Park, Suite 5/6, Andover, MA.

Plaintiff Diomed Holdings, Inc. states that it has no parent corporations or any publicly held company owning 10 percent or more of its stock. Diomed Holdings, Inc. is a Delaware corporation with its principal office at One Dundee Park, Suite 5/6, Andover, MA.

Plaintiff Diomed Limited states that it is a wholly owned subsidiary of Plaintiff Diomed Holdings. Diomed Limited is a United Kingdom company with its principal office at Cambridge Research Park, Beach Drive, Cambridge CB5 9TE, United Kingdom.

                                        Respectfully submitted,

                                        DIOMED, INC., DIOMED HOLDINGS, INC., and DIOMED LIMITED,

Dated: December 11, 2003          By its attorneys,

                                        _____
                                        Michael A. Albert (BBO #558566)
                                        James J. Foster (BBO #553285)
                                        Michael N. Rader (BBO #646990)
                                        Wolf, Greenfield & Sacks, P.C.
                                        600 Atlantic Avenue
                                        Boston, MA 02210
                                        (617) 720-3500