IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED INC., DIOMED HOLDINGS INC. and DIOMED LIMITED<br><br>Plaintiffs,<br><br>- against -<br><br>VASCULAR SOLUTIONS, INC. and NANCY L. ARNOLD,<br><br>Defendants. | Civil Action No. 03-cv-12498 (RWZ)<br><br>**JURY DEMAND** |

Pursuant to Fed. R. Civ. P. 38, Plaintiffs Diomed Inc., Diomed Holdings Inc. and Diomed Limited hereby demand a trial by jury on all issues so triable.

Dated: December 11, 2003

Respectfully submitted,

_____
Michael A. Albert (BBO #558566)
James J. Foster (BBO #553285)
Michael N. Rader (BBO #646990)
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 720-3500

*Attorneys for Plaintiffs Diomed Inc., Diomed Holdings Inc. and Diomed Limited*

Of Counsel:

Hollis Gonerka Bart
McGuireWoods LLP
65 E. 55th Street
New York, New York 10022
(212) 421-5555