STATE OF MINNESOTA

COUNTY OF HENNEPIN

AFFIDAVIT OF SERVICE

Christine Widell, being duly sworn, on oath says: that on the 5th day of January, 2004, at 4:00 p.m. (s)he served the attached Summons and Complaint upon Nancy L. Arnold therein named, personally at 6464 Sycamore Court North, Maple Grove, County of Hennepin, State of Minnesota, by handing to and leaving with Nancy L. Arnold, a true and correct copy thereof.

Nancy L. Arnold is a white female, approximately 47 years old, 125 #, 5'8" with blonde hair.

_Christine Widell_

Subscribed and sworn to before me,
January 8, 2004.
_Danelle Dille_
Notary Public

DANELLE DILLE
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2007

Re: D0610-60000US00