**STATE OF MINNESOTA**

**COUNTY OF HENNEPIN**

**AFFIDAVIT OF SERVICE**

Christine Widell, being duly sworn, on oath says: that on the 5th day of January, 2004, at 3:58 p.m. (s)he served the attached Summons and Complaint upon Vascular Solutions, Inc. therein named, personally at 6464 Sycamore Court North, Maple Grove, County of Hennepin, State of Minnesota, by handing to and leaving with James Hennen, Chief Financial Officer, a true and correct copy thereof.

James Hennen is a white male, approximately 31 years old, 185 #, 6' with brown hair.

*Christine Widell*

Subscribed and sworn to before me,
January 8, 2004.

*Rose Batsell*
Notary Public

ROSE BATSELL
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

Re: D0610-60000US00