IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIOMED INC., DIOMED HOLDINGS INC.,
and DIOMED LIMITED,

Plaintiffs,

v.

VASCULAR SOLUTIONS, INC. and,
NANCY L. ARNOLD,

Defendants.

FILING FEE PAID:
RECEIPT #_____
AMOUNT S_____
BY DPTY CLK_____
DATE_____

Civil Action No. 03-CV-12498 (RWZ)

FILING FEE PAID:
RECEIPT #_____
AMOUNT S_____
BY DPTY CLK_____
DATE_____

## MOTION FOR ADMISSION PRO HAC VICE

Michael A. Albert, the undersigned counsel for Plaintiffs Diomed Inc., Diomed Holdings
Inc. and Diomed Limited in the above-entitled matter, hereby moves this Court, pursuant to
Local Rule 83.5.3(b), to permit Attorneys Hollis Gonerka Bart and Christine M. Fecko (attorneys
with the law firm of McGuireWoods LLP, having offices at 65 E. 55th Street, New York, New
York 10022) to appear and practice in this case. As grounds for this motion, the undersigned
states as follows:

1.      The undersigned appeared in this matter by filing the Plaintiffs' complaint. See
Local Rule 83.5.2(a) and 83.5.3(b)(3).

2.      Attorneys Bart and Fecko set forth in their accompanying Affidavits that (a) they
are members in good standing of the bar in every jurisdiction in which they have been admitted
to practice; (b) there are no disciplinary matters pending against them; and (c) they are familiar
with the local rules of this Court.

- 2 -

**WHEREFORE**, the undersigned requests that Attorneys Bart and Fecko be granted permission to represent the Plaintiffs Diomed Inc., Diomed Holdings Inc. and Diomed Limited in this action.

Respectfully submitted,

Date: January 16, 2004

By:_____

Michael A. Albert, BBO #558566
James J. Foster, BBO #553285
Michael N. Rader, BBO #646990
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Federal Reserve Plaza
Boston, Massachusetts 02210
Tel.: (617) 720-3500
Fax: (617) 720-2441

*Attorneys for Plaintiffs Diomed Inc.,
Diomed Holdings Inc. and Diomed Limited*