UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIOMED INC., DIOMED
HOLDINGS INC. and DIOMED
LIMITED,

        Plaintiffs,

v.

VASCULAR SOLUTIONS, INC. and
NANCY L. ARNOLD,

        Defendants.

Civil Action No. 03 CV 12498RWZ

## APPEARANCES OF STEVEN L. FELDMAN AND JOHN R. BAUER ON BEHALF OF VASCULAR SOLUTIONS, INC. AND NANCY L. ARNOLD

Pursuant to Local Rule 83.5.2, Steven L. Feldman and John R, Bauer, of Ruberto, Israel & Weiner, P.C. hereby appear in the above-captioned action on behalf of Defendants Vascular Solutions, Inc. and Nancy L. Arnold.

Respectfully Submitted,

VASCULAR SOLUTIONS, INC.
AND NANCY L. ARNOLD

By their Attorneys,

_____
Steven L. Feldman (BBO #162290)
slf@riw.com
John R. Bauer (BBO #630742)
jrb@riw.com
Ruberto, Israel & Weiner, P.C.,
100 North Washington Street
Boston, MA 02114
(617) 742-4200

Dated: January 26, 2004

## CERTIFICATE OF SERVICE

    I, John R. Bauer, hereby certify that on January 26, 2004, I caused to be served by hand upon the attorneys of record for the Plaintiff a true copy of the above document.

                                                                                 _____
                                                                                     John R. Bauer

U:\JRB\Vascular Solutions\Pleadings\Appearance.doc