IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED INC., DIOMED HOLDINGS INC. and DIOMED LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC. and NANCY L. ARNOLD,<br><br>Defendants. | Civil Action No. 03 CV 12498 RWZ<br><br>**DEFENDANTS' MOTION TO DISMISS OR TRANSFER** |

## MOTION

Defendants hereby move to dismiss Plaintiffs' Complaint, or, alternatively, to transfer this action to the United States District Court for the District of Minnesota. The grounds for Defendants' motion are:

1) The Court cannot assert personal jurisdiction over Defendant Nancy Arnold and she is an indispensable party. The Complaint must therefore be dismissed pursuant to Fed. R. Civ. P. 12(b)(2) and 19(b).

2) Venue is improper under 28 U.S.C. § 1391(b). The Complaint must therefore be dismissed pursuant to Fed. R. Civ. P. 12(b)(3), or, alternatively, the action must be transferred to the United States District Court for the District of Minnesota pursuant to 28 U.S.C. § 1406(a).

The grounds are set forth more fully in the Memorandum in Support of Defendants' Motion to Dismiss and the accompanying Declaration of Nancy Arnold.

## REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument would materially assist the Court and request a hearing.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Defendants' counsel, J. Thomas Vitt, hereby certifies that counsel have conferred and were unable to resolve Defendants' motion.

_____
J. Thomas Vitt

Respectfully Submitted,

VASCULAR SOLUTIONS, INC.
AND NANCY L. ARNOLD

By their Attorneys,

_____
Steven L. Feldman (BBO #162290)
slf@riw.com
John R. Bauer (BBO #630742)
jrb@riw.com
Ruberto, Israel & Weiner, P.C.,
100 North Washington Street
Boston, MA 02114
(617) 742-4200

J. Thomas Vitt
vitt.thomas@dorsey.com
Todd R. Trumpold
trumpold.todd@dorsey.com
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402-1498
(612) 340-5675
(Applications for *pro hac vice* admissions pending)

Dated: January 26, 2004

2

## CERTIFICATE OF SERVICE

I, John R. Bauer, hereby certify that on January 26, 2004, I caused to be served by hand upon the attorneys of record for the Plaintiff a true copy of the above document.

_____
John R. Bauer

U:\JRB\Vascular Solutions\Pleadings\Motion to Dismiss or Transfer.doc