UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIOMED INC., DIOMED
HOLDINGS INC. and DIOMED
LIMITED,

        Plaintiffs,

v.

VASCULAR SOLUTIONS, INC. and
NANCY L. ARNOLD,

        Defendants.

Civil Action No. 03 CV 12498RWZ

### DEFENDANT VASCULAR SOLUTIONS, INC.'S RULE 7.3 (A) CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), Defendant Vascular Solutions, Inc. ("VSI") hereby states that VSI does not have a parent corporation and no publicly held company own 10% or more of VSI's stock.

Respectfully Submitted,

VASCULAR SOLUTIONS, INC.

By its Attorneys,

Steven L. Feldman (BBO #162290)
slf@riw.com
John R. Bauer (BBO #630742)
jrb@riw.com
Ruberto, Israel & Weiner, P.C.,
100 North Washington Street
Boston, MA 02114
(617) 742-4200

J. Thomas Vitt
vitt.thomas@dorsey.com
Todd R. Trumpold
trumpold.todd@dorsey.com
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402-1498
(612) 340-5675
(Applications for *pro hac vice* admissions pending)

Dated: January 26, 2004

## CERTIFICATE OF SERVICE

I, John R. Bauer, hereby certify that on January 26, 2004, I caused to be served by hand upon the attorneys of record for the Plaintiff a true copy of the above document.

_____
John R. Bauer

U:\JRB\Vascular Solutions\Pleadings\Rule 7.3 Statement.doc

2