UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED INC., DIOMED HOLDINGS INC. and DIOMED LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC. and NANCY L. ARNOLD, <br><br> Defendants. | Civil Action No. 03 CV 12498RWZ |

### APPLICATION FOR ADMISSION OF COUNSEL PRO HAC VICE ON BEHALF OF DEFENDANTS VASCULAR SOLUTIONS, INC. AND NANCY L. ARNOLD

Steven L. Feldman ("Feldman") herein moves, pursuant to Local Rule 83.5.3, on behalf of the defendants, Vascular Solutions, Inc. ("VSI") and Nancy L. Arnold ("Arnold"), for the admission of attorneys J. Thomas Vitt and Todd R. Trumpold *pro hac vice* in this action. In support of this Application, Feldman states as follows:

1. Feldman, a shareholder in the Boston firm of Ruberto, Israel & Weiner, P.C. ("RIW"), is a member in good standing of the Bar of the Commonwealth of Massachusetts and of this Court. Feldman has filed an appearance on behalf of the defendants in this matter.

2. VSI and Arnold also are represented by Minnesota counsel, J. Thomas Vitt and Todd R. Trumpold of Dorsey & Whitney LLP, 220 South Sixth Street, Pillsbury Center South, Minneapolis, Minnesota.

3. In further support of this Motion, attached as Exhibits 1 and 2 are the Certificates of J. Thomas Vitt and Todd R. Trumpold attesting as follows: (1) they are members in good standing in every jurisdiction in which they have been admitted to practice, (2) there are no disciplinary

proceedings pending against them as members of the bar in any jurisdiction, and (3) they are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, it is respectfully requested that Attorneys J. Thomas Vitt and Todd R. Trumpold be admitted *pro hac vice* in this action.

Respectfully Submitted,

VASCULAR SOLUTIONS, INC. and
NANCY L. ARNOLD

By their Attorneys,

Steven L. Feldman (BBO #162290)
slf@riw.com
John R. Bauer (BBO #630742)
jrb@riw.com
Ruberto, Israel & Weiner, P.C.,
100 North Washington Street
Boston, MA 02114
(617) 742-4200

Dated: January 26, 2004

### CERTIFICATE OF SERVICE

I, John R. Bauer, hereby certify that on January 26, 2004, I caused to be served by hand upon the attorneys of record for the Plaintiff a true copy of the above document.

John R. Bauer

U:\JRB\Vascular Solutions\Pleadings\Pro Hac Vice Motion.doc