IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED INC., DIOMED HOLDINGS INC., and DIOMED LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC. and, NANCY L. ARNOLD,<br><br>Defendants. | Civil Action No. 03-CV-12498 (RWZ) |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Plaintiffs respectfully seek leave to exceed (by eleven pages) the 20-page limit set forth in Local Rule 7.1(b)(4) for their Opposition to Defendants' Motion to Dismiss or Transfer Venue.

In support of this motion, Plaintiffs state as follows:

(1) Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs conferred with counsel for Defendants, who stated that Defendants do not intend to oppose this motion.

(2) Defendants' Motion to Dismiss or Transfer Venue raises a number of highly fact-intensive issues, including the nature and extent of Defendant Arnold's dealings and contacts with Massachusetts. Defendants' motion also raises a variety of legal issues including personal jurisdiction over Arnold, and a contention that Arnold is a "necessary party" pursuant to Fed. R. Civ. P. 19(a). Responding to Defendants' factual assertions and legal arguments, particularly on a motion to dismiss, in this complex and fact-intensive intellectual property case, required Plaintiffs to exceed the default page limit for opposition briefs.

(3)  Defendants will not be prejudiced by grant of this motion, as evidenced by their counsel's agreement not to oppose it.

Respectfully submitted,

DIOMED INC., DIOMED HOLDINGS INC., and DIOMED LIMITED,

By their counsel,

Dated: February 23, 2004

Michael A. Albert, BBO # 558566
Michael N. Rader, BBO # 646990
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 720-3500

Of Counsel:

Hollis Gonerka Bart (admitted *pro hac vice*)
Christine M. Fecko (admitted *pro hac vice*)
Duane A. Cranston
McGUIREWOODS LLP
65 East 55th Street
New York, New York 10022
(212) 421-5555

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Plaintiffs conferred with counsel for Defendants, who stated that Defendants do not intend to file an opposition to the within motion.

Michael Albert