UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIOMED INC., DIOMED HOLDINGS INC.
AND DIOMED LIMITED,

          Plaintiffs,

- against -

VASCULAR SOLUTIONS, INC. and
NANCY L. ARNOLD,

          Defendants.

Civil Action No. 03 CV 12498 RWZ

**AFFIDAVIT OF
HOLLIS GONERKA BART**

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NEW YORK )

HOLLIS GONERKA BART, being duly sworn, states:

1. I am member of the law firm of McGuireWoods LLP, representing plaintiffs Diomed Inc., Diomed Holdings Inc., and Diomed Limited (collectively "Diomed") in this action. I respectfully submit this affidavit to place before the Court certain publicly available documents which Diomed is proffering in support of its opposition to the motion of defendants Vascular Solutions, Inc. ("VSI") and Nancy Arnold to dismiss the Complaint for lack of personal jurisdiction as to Arnold or, in the alternative, to transfer the action to the United States District Court for the District of Minnesota.

2. I attach hereto true and correct copies of referenced pages from defendant VSI's 2002 Form 10-K filing with the Securities & Exchange Commission, as Exhibit A, and materials retrieved from the website maintained by VSI, www.vascularsolutions.com, as Exhibit B.

_____
HOLLIS GONERKA BART

Sworn to before me
this 12th day of February 2004

_____
Notary Public

\\COM\390680.1

SOYINI LOVELL
Notary Public, State of New York
No. 01LO6053334
Qualified in Queens County
Commission Expires January 08, 20 07

2