UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

DIOMED INC., DIOMED HOLDINGS INC.
AND DIOMED LIMITED,

                Plaintiffs,

- against -

VASCULAR SOLUTIONS, INC. and
NANCY L. ARNOLD,

                Defendants.

Civil Action No. 03 CV 12498 RWZ

**AFFIDAVIT OF DAVID SWANK**

---

STATE OF MASSACHUSETTS )
                             ) ss.:
COUNTY OF ESSEX          )

David Swank, being duly sworn, states:

1. I am the Chief Financial Officer of Plaintiff Diomed Inc. ("Diomed") and am based in Diomed's office in Andover, Massachusetts.

2. I respectively submit this affidavit in opposition to the motion of defendants Vascular Solutions, Inc. and Nancy Arnold to dismiss the Complaint for lack of personal jurisdiction as to Arnold or, in the alternative, to transfer the action to the United States District Court for the District of Minnesota for the convenience of the defendants.

3. Diomed is a leading provider of laser equipment and disposable laser-delivery accessory items. Diomed's most successful laser treatment solution is its trademarked laser treatment of varicose veins – known as its Endovenous Laser Treatment ("EVLT®") product line. Current EVLT® products include Diomed's EVLT® laser and a disposable procedure kit (the "EVLT® Kit") that contains a vascular access needle, guide wire, introducer, laser fiber and

a sheath (the "EVLT® Sheath"), which is used to guide the laser fiber to the targeted treatment area where the energy is delivered.

4. Diomed, through additional research and scientific study and the expenditure of significant time, money and resources, has developed a design for an improved sheath that contained interval markings that enable the practitioner to remove the sheath and laser fiber with enhanced precision and control (the "EVLT® Marked Sheath"). The EVLT® Marked Sheath was designed to be marketed as part of a new, improved procedure kit (the "Improved EVLT® Kit"). Diomed's Improved EVLT® Sheath also has been specifically designed to correspond with an improved version of the EVLT® laser console. Diomed has expended well over $200,000 in developing the Improved EVLT® Kit.

5. The concepts, ideas, techniques, technology, specifications, designs, and other confidential information relating to the improvements Diomed was developing for its next generation EVLT® System, including the addition of markings to the sheath, and Diomed's business plans and marketing strategies for the Improved EVLT® System is owned by Diomed, which is located in Massachusetts.

6. The marketing materials for the EVLT® Marked Sheath were created and are located in Massachusetts.

7. As a result of the actions of Arnold as detailed in the Complaint, Diomed has suffered injury in Massachusetts, including the loss of the advantages to be derived from being the first to market with a marked sheath and the loss of sales revenues.

8. At least two of Diomed's Massachusetts based customers, Brigham & Women's Hospital in Boston and Emerson Hospital in Concord, have stopped purchasing Diomed's

EVLT® Kit and have switched to VSI's accessory kit, which contains a sheath with markings like the ones Diomed developed as an improvement to its sheath.

9. Witnesses knowledgeable about Diomed's development of the EVLT® Marked Sheath, contacts with Nancy Arnold, Diomed's use of the EVLT® registered mark and the injuries Diomed have suffered are all located in Andover, Massachusetts or regularly travel there on Diomed business.

_____
David Swank

Sworn to before me
this ___ day of February 2004

_____
Notary Public



DAVID B. SWANK personally appeared before me, and proved his/her identification through satisfactory evidence, which were personal knowledge and acknowledged the foregoing instrument to be his/her free act and deed on this 19 day of February 2004.
Samuel D. Wade    Commonwealth of Massachusetts
Notary Public My Commission Expires October 25, 2007

Samuel Wade

\\COM\389816.1

3

EVLT® Kit and have switched to VSI's accessory kit, which contains a sheath with markings like the ones Diomed developed as an improvement to its sheath.

9. Witnesses knowledgeable about Diomed's development of the EVLT® Marked Sheath, contacts with Nancy Arnold, Diomed's use of the EVLT® registered mark and the injuries Diomed have suffered are all located in Andover, Massachusetts or regularly travel there on Diomed business.

_____
David Swank

Sworn to before me
this ___ day of February 2004

_____
Notary Public



DAVID B. Swank personally appeared before me, and proved his/her identification through satisfactory evidence, which were Personal Knowledge to be the person whose name is signed on the preceding or attached document in my presence. 12 day of February, 2004.
Samuel D. Wade    Commonwealth of Massachusetts
Notary Public    My Commission Expires October 25, 2007

\\COM\389816.1

3