IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIOMED INC., DIOMED HOLDINGS INC.,
and DIOMED LIMITED,

       Plaintiffs,

v.

VASCULAR SOLUTIONS, INC. and
NANCY L. ARNOLD,

       Defendants.

Civil Action No. 03-CV-12498 (RWZ)

## NOTICE OF ATTORNEY ADDRESS CHANGE

Please take notice, pursuant to Local Rule 83.5.2(e), that Attorneys Hollis Gonerka Bart and Christine M. Fecko, of counsel for Plaintiffs in this action (and both admitted *pro hac vice*) have changed their address, effective April 1, 2004. Their new address is:

McGuireWoods LLP
1345 Avenue of the Americas (7th floor)
New York, New York 10105
Tel: (212) 548-2100
Fax: (212) 548-2150

       Respectfully submitted,

       DIOMED INC., DIOMED HOLDINGS INC., and
       DIOMED LIMITED,

       By their counsel,

Dated: March 23, 2004       __/s/ Michael N. Rader_____
       Michael A. Albert, BBO # 558566
       malbert@wolfgreenfield.com
       Michael N. Rader, BBO # 646990
       mrader@wolfgreenfield.com
       WOLF, GREENFIELD & SACKS, P.C.
       600 Atlantic Avenue
       Boston, Massachusetts 02210

                                              Tel: (617) 720-3500  
                                              Fax: (617) 720-2441

<u>Of Counsel</u>:

Hollis Gonerka Bart (admitted *pro hac vice*)  
Christine M. Fecko (admitted *pro hac vice*)  
Duane A. Cranston  
McGuireWoods LLP  
1345 Avenue of the Americas (7th floor)  
New York, New York 10105  
Tel: (212) 548-2100  
Fax: (212) 548-2150