IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED INC., DIOMED HOLDINGS INC. and DIOMED LIMITED,<br><br>    Plaintiffs,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC. and NANCY L. ARNOLD,<br><br>    Defendants. | Civil Action No. 03 CV 12498 RWZ<br><br>DEFENDANTS' ASSENTED TO MOTION TO ENLARGE TIME IN WHICH TO FILE RESPONSIVE PLEADING |

Pursuant to Fed. R. Civ. P. 6(b), Defendants Vascular Solutions, Inc. and Nancy L. Arnold, through their counsel, Ruberto, Israel & Weiner, P.C., hereby request an enlargement of time to and until June 16, 2004 in which to file a responsive pleading to the Complaint.

Plaintiffs' counsel has assented to allowance of this motion.

    Respectfully submitted:

    VASCULAR SOLUTIONS, INC.

    By its Attorneys,

    /s/ John R. Bauer
    Steven L. Feldman (BBO #162290)
    John R. Bauer (BBO #630742)
    RUBERTO, ISRAEL & WEINER, P.C.
    100 North Washington Street
    Boston, MA 02114
    (617) 742-4200

    DATED:  June 9, 2004

U:\JRB\Vascular Solutions\Pleadings\Stipulation to Enlarge Time.doc