IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED INC., DIOMED HOLDINGS INC., and DIOMED LIMITED,<br><br>    Plaintiffs,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC. and NANCY L. ARNOLD,<br><br>    Defendants. | Civil Action No. 03-CV-12498 (RWZ) |

## **PLAINTIFFS' REPLY TO DEFENDANTS' COUNTERCLAIM**

Plaintiffs hereby reply to the Counterclaim filed by Defendants.

1.    Plaintiffs deny all the allegations of paragraphs 1-172 of Defendants' Answer except for those expressly admitted in Plaintiffs' pleadings.  No response is required with respect to paragraphs 173-180, as no such paragraphs appear in Defendants' Answer.

2.    Admit.

3.    Admit.

4.    Admit.

5.    Admit.

6.    Admit.

7.    Deny.

8. Admit that VSI purports to seek such relief, otherwise deny.

                    Respectfully submitted,

                    DIOMED INC., DIOMED HOLDINGS INC., and DIOMED LIMITED,

                    By their counsel,

Dated: July 6, 2004
                    /s/ Michael A. Albert
                    Michael A. Albert (BBO #558566)
                    malbert@wolfgreenfield.com
                    James J. Foster (BBO #553285)
                    jfoster@wolfgreenfield.com
                    Michael N. Rader (BBO #646990)
                    mrader@wolfgreenfield.com
                    WOLF, GREENFIELD & SACKS, P.C.
                    600 Atlantic Avenue
                    Boston, Massachusetts 02210
                    Tel: (617) 720-3500
                    Fax: (617) 720-2441

Of Counsel:

Hollis Gonerka Bart (admitted *pro hac vice*)
Christine M. Fecko (admitted *pro hac vice*)
Duane A. Cranston
McGuireWoods LLP
1345 Avenue of the Americas (7th floor)
New York, New York 10105
Tel: (212) 548-2100
Fax: (212) 548-2150