IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., DIOMED HOLDINGS, INC., AND DIOMED LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC. AND NANCY L. ARNOLD,<br><br>    Defendant. | CIVIL ACTION NO. 03CV12498 RWZ |

**LOCAL RULE 16.1 JOINT STATEMENT**

Pursuant to Local Rule 16.1(B), counsel for the parties have conferred regarding an agenda of matters to be discussed at the upcoming Rule 16 conference, a proposed pretrial schedule for the case that includes a plan for discovery, and consideration of mediation and consent to trial by a magistrate judge

Counsel have prepared this Joint Statement pursuant to Local Rule 16.1.

**I.  DISCOVERY**

The parties shall make their Fed. R. Civ. P. 26(a)(1) initial disclosures by <u>July 15, 2004</u>.

All discovery (including document production, interrogatories, requests for admission, depositions and expert reports) shall be completed by <u>May 2, 2005</u>.

There shall be a limit of fifty (50) interrogatories per side.  Document requests and requests for admission shall not be limited.  Each party shall be permitted a total of twelve (12) depositions, including expert depositions, unless otherwise agreed upon by the parties and/or authorized by the Court.

**II.  EXPERT DISCOVERY**

Each party will designate its expert witnesses, and provide expert reports with regard to issues on which it bears the burden of proof, by February 14, 2005.  Each party shall provide

rebuttal expert reports within one month of service of the other party's corresponding report.

**III.    SUMMARY JUDGMENT**

Summary judgment motions shall be filed within thirty (30) days of the close of discovery. Oppositions to summary judgment motions shall be filed within twenty-one (21) days after summary judgment motions have been filed. Reply briefs in support of summary judgment motions shall be filed within fourteen (14) days after oppositions to summary judgment have been filed.

**IV.    JOINDER OF PARTIES AND AMENDMENT OF PLEADINGS**

The parties shall be allowed until October 1, 2004 to file motions to join additional parties. The parties shall be allowed until December 1, 2004 to file motions to amend the pleadings.

**V.    CONFIDENTIAL INFORMATION**

Counsel will submit a Protective Order pursuant to Fed. R. Civ. P. 26(c)(7) to the Court for approval prior to the exchange of any confidential documents.

**VI.    TRIAL BY MAGISTRATE JUDGE**

The parties are not prepared to consent to trial by a magistrate judge.

**VII.    LOCAL RULE 16.1(D)(3) CERTIFICATIONS**

The certifications required by Local Rule 16.1(D)(3) will be filed at or prior to the Scheduling Conference.

## VIII. SCHEDULE MODIFICATIONS

All dates and other terms set forth herein may be modified by the Court in its discretion or by written agreement between the parties as approved by the Court, or upon motion to the Court for good cause shown.

Respectfully submitted,

| | |
|---|---|
| /s/ Michael A. Albert | /s/ J. Thomas Vitt |
| Michael A. Albert (BBO #558566) | Steven L. Feldman (BBO #162290) |
| malbert@wolfgreenfield.com | slf@riw.com |
| James J. Foster (BBO #553285) | John R. Bauer (BBO #630742) |
| jfoster@wolfgreenfield.com | jrb@riw.com |
| Michael N. Rader (BBO #646990) | RUBERTO, ISRAEL & WEINER, P.C. |
| mrader@wolfgreenfield.com | 100 North Washington Street |
| WOLF, GREENFIELD & SACKS, P.C. | Boston, MA  02114 |
| 600 Atlantic Avenue | (617) 742-4200 |
| Boston, MA  02210 | |
| (617) 720-3500 | J. Thomas Vitt |
| | vitt.thomas@dorsey.com |
| | Todd Trumpold |
| | trumpold.todd@dorsey.com |
| | DORSEY & WHITNEY LLP |
| | Suite 1500 |
| | 50 South Sixth Street |
| | Minneapolis, MN  55402 |
| | (612) 340-5675 |
| COUNSEL FOR DIOMED, INC. | COUNSEL FOR VASCULAR SOLUTIONS, INC. |

Dated:  July 7, 2004