
**Wolf Greenfield**
SPECIALISTS IN INTELLECTUAL PROPERTY LAW

Michael A. Albert
malbert@wolfgreenfield.com
direct dial 617.646.8240

July 9, 2004

<u>VIA FACSIMILE 617-748-9096</u>

Ms. Lisa Urso
Courtroom Clerk
U.S. District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02110

    Re:   Diomed, Inc. v. Vascular Solutions, Inc., et al.
           Civil Action No.: 03cv12498 RWZ
           <u>Our File No.: D0610.60000US00</u>

Dear Ms. Urso:

    I spoke with Clerk Jay Johnson about a scheduling conflict I have in the above-identified case. He indicated that I should write to you about this. The initial scheduling conference in this case is scheduled for July 14, 2004 at 3:00p.m. I am scheduled to appear at another hearing at that same time before Judge Keeton on a motion for summary judgment in an earlier-filed case. We therefore request that the initial scheduling conference be moved from 3:00p.m. to 2:00p.m. on July 14th if convenient for the Court. Opposing counsel has been notified and agreed to this proposed time change. As the parties have agreed on a proposed schedule for the case, we do not expect any time-consuming issues to arise at the scheduling conference.

    Thank you for your assistance in this matter.

                              Very truly yours,

                              WOLF, GREENFIELD & SACKS, P.C.

                              Michael A. Albert

MAA/dmp
cc: J. Thomas Vitt, Esq.