UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED INC., DIOMED HOLDINGS INC. and DIOMED LIMITED,<br><br>        Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC. and NANCY L. ARNOLD,<br><br>        Defendant. | Civil Action No. 03 CV 12498RWZ |

**DEFENDANTS'**
**LOCAL RULE 16.1(D) CERTIFICATION**

Pursuant to Local Rule 16.1(D), Defendants Vascular Solutions, Inc. and Nancy Arnold and their attorneys, Dorsey & Whitney LLP, hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: July 15, 2004                    VASCULAR SOLUTIONS, INC.

                                              By:  /s/ Howard Root
                                                      Howard Root
                                                      Chief Executive Officer

Dated July 15, 2004                     /s/ Nancy Arnold
                                                   Nancy Arnold

Dated July 15, 2004                                         DORSEY & WHITNEY LLP

By:   /s/ J. Thomas Vitt
      J. Thomas Vitt
      Suite 1500, 50 South Sixth Street
      Minneapolis, MN  55402-1498
      Telephone:  (612) 340-2600

Attorneys for Defendants
Vascular Solutions Inc. and
Nancy Arnold

U:\JRB\Vascular Solutions\Pleadings\Local Rule 16.1(D) Certification.doc

2