UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIOMED INC., DIOMED
HOLDINGS INC. and DIOMED
LIMITED,

        Plaintiffs,

v.

VASCULAR SOLUTIONS, INC. and
NANCY L. ARNOLD,

        Defendants.

Civil Action No. 03 CV 12498RWZ

## APPEARANCE OF ERIC R. BARBER-MINGO ON BEHALF OF VASCULAR SOLUTIONS, INC. AND NANCY L. ARNOLD

Pursuant to Local Rule 83.5.2, Eric R. Barber-Mingo, of Ruberto, Israel & Weiner, P.C., hereby appears in the above-captioned action on behalf of Defendants Vascular Solutions, Inc. and Nancy L. Arnold.

    Respectfully Submitted,

    VASCULAR SOLUTIONS, INC. AND
    NANCY L. ARNOLD

    By Their Attorneys,

    /s/ Eric R. Barber-Mingo_____
    Steven L. Feldman (BBO #162290)
    Eric R. Barber-Mingo (BBO #564031)
    Ruberto, Israel & Weiner, P.C.
    100 North Washington Street
    Boston, MA 02114
    (617) 742-4200

Dated: August 9, 2004

U:\EBM\Vascular Solutions\Trade Secret Litigation\EBM Appearance.doc