UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIOMED INC., DIOMED
HOLDINGS INC. and DIOMED
LIMITED,

        Plaintiffs,                Civil Action No. 03 CV 12498RWZ

v.

VASCULAR SOLUTIONS, INC. and
NANCY L. ARNOLD,

        Defendants.

## NOTICE OF WITHDRAWAL OF APPEARANCE OF JOHN R. BAUER ON BEHALF OF VASCULAR SOLUTIONS, INC. AND NANCY L. ARNOLD

John R. Bauer hereby provides notice of his withdrawal as counsel on behalf of Defendants Vascular Solutions, Inc. and Nancy L. Arnold on the grounds that he will not be associated with the firm of Ruberto, Israel & Weiner after August 20, 2004. J. Thomas Vitt and Todd R. Trumpold, both of the Dorsey & Whitney, LLP, and Steven L. Feldman and Eric R. Barber-Mingo, both of Ruberto, Israel & Weiner, P.C., will continue to represent the Defendants.

Respectfully Submitted,

VASCULAR SOLUTIONS, INC.
AND NANCY L. ARNOLD

By their Attorneys,

/s/ John R. Bauer
Steven L. Feldman (BBO #162290)
Eric R. Barber-Mingo (BBO #564031)
John R. Bauer (BBO #630742)
Ruberto, Israel & Weiner, P.C.,
100 North Washington Street
Boston, MA 02114
(617) 742-4200

                                            J. Thomas Vitt  
                                            Todd R. Trumpold  
                                            Dorsey & Whitney LLP  
                                            Suite 1500  
                                            50 South Sixth Street  
                                            Minneapolis, MN  55402-1498  
                                            (612) 340-5675

Dated: August 9, 2004

U:\JRB\Vascular Solutions\Pleadings\Withdrawal of Appearance.doc