IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED INC., DIOMED HOLDINGS INC. and DIOMED LIMITED,<br><br>            Plaintiffs,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC. and NANCY L. ARNOLD,<br><br>            Defendants. | Civil Action No. 03 CV 12498 RWZ<br><br>**DEFENDANT VASCULAR SOLUTIONS, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND ANSWERS TO INTERROGATORIES 4, 5, AND 6** |

## MOTION

Defendant Vascular Solutions, Inc. ("VSI") hereby moves, pursuant to Fed. R. Civ. P. 37 and Local Rules 7.1 and 37.1, to compel Plaintiffs to:

1) specifically identify and produce the *marked documents*, if any in fact exist, evidencing disclosure of confidential information in documentary form under the Non-Disclosure Agreement between Diomed Holdings Inc. and Laser Peripherals, LLC. ("NDA");

2) specifically identify and produce the *written confirmation*, if any exists, of verbal disclosures made under the NDA;

3) provide complete, sworn answers to Interrogatories 4, 5, and 6; and

4) pay Defendants' attorneys' fees and costs incurred in bringing this motion.

The grounds for this Motion are set forth in the Memorandum In Support Of Defendant Vascular Solutions, Inc.'s Motion To Compel Production Of Documents And Answers To Interrogatories 4, 5, And 6.

## LOCAL RULE 7.1(A)(2) AND 37.1(B)(2) CERTIFICATION

Defendant's counsel, J. Thomas Vitt, hereby certifies that counsel conferred

telephonically on September 3, 2004 for ten (10) minutes and were unable to resolve or narrow the issues laid out in Defendant's motion. J. Thomas Vitt for Defendant and James Foster for Plaintiff participated in the call.

                                                  Respectfully submitted:

Dated: September 7, 2004

                                                  DORSEY & WHITNEY LLP

By _____
J. Thomas Vitt
Todd Trumpold
50 South Sixth Street, Ste. 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-5675/7895
Fax:        (612) 340-8856

  /s/ Eric R. Barber-Mingo
Steven L. Feldman (BBO #162290)
Eric R. Barber-Mingo (BBO #564031)
Ruberto, Israel & Weiner, P.C.
100 N. Washington St.
Boston, MA 02114
Telephone: (617) 742-4200

Attorneys for Defendant Vascular Solutions, Inc.