## Hesse, Karen

**From:** Vitt, Thomas
**Sent:** Sunday, July 11, 2004 4:26 PM
**To:** Hesse, Karen
**Subject:** FW: Diomed v. VSI TS File

-----Original Message-----
**From:** Bart, Hollis Gonerka [mailto:hbart@mcguirewoods.com]
**Sent:** Friday, July 02, 2004 12:19 PM
**To:** Vitt, Thomas
**Cc:** 'Albert, Michael'
**Subject:** RE: Diomed v. VSI

Tom, we can defer these issues for the call but I think you need to go back to the complaint as our allegations of confidentiality are not based solely on the covenants contained in the NDA but also Arnold's express oral agreement to maintain the confidentiality of the information she was provided. So, to suggest that there must be a writing in all cases is inaccurate. But again, these matters can be revisited in the call next Tuesday. Hollie

> -----Original Message-----
> **From:** Vitt, Thomas [mailto:Vitt.Thomas@dorsey.com]
> **Sent:** Friday, July 02, 2004 1:01 PM
> **To:** Bart, Hollis Gonerka
> **Cc:** 'Albert, Michael'
> **Subject:** RE: Diomed v. VSI
>
> Sure. I can be available just about any time Tuesday afternoon. Just to be clear, I didn't propose any formal consolidation of discovery, just a modification of the protective order Diomed is using in the patent cases so that both sides do not have to keep two separate sets of documents. I will send you both some language early next week.
>
> On the other issue, the proposal is that Diomed provide us with an itemized and specific list of the Diomed trade secrets and confidential information it claims it disclosed to Nancy Arnold, along with the marked documents or the written confirmation evidencing that disclosure, before VSI produces its documents. This should be straightforward; the NDA says that "To be protected by this Agreement, Confidential Information must be marked (or confirmed in writing within three business days in the case of verbal disclosures. . .)" Since there must be either a marked document or a written confirmation, I'd expect Diomed to be planning to identify those documents as part of its initial disclosures.
>
> Tom Vitt
> Dorsey & Whitney LLP
> Suite 1500
> 50 South Sixth Street
> Minneapolis, MN 55402-1498
> Phone: (612) 340-5675
> Fax: (612) 340-8856
> e-mail: vitt.thomas@dorsey.com
>
> CONFIDENTIAL COMMUNICATION: E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.

7/14/2004        **Exhibit B**

> -----Original Message-----
> **From:** Bart, Hollis Gonerka [mailto:hbart@mcguirewoods.com]
> **Sent:** Friday, July 02, 2004 11:20 AM
> **To:** Vitt, Thomas
> **Cc:** 'Albert, Michael'
> **Subject:** RE: Diomed v. VSI
>
> Tom, I have received an email from Michael Albert advising of your request for further information [beyond the allegations in the complaint] regarding Diomed's trade secrets and your proposal regarding consolidation of discovery. As Michael and I will need to discuss these matters with our client, I think its best if we wait to do the Rule 14 conference on Tuesday afternoon. Have a pleasant weekend.
>
> Regards, Hollie
>
>> -----Original Message-----
>> **From:** Vitt, Thomas [mailto:Vitt.Thomas@dorsey.com]
>> **Sent:** Wednesday, June 30, 2004 3:01 PM
>> **To:** Bart, Hollis Gonerka
>> **Subject:** RE: Diomed v. VSI
>>
>> Let's go with Friday afternoon. Monday is July 5 and I will be working but if you're not that's fine. Thanks.
>>
>>> -----Original Message-----
>>> **From:** Bart, Hollis Gonerka [mailto:hbart@mcguirewoods.com]
>>> **Sent:** Wednesday, June 30, 2004 12:55 PM
>>> **To:** Vitt, Thomas
>>> **Subject:** RE: Diomed v. VSI
>>>
>>> Tom, Monday is July 4th so I'd prefer to keep the day a holiday as there are so few of them!
>>>
>>> I can speak first thing Tues or this Friday afternoon. Let me know what works best for you. Regards, Hollie
>>>
>>>> -----Original Message-----
>>>> **From:** Vitt, Thomas [mailto:Vitt.Thomas@dorsey.com]
>>>> **Sent:** Wednesday, June 30, 2004 9:23 AM
>>>> **To:** Bart, Hollis Gonerka
>>>> **Cc:** Vitt, Thomas
>>>> **Subject:** RE: Diomed v. VSI
>>>>
>>>> Let's talk Monday and have it be our Rule 26f conference as well. We need to file our Rule 16 statement by July 7. I could also be available Friday afternoon.
>>>>
>>>>> -----Original Message-----
>>>>> **From:** Bart, Hollis Gonerka [mailto:hbart@mcguirewoods.com]
>>>>> **Sent:** Tuesday, June 29, 2004 7:47 PM
>>>>> **To:** Vitt, Thomas
>>>>> **Subject:** Diomed v. VSI
>>>>>
>>>>> Tom, good evening. I know you called earlier today and I apologize for not getting back to you. I am in the final throes of a huge project which must be sent out tomorrow. Would it be possible for us to

7/14/2004

schedule a time to speak on Thursday or Friday? I would like to set up our mandatory discovery conference as well. Please let me have some good times for you.

Thanks, Hollie Bart

7/14/2004