IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., DIOMED HOLDINGS, INC., and DIOMED LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC. and NANCY L. ARNOLD,<br><br>Defendants. | CIVIL ACTION NO. 03CV12498 RWZ |

### INITIAL DISCLOSURES

Plaintiffs, collectively, "Diomed," make the following initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and D. Mass. Local Rule 26.2(A). Diomed reserves the right to supplement these disclosures to identify additional persons who may have discoverable information and/or to identify additional documents or things that might be relevant.

**A.     Individuals Likely To Have Discoverable Information**

1. David Swank
   Diomed, Inc.
   One Dundee Park, Suite 5/6
   Andover, MA 01810
   (978) 824-1811

2. James Wylie
   Diomed, Inc.
   One Dundee Park, Suite 5/6
   Andover, MA 01810
   (978) 824-1811

These two individuals have information concerning Diomed's losses caused by Nancy L. Arnold's ("Arnold") and Vascular Solutions, Inc.'s ("VSI") actions, in addition to information concerning Diomed's development of certain technologies for the treatment of varicose veins.

**Exhibit D**

3. Peter Klein
   Diomed, Inc.
   One Dundee Park, Suite 5/6
   Andover, MA 01810
   (978) 824-1811

Peter Klein had contact with Arnold while she worked for Laser Peripherals and disclosed certain confidential and trade secret information to her.

4. Nancy L. Arnold
   Vascular Solutions, Inc.
   6464 Sycamore Court
   Minneapolis, Minnesota

5. Howard Root
   Vascular Solutions, Inc.
   6464 Sycamore Court
   Minneapolis, Minnesota

The individuals have information concerning VSI's use of Diomed's trade secret information and VSI's use of "ELT" and "Vari-Lase."

Persons and entities having contact with VSI and Laser Peripherals may also have relevant information. Additional persons or entities possessing relevant information may become known at a later time.

**B.   Documents And Things In The Control Of Diomed**

Documents and things in the control of Diomed include documents and things relating to Arnold's confidentiality obligations to Diomed, other interactions, including correspondence, between Arnold and Diomed, and Diomed's development of the EVLT® and improved EVLT® systems.

These documents and things are likely to be located at Diomed's offices and/or at the offices of the law firm of Wolf, Greenfield & Sacks, P.C. or McGuire Woods LLP.

Because active discovery has not yet begun, Diomed reserves the right to supplement this list at a later time.

**C.    Computation Of Damages**

Plaintiff Diomed requests an award of an injunction, compensatory damages, multiple damages, and attorney fees and costs.

Because active discovery has not yet begun and VSI has yet to produce its sales information, and further because a calculation of damages may require expert analysis, it is not possible at this stage for Diomed to set forth damage figures with particularity.

Diomed reserves the right to supplement this list of damages, and to amend or add to its analysis of damages, at a later stage of this action, and further to provide expert analysis regarding damages at the time required by the Rules and/or by Order of the Court.

**D.    Insurance Agreements**

Not applicable.

DIOMED INC., DIOMED HOLDINGS INC., and DIOMED LIMITED,

By their counsel,

Dated: July 7, 2004

*/s/ James Foster / JLS*
Michael A. Albert (BBO #558566)
malbert@wolfgreenfield.com
James J. Foster (BBO #553285)
jfoster@wolfgreenfield.com
Michael N. Rader (BBO #646990)
mrader@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel: (617) 720-3500
Fax: (617) 720-2441

<u>Of Counsel</u>:

Hollis Gonerka Bart (admitted *pro hac vice*)
Christine M. Fecko (admitted *pro hac vice*)
Duane A. Cranston
McGuireWoods LLP
1345 Avenue of the Americas (7th floor)
New York, New York 10105
Tel: (212) 548-2100
Fax: (212) 548-2150

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was served upon the following counsel for Defendants on July 7, 2004 by the methods indicated:

**By Hand:**

    Steven L. Feldman
    RUBERTO, ISRAEL & WEINER, P.C.
    100 North Washington Street
    Boston, MA 02114

_____
John Strand