# Hesse, Karen

**From:** Vitt, Thomas
**Sent:** Friday, August 27, 2004 10:22 PM
**To:** Hesse, Karen
**Subject:** File VSI/Diomed TS

-----Original Message-----
**From:** Foster, James [mailto:James.Foster@WolfGreenfield.com]
**Sent:** Friday, August 13, 2004 9:59 AM
**To:** Vitt, Thomas
**Cc:** Barzilay, Ilan; Albert, Michael
**Subject:** RE: Diomed v. VSI/Arnold

Tom -- Mike Albert asked me to respond to your e-mail. Unfortunately, Ilan Barzilay, who has been going through the documents, is out today. When he returns on Monday, I will speak to him and check into this further. JJF

-----Original Message-----
**From:** Vitt, Thomas [mailto:Vitt.Thomas@dorsey.com]
**Sent:** Friday, August 13, 2004 9:24 AM
**To:** Albert, Michael
**Cc:** Foster, James; Barzilay, Ilan
**Subject:** RE: Diomed v. VSI/Arnold

> Dear Michael: I write to follow up on our discussion of last Friday and to repeat my request that Diomed produce the documents, if any exist, immediately. Your promise to produce these documents as soon as possible was the basis for my agreement to your request that the parties delay responding to the discovery requests for two weeks. If these documents exist, there is no reason why you shouldn't have been able to provide them to me weeks ago, as the chronology below amply demonstrates.
>
> 1) The non-disclosure agreement requires that any written disclosure of confidential information must be marked, and any verbal disclosure must be confirmed in writing within three days of disclosure. Therefore, to have a factual basis to file the Complaint alleging that Ms. Arnold breached the non-disclosure agreement, Diomed's counsel must have reviewed a written document or documents evidencing the alleged disclosures to Ms. Arnold, and must have done so before December 11, 2003.
>
> 2) I requested these documents in a July 2, 2004 email to Holly Bart, copy to you.
>
> 3) I repeated that request in my letter of July 15, 2004 to you, and pointed out that these documents should have been specifically identified as part of Diomed's Rule 26 initial disclosures served on July 6, 2004. (These documents are clearly a "category" of documents that Diomed "may use to support its claims," because without them there can be no claim for breach of the nondisclosure agreement). You and I also discussed this issue a couple of times in this early July time frame, in the context of my request that Diomed identify all trade secrets and confidential information allegedly disclosed to Nancy Arnold before production of defendants' documents.
>
> 4) On August 6, 2004, the day interrogatory answers identifying these documents were due, your colleague Ilan Barzilay called me to request a two-week extension of time. Later that same day, you told me that you could not tell me whether any such documents existed, explaining that you had only recently taken over the lead in the case from Ms. Bart. I pointed out that, to have a legitimate basis to file the Complaint, Ms. Bart's firm had to have reviewed the documents before filing, and obtaining copies should be as simple as a phone call to Ms. Bart. You agreed, as you state below, to produce the documents as

soon as possible. It is now August 13, six weeks since these documents should have been identified and produced, and I have not heard from you.

Do any such documents exist, and if so, when can I see them?


Tom Vitt
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN  55402-1498
Phone: (612) 340-5675
Fax:  (612) 340-8856
e-mail: vitt.thomas@dorsey.com



-----Original Message-----
**From:** Albert, Michael [mailto:Michael.Albert@WolfGreenfield.com]
**Sent:** Friday, August 06, 2004 3:47 PM
**To:** Vitt, Thomas
**Cc:** Foster, James; Barzilay, Ilan
**Subject:** Diomed v. VSI/Arnold


> Re:   Diomed, Inc. v. Vascular Solutions, Inc. and Nancy Arnold
>        Civil Action No.: 03cv12498 RWZ
>        Our File No.:  D0610.60000US00

Dear Tom:

This will confirm our agreement that the parties will each have a two week extension to provide written responses to discovery requests in the above captioned case. Each party's responses will therefore be due on Friday August 20, 2004. We will produce documents responsive to your interrogatory regarding the breach of contract claim as soon as possible. The parties also agree to arrange a date, after the above written responses are produced, on which they will exchange requested documents.

**Michael A. Albert**
malbert@wolfgreenfield.com
direct dial 617.573.7840
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210-2206
617.720.3500 | 617.720.2441 fax
*This e-mail message and any attachments may contain confidential or privileged information. If you are not the intended recipient, please notify me immediately by replying to this message. Please destroy all copies of this message and any attachments. Thank you.*

8/31/2004