IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED INC., DIOMED HOLDINGS INC. and DIOMED LIMITED,<br><br>        Plaintiffs,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC. and NANCY L. ARNOLD,<br><br>        Defendants. | Civil Action No. 03 CV 12498 RWZ |

## **CERTIFICATE OF SERVICE**

I, Eric Barber-Mingo, hereby certify that I served the following documents on the other parties in this case by filing and serving them electronically this 7th day of September, 2004.

    1.    Defendant Vascular Solutions, Inc.'s Motion to Compel Production of Documents and Answers to Interrogatories 4, 5 and 6;

    2.    Memorandum in Support of Defendant Vascular Solutions, Inc.'s Motion to Compel Production of Documents and Answers to Interrogatories 4, 5 and 6; and

    3.    Declaration of J. Thomas Vitt In Support of Defendant Vascular Solutions, Inc.'s Motion to Compel Production of Documents and Answers to Interrogatories 4, 5 and 6.

                         DORSEY & WHITNEY LLP

                         By _____
                         J. Thomas Vitt
                         Todd Trumpold
                         50 South Sixth Street, Ste. 1500
                         Minneapolis, MN 55402-1498
                         Telephone:  (612) 340-5675/7895
                         Fax:           (612) 340-8856

                           /s/ Eric R. Barber-Mingo
                         Steven L. Feldman (BBO #162290)
                         Eric R. Barber-Mingo (BBO #564031)
                         Ruberto, Israel & Weiner, P.C.
                         100 N. Washington St.
                         Boston, MA 02114
                         Telephone: (617) 742-4200

                         Attorneys for Defendant Vascular Solutions, Inc.