IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., DIOMED HOLDINGS, INC., and DIOMED LIMITED,<br><br>    Plaintiffs,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC. and NANCY L. ARNOLD,<br><br>    Defendants. | CIVIL ACTION NO. 03-CV-12498 RWZ |

**ASSENTED TO MOTION FOR THREE ADDITIONAL
DAYS TO RESPOND TO MOTION TO COMPEL**

Plaintiffs Diomed Inc., Diomed Holdings, Inc. and Diomed Limited respectfully request the Court allow them three additional days, until Friday September 24, 2004, to respond to Defendant Vascular Solution's Motion to Compel.

Counsel for the Defendants have assented.

Respectfully submitted,

DIOMED, INC., DIOMED HOLDINGS,
INC., and DIOMED LIMITED,

Dated:  September 20, 2004                By its attorneys,


/s/ James J. Foster
James J. Foster (BBO #553285)
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA  02210
(617) 720-3500