IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED INC., DIOMED HOLDINGS INC. and DIOMED LIMITED,<br><br>        Plaintiffs,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC. and NANCY L. ARNOLD,<br><br>        Defendants. | Civil Action No. 03-CV-12498-RWZ<br><br>**VSI'S MOTION FOR LEAVE TO FILE A REPLY BRIEF SUPPORTING ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND ANSWERS TO INTERROGATORIES 4, 5, AND 6** |

The Defendant Vascular Solutions, Inc. ("VSI") herein move pursuant to Local Rule 7.1(B)(3) for leave to file the attached reply memorandum in support of its Motion to Compel Production of Documents and Answers to Interrogatories 4, 5, and 6. Diomed has mischaracterized the facts regarding this Motion in its opposition and VSI feels obligated to address these inaccuracies. VSI also believes that a reply memorandum is necessary for the Court to properly understand these issues.

WHEREFORE, VSI requests leave of court to file the attached reply memorandum.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), James Foster, counsel for Plaintiff, informed Todd Trumpold, counsel for VSI, in a telephone conference on October 4, 2004, that Plaintiffs did not oppose this Motion.

Dated: October 5, 2004

Respectfully submitted:

VASCULAR SOLUTIONS, INC. and
NANCY L. ARNOLD

By /s/ J. Thomas Vitt
J. Thomas Vitt
Todd Trumpold
DORSEY & WHITNEY LLP
50 South Sixth Street, Ste. 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

 /s/ Eric R. Barber-Mingo
Steven L. Feldman (BBO # 162290)
Eric R. Barber-Mingo (BBO #564031)
RUBERTO, ISRAEL & WEINER, P.C.
100 North Washington Street
Boston, MA 02114
Telephone: (617) 742-4200

2