IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., DIOMED HOLDINGS, INC., and DIOMED LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC. and NANCY L. ARNOLD,<br><br>Defendants. | CIVIL ACTION NO. 03-CV-12498 RWZ |

### CONSENTED-TO MOTION TO FILE SURREPLY

Plaintiffs move for leave to file the attached Surreply in response to the Reply filed by VSI in support of its Motion to Compel. VSI has graciously consented to this motion.

Respectfully submitted,

DIOMED, INC., DIOMED HOLDINGS, INC., and DIOMED LIMITED,

Dated: October 6, 2004

By its attorneys,

/s/ James J. Foster
James J. Foster (BBO #553285)
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA  02210
(617) 646-8000

831320.1