IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., DIOMED HOLDINGS, INC., and DIOMED LIMITED,<br><br>        Plaintiffs,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC. and NANCY L. ARNOLD,<br><br>        Defendants. | CIVIL ACTION NO. 03-CV-12498 RWZ |

## **SURREPLY OF PLAINTIFF ON MOTION TO COMPEL**

VSI has filed a reply memorandum. To close on the points raised, Plaintiffs, in this Surreply, state:

1)      VSI acknowledged that the Foster declaration would resolve most of the issues, were it only an interrogatory answer. Rule 33 provides that interrogatories may be answered "by any officer or agent" of the corporation. Since Foster is an agent of the Plaintiffs for this purpose, Plaintiffs agree that VSI may consider the relevant portion of his declaration to be an interrogatory answer.

2)      VSI contended that the answer to Interrogatory 6, which seeks to obtain the content of oral discussions, did not have sufficient detail. Although, as interrogatory answers go, this one contains much detail, an interrogatory is a poor method for obtaining that type of information. Rather, a deposition would more easily obtain detail as to oral discussions. In that connection, VSI has scheduled depositions on this subject for November 4-6. Those depositions should moot this objection.

831282.1

- 2 -

3)  This leaves only the costs issue.  Here, VSI misled.  Contrary to what VSI implied, production of documents was not brought on by the motion.  Rather, the parties had agreed that the documents that would be produced by both parties to each other would be exchanged simultaneously.  Because of logistical issues, the exchange (of thousands of documents) occurred in mid-September.  By contrast, the motion was directed to only certain categories of documents, which Plaintiffs had agreed to produce earlier, if they had any.  Plaintiffs, however, had none and therefore could produce none.

                                       Respectfully submitted,

                                       DIOMED, INC., DIOMED HOLDINGS,
                                       INC., and DIOMED LIMITED,

Dated:  October 6, 2004                       By its attorneys,

                                       /s/ James J. Foster
                                       James J. Foster (BBO #553285)
                                       Wolf, Greenfield & Sacks, P.C.
                                       600 Atlantic Avenue
                                       Boston, MA  02210
                                       (617) 646-8000