## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

**DIOMED INC., DIOMED HOLDINGS INC. and DIOMED LIMITED,**

        **Plaintiffs,**

**v.**

**VASCULAR SOLUTIONS, INC. and NANCY L. ARNOLD,**

        **Defendants.**

        **Civil Action No. 03 CV 12498RWZ**

### NOTICE OF WITHDRAWAL OF APPEARANCE OF ERIC R. BARBER-MINGO ON BEHALF OF VASCULAR SOLUTIONS, INC. AND NANCY L. ARNOLD

I, Eric R. Barber-Mingo, hereby provide notice of my withdrawal as counsel on behalf of Defendants Vascular Solutions, Inc. and Nancy L. Arnold on the grounds that, effective February 11, 2005, I am no longer associated with the firm of Ruberto, Israel & Weiner, P.C.  J. Thomas Vitt and Todd R. Trumpold, both of the Dorsey & Whitney, LLP, and Steven L. Feldman of Ruberto, Israel & Weiner, P.C., will continue to represent the Defendants.

        Respectfully Submitted,

        VASCULAR SOLUTIONS, INC.

        By its Attorney,

        /s/  Eric R. Barber-Mingo_____
        Eric R. Barber-Mingo (BBO #564031)
        104 Dunstable Road
        Westford, MA 01886-1054
        (978) 392-9501

Dated: February 22, 2005