UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DIOMED, INC., DIOMED HOLDINGS INC. and DIOMED LIMITED, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No.: 03-12498-RWZ |
| VASCULAR SOLUTIONS, INC. and NANCY L. ARNOLD, | ) ) ) ) | |
| Defendants. | ) ) | |

**CERTIFICATE OF HEATHER D. REDMOND, ESQ.
IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

I, Heather D. Redmond, state and depose as follows:

1. I submit this Certificate in support of Steven L. Feldman's Application for Admission of Counsel *Pro Hac Vice* on Behalf of Defendant Vascular Solutions, Inc. ("VSI").

2. I am an attorney with the law firm of Dorsey & Whitney LLP in Minneapolis, Minnesota, which is counsel to VSI.

3. I have been admitted to practice in the State Bar of Minnesota, the United States District Court for the District of Minnesota, and the United States Court of Appeals for the 11th Circuit. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY THIS 27th DAY OF MAY, 2005

                                                s/Heather D. Redmond
Heather D. Redmond
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402-1498
Telephone: 612-340-2600
Facsimile: 612-340-2868
redmond.heather@dorsey.com