UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DIOMED, INC., DIOMED HOLDINGS INC. and DIOMED LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC. and NANCY L. ARNOLD,<br><br>Defendants. | Civil Action No.: 03-12498-RWZ |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant/Plaintiff-in-Counterclaim Vascular Solutions, Inc. ("VSI") and Defendant Nancy L. Arnold ("Arnold") herein move this Court to enter summary judgment in favor of VSI and Arnold and against Plaintiffs Diomed, Inc., Diomed Holdings, Inc. and Diomed Limited (collectively "Diomed") on all claims and counterclaims asserted in the above-captioned matter. The grounds upon which this motion is based are more fully set forth in the accompanying Rule 56.1 Statement, Memorandum of Law In Support of Defendants' Motion For Summary Judgment, and the Declarations of Todd Trumpold, Heather Redmond, Tony Jakubowski, and Howard Root.

Please note that, in accordance with the provisions of the Protective Order signed by all the parties in this case on July 21, 2004 and subsequently entered by the Court on January 26, 2005, the Rule 56.1 Statement, the Declaration of Todd Trumpold and accompanying exhibits, and Exhibits A and C to the Declaration of Heather Redmond, are being filed under seal.

## Local Rule 7.1(A)(2) Certification

The undersigned counsel certify that the parties have conferred and have attempted in good faith to narrow or resolve the issues presented in this motion. Those efforts have proven to be unsuccessful.

## Request for Oral Argument

VSI and Arnold request oral argument with respect to the present Motion as they believe it will assist the Court in determining the issues presented. A hearing on this Motion has been scheduled for July 13, 2005 at 3:00 p.m.

Respectfully submitted,

VASCULAR SOLUTIONS, INC. and
NANCY L. ARNOLD

By their attorneys,

/s/ Steven L. Feldman
Steven L. Feldman (BBO #162290)
Karen Van Kooy (BBO #644484)
Ruberto, Israel & Weiner, P.C.
100 North Washington Street
Boston, Massachusetts 02114-2128
Telephone: (617) 742-4200

*and*

J. Thomas Vitt (MN #183817)
Todd R. Trumpold (MN #313890)
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600

Dated: June 3, 2005

U:\CPR\Steven Feldman\Vascular Solutions\Diomed Holdings\MotionForSummaryJudgment.doc