UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., DIOMED HOLDINGS, INC., and DIOMED LIMITED,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>VASCULAR SOLUTIONS, INC. and NANCY L. ARNOLD,<br><br>　　　　　　Defendants. | Civil File No. 03-CV 12498 RWZ<br><br><br><br><br>**DECLARATION OF<br>TONY JAKUBOWSKI** |

I, Tony Jakubowski, declare as follows:

1.　　I am employed as the Varicose Vein Clinical Practice Manager for Defendant Vascular Solutions, Inc. I joined VSI in February, 2003. From 1998 until approximately February 2002, I was employed by Diomed, Inc. as its National Sales Manager.

2.　　I make this declaration in support of Defendant's Motion for Summary Judgment. I make the statements in this Declaration based on my own personal knowledge.

3.　　In my role as National Sales Manager at Diomed, I was involved in Diomed's early efforts to sell lasers and laser fibers for use in laser vein treatment for varicose veins. Beginning in late 1999 and 2000, I became knowledgeable concerning the market for varicose vein treatments and the various treatments and devices used for varicose vein treatments.

4.　　Since at least 1999, VNUS Medical Technologies. Inc. ("VNUS") has promoted and sold a procedure kit for treatment of varicose veins using radio frequency ("RF") energy. In general terms, the VNUS procedure involves the insertion of a catheter with an RF probe inside the vein to be treated. (The terms "catheter" and "sheath" are used interchangeably in this

context). The RF probe and catheter are then withdrawn as the RF energy is applied inside the vein. A copy of the VNUS instructions for use, which describe the procedure, is attached as Exhibit 1.

5. VNUS has always sold its catheter with markings on the outside of the sheath. I first saw a VNUS catheter with markings on it displayed at VNUS's booth at the College of Phlebology trade show in 1999. I saw the VNUS catheter again at the American Dermatological Association trade show in 2000, which I attended with Peter Klein. I discussed the markings on the catheter with Peter Klein at the time.

6. The purpose of VNUS's marked catheter is to assist physicians in gauging the rate of pullback during VNUS's RF procedure. Item 15 on the VNUS instructions for use states: "Catheter withdrawal is typically 2 to 3 cm per minute. The 1 cm white graduation marks on the catheter shaft should be used to maintain the desired withdrawal rate."

7. I attach (as Exhibit 2) digital photographs of a VNUS catheter with markings on it. I purchased this catheter recently, at counsel's request. The markings on this catheter are the same as the markings I observed in 1999 at VNUS's trade show booth. To the best of my knowledge, VNUS has sold a marked catheter in this basic form since at least 1999.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of June, 2005.

                                          s/Tony Jakubowksi
                                          Tony Jakubowski