# EXHIBIT 1



## Instructions For Use

NOTE: Carefully read all instructions, including the VNUS RF Generator Operator's Manual, thoroughly prior to using the Closure System. Observe all warnings, precautions and cautions noted throughout these instructions. Failure to do so may result in patient complications.

 Single Use Only    STERILE | R    Sterilized by irradiation

 **Attention:** Contents are sterile unless package is open or damaged. For use with the VNUS Radiofrequency Generator only.

**Caution:** US Federal Law restricts this device to sale by or on the order of a physician.

### Supplies and Equipment
- VNUS RF Generator (RF-110, RF-220)
- VNUS Footswitch (optional, FS-100)
- Tilt table
- IV pressure bag
- 0.5 to 1.0 liter of 10 units/cc heparinized saline
- 18 gauge thin-walled needle (for percutaneous access)
- Introducer sheath (see table below for correct size)
- Esmark bandage (elastic compression wrap, optional)
- Ultrasound scanner
- Sterile ultrasound gel
- Sterile ultrasound transducer cover
- Y-connector with hemostasis valve (optional)
- Backcheck valve (optional)
- 20 or 22 gauge X 3.5" spinal needle for tumescent fluid infiltration (optional)
- 0.25" Guidewire (optional)

| Catheter Model | CL6 | CL8 |
|---|---|---|
| Introducer Sheath (Minimum French size) | 6F (2.0mm) | 8F (2.67mm) |
| Electrodes Expand to (mm) | 8mm | 12mm |

### Device Description
The VNUS Closure System consists of two main components: The Closure PLUS Catheter and the RF Generator. The Closure PLUS Catheter is provided sterile, and is a single-use, disposable device. The Closure PLUS Catheter's function is to provide RF energy to the desired treatment site and relay temperature and other feedback to the RF Generator. The RF Generator remains out of the sterile field during use, and is provided non-sterile. The catheter is connected to the RF Generator via the included attached sterile cable.

### Indications
The Closure System is intended for endovascular coagulation of blood vessels in patients with superficial vein reflux.

### Contraindications
- Patients with thrombus in the vein segment to be treated.

**PRECAUTION:** FOR THE PATIENTS WITH A PACEMAKER, INTERNAL DEFIBRILLATOR OR OTHER ACTIVE IMPLANTED DEVICE, CONSULT THE CARDIOLOGIST AND THE MANUFACTURER OF THE ACTIVE IMPLANTED DEVICE. CONTINUOUS PATIENT MONITORING DURING THE PROCEDURE IS RECOMMENDED. EVALUATE THE PATIENT AND THE IMPLANTED ACTIVE DEVICE POST PROCEDURE. KEEP ALL POWER CORDS AND THE ATTACHED STERILE CABLE AWAY FROM THE LOCATION OF THE PACEMAKER OR LEADS, DEFIBRILLATOR OR THE IMPLANTED ACTIVE DEVICE.

**CAUTION:** IN PATIENTS WITH AN ANEURYSM IN THE VEIN SEGMENT TO BE TREATED, THE VEIN WALL MAY BE THINNER IN THE AREA OF THE ANEURYSM. TO EFFECTIVELY OCCLUDE A VEIN WITH AN ANEURYSMAL SEGMENT, ADDITIONAL TUMESCENT INFILTRATION MAY BE NEEDED OVER THE ANEURYSMAL SEGMENT, AND THE TREATMENT OF THE VEIN SHOULD INCLUDE SEGMENTS PROXIMAL AND DISTAL TO THE ANEURYSMAL SEGMENT.

**CAUTION:** NO DATA EXISTS REGARDING THE USE OF THIS CATHETER IN PATIENTS WITH DOCUMENTED PERIPHERAL ARTERIAL DISEASE. THE SAME CARE SHOULD BE TAKEN IN THE TREATMENT OF PATIENTS WITH SIGNIFICANT PERIPHERAL ARTERIAL DISEASE AS WOULD BE TAKEN WITH A TRADITIONAL VEIN LIGATION AND STRIPPING PROCEDURE.

### Potential Complications
The potential complications include, but are not limited to the following: vessel perforation, thrombosis, pulmonary embolism, phlebitis, hematoma, infection, paresthesia, skin burns.

**WARNING:** TREATMENT OF A VEIN LOCATED CLOSE TO THE SKIN SURFACE MAY RESULT IN A SKIN BURN.

**WARNING:** PARESTHESIA MAY OCCUR FROM THERMAL DAMAGE TO ADJACENT SENSORY NERVES. RISK OF PARESTHESIA IS HIGHER WITH TREATMENT AT OR BELOW THE CALF.

### CATHETER INSPECTION & PREPARATION
1) Inspect outer box for signs of visible damage.
2) Remove sterile pouch from box and inspect for damage (i.e., tears, punctures etc.). If pouch is damaged, do not use catheter.
3) Peel pouch open from the end closest to handle (chevron).
4) Move the slider control in the catheter handle forward so that the outer shaft covers and protects the electrodes.
5) Using sterile technique remove catheter from pouch chipboard tray.
6) Move the slider control in the catheter handle back to allow the electrodes to self-expand. Assure that the flexible electrodes are symmetrically arranged and are not bent or otherwise damaged. If the catheter is damaged, DO NOT USE THE CATHETER. After inspection, move the slider control in the catheter handle forward so that the outer shaft covers and protects the electrodes.
7) Pass the end of the attached cable out of the sterile field, for later connection to the RF Generator.
8) Flush catheter lumen and disposable accessories with sterile, physiologic saline (0.9% sodium chloride) or heparinized saline. Wipe outer surface of catheter with saline or heparinized saline.
9) If the optional guidewire will be used, refer to the guidewire manufacturer's instructions for use. Attach the Y-connector with backcheck valve to the luer adapter on the catheter handle, and re-flush as necessary to remove all air. Load the guidewire into the catheter lumen, positioning the soft tip just inside the catheter tip to prevent wire damage during insertion into the vein. Tighten the hemostasis valve on the Y-connector to prevent back-bleeding and wire migration. Catheter preparation is now complete.
10) If the optional guidewire will not be used, attach the one-way flush valve to the luer adapter on the catheter handle. Catheter preparation is complete.

### Generator Set-up & Operation
1) Plug in RF Generator.
2) Turn power "ON" using toggle switch on rear panel.
3) Connect the catheter cable to the RF Generator.
4) Connect the footswitch (if used) to the front panel of the RF Generator.
5) Default settings for the RF Generator are: 6 Watts, 85°C, and 999 seconds. Reference the RF Generator Operator's Manual for instructions on changing the settings.

**Note:** The default settings will not be displayed until a catheter is connected to the RF Generator. Default settings may be adjusted according to physician preference.

### System Check (optional)
1) Deploy the electrode array and immerse the electrodes in a bowl of sterile, physiologic saline or heparinized saline.
2) Press the "TEST" button on the RF Generator. An impedance value of approximately 100 - 150 Ω (6F catheter) or approximately 45 - 70 Ω (8F catheter) and a temperature of approximately 20°C (room temperature) should be observed.

**Note:** These stated values may further vary due to the actual saline temperature.

3) Move the slider control in the catheter handle forward so that the outer shaft covers and protects the electrodes.

### PATIENT PREPARATION AND TREATMENT
1) If local anesthetic is employed, administer local anesthetic at the vein access site. Mild sedation may also be given.

**Note:** Venospasm may hinder the ability to access the target vein and to perform the Closure procedure. Therefore, factors which may induce venospasm such as certain drugs, a cold environment, or patient anxiety, should be avoided.

2) Position the patient for vein access. Lowering the patient's legs below the level of the heart will increase vein diameter, which may facilitate vein access. For treatment, positioning the patient's legs horizontal to or above the level of the heart will assist in reducing vein diameter and reduce venous filling prior to treatment.
3) Access the vein to be treated via a percutaneous stick using an 18 gauge thin-walled needle or via a small cut-down.
4) Prepare and place introducer sheath per manufacturer's instructions for use.
5) Start the heparinized saline infusion (10 units/cc, 2 cc/min) through the catheter's central flush lumen using a pressurized bag.

**CAUTION:** IF THE INFUSION RATE IS NOT REGULATED, THE RATE OF INFUSION WILL BE GREATER THAN THE RECOMMENDED 2CC/MIN. FAILURE TO REGULATE THE INFUSION RATE TO 2CC/MIN MAY YIELD UNPREDICTABLE RESULTS.

6) Insert the Closure PLUS catheter into vein and advance the catheter tip to the point where

---

# VNUS
## MEDICAL TECHNOLOGIES, INC.

VNUS® Closure® PLUS Catheter
▶ **Instructions for Use**

VNUS® Closure® PLUS Katheter
▶ **Gebruiksaanwijzing**

Cathéter VNUS® Closure® PLUS
▶ **Mode d'emploi**

VNUS® Closure® PLUS Katheter
▶ **Gebrauchsanweisung**

Catetere VNUS® Closure® PLUS
▶ **Instruzioni per l'uso**

Catéter VNUS® Closure® PLUS
▶ **Instrucciones para su Uso**

VNUS® Closure® PLUS Kateter
▶ **Bruksanvisning**

**VNUS Medical Technologies, Inc.**
2200 Zanker Rd. Suite F
San Jose, CA 95131 U.S.A.
Tel: +1-408-473-1100
Fax: +1-408-944-0292
www.vnus.com

**Authorized Representative:**
Medical Consulting Plus
P.O. Box 3112
6202 NC Maastricht
The Netherlands
Tel: +31-43-3256771
Fax: +31-43-3257219

**VNUS Medical Technologies, Inc.**
2200 Zanker Rd. Suite F
San Jose, CA 95131 U.S.A.
Tel: +1-408-473-1100
Fax: +1-408-944-0292
www.vnus.com

**Erkend vertegenwoordiger:**
Medical Consulting Plus
Postbus 3112
6202 NC Maastricht
Nederland
Tel: +31-43-3256771
Fax: +31-43-3257219

**VNUS Medical Technologies, Inc.**
2200 Zanker Rd. Suite F
San Jose, CA 95131 U.S.A.
Tél : +1-408-473-1100
Fax : +1-408-944-0292
www.vnus.com

**Représentant agréé :**
Medical Consulting Plus
P.O. Box 3112
6202 NC Maastricht
Pays-Bas
Tél : + 31-43-3256771
Fax : + 31-43-3257219

**VNUS Medical Technologies, Inc.**
2200 Zanker Rd. Suite F
San Jose, CA 95131 U.S.A.
Telefon: +1-408-473-1100
Telefax: +1-408-944-0292
www.vnus.com

**Bevollmächtigter Vertreter:**
Medical Consulting Plus
P.O. Box 3112
6202 NC Maastricht
Niederlande
Telefon: +31-43-3256771
Telefax: +31-43-3257219

**VNUS Medical Technologies, Inc.**
2200 Zanker Rd. Suite F
San Jose, CA 95131 U.S.A.
Tel.: +1-408-473-1100
Fax: +1-408-944-0292
www.vnus.com

**Rappresentante autorizzato:**
Medical Consulting Plus
P.O. Box 3112
6202 NC Maastricht
The Netherlands
Tel.: +31-43-3256771
Fax: +31-43-3257219

**VNUS Medical Technologies, Inc.**
2200 Zanker Rd. Suite F
San Jose, CA 95131 U.S.A.
Teléfono: +1-408-473-1100
Fax: +1-408-944-0292
www.vnus.com

**Representante autorizado:**
Medical Consulting Plus
P.O. Box 3112
6202 NC Maastricht
The Netherlands
Teléfono: +31-43-3256771
Fax: +31-43-3257219

**VNUS Medical Technologies, Inc.**
2200 Zanker Rd. Suite F
San Jose, CA 95131 U.S.A.
Telefon: +1-408-473-1100
Fax: +1-408-944-0292
www.vnus.com

**Auktoriserad representant:**
Medical Consulting Plus
P.O. Box 3112
6202 NC Maastricht
The Netherlands
Telefon: +31-43-3256771
Fax: +31-43-3257219

Manufactured under one or more of the following U.S. Patent Nos. 6,071,277 & 6,152,899 & 6,165,172 & 6,179,832 B1 & 6,200,312 B1 & 6,237,606 B1, 6,258,084 B1 & 6,401,719 B1 and Patents Pending.

**WHEN INTRODUCING THE CATHETER INTO THE VEIN AND WHEN MOVING THE CATHETER INTO POSITION FOR TREATMENT, FAILURE TO ASSURE THIS MAY RESULT IN DAMAGE TO THE CATHETER AND/OR POTENTIAL INJURY TO THE PATIENT.**

If an optional guidewire is necessary, refer to Step 9 in Catheter Inspection & Preparation for instructions on loading the guidewire into the catheter. Once the guidewire is loaded properly, insert the catheter tip into the vein and loosen the hemostasis valve on the Y-connector. Advance the guidewire to the desired location and maintain wire position while advancing the catheter tip. Remove the guidewire completely from the catheter once the catheter has been positioned at the treatment site to allow infusion of heparinized saline.

**CAUTION: DO NOT ADVANCE THE CATHETER AND/OR GUIDEWIRE AGAINST RESISTANCE, OR VEIN PERFORATION MAY OCCUR.**

7) If local anesthesia is employed, administer local anesthetic along the vein segment to be treated.
   **Note:** Tumescent infiltration of saline or dilute local anesthetic should be administered when the vein is located close to the skin surface.
8) Create a near-bloodless field for the catheter electrodes by occluding flow in the superficial venous network and ensuring the vessel to be treated is compressed prior to treatment. This is accomplished with one or more of the following steps.
   - Tumescent infiltration of saline or dilute local anesthetic into tissue in proximity with the vessel to be treated. Use sufficient volume to exsanguinate.
   - Tightly wrap an Esmark bandage from the base of the toes to the uppermost portion of the thigh. This wrap may not be necessary if a sufficient volume of tumescent infiltration is used to exsanguinate the vein.
   - Position the legs of the patient above the heart to facilitate exsanguination and vein collapse.
   - Apply external compression over the treatment area if desired.
9) Move the slider control in the catheter handle back to retract the outer shaft. Confirm and re-adjust if necessary catheter tip position using ultrasound or palpation.
   **CAUTION: NEVER ADVANCE THE CATHETER WITH THE ELECTRODES OPEN. DAMAGE TO THE VEIN AND/OR CATHETER MAY RESULT.**
10) Slide the two adjustable markers up to the access site to mark the starting location of the catheter within the vein. This will assist in monitoring the length of vein treated during the procedure.
11) Press the "TEST" button on the RF Generator to verify contact of the electrodes against the vein wall. Test values of 33 to 39°C and ≥200 Ω (6F) or ≥150 Ω (8F) are acceptable.
    **Note:** The test temperature may be as low as 28°C following perivenous infiltration of room temperature fluid.
12) Start the RF energy delivery by pressing the "ON/OFF" button, or by tapping the footswitch connected to the RF Generator.
13) Wait until the set temperature is reached (approximately 10 seconds).
    **Note:** If the set temperature is not reached within 10 to 15 seconds after RF energy delivery, there may be flow within the vein that is cooling the treatment segment. Terminate RF energy delivery, verify effectiveness of flow occlusion and proper tip position, correct as necessary, and re-initiate treatment of the segment.
14) Maintain set temperature for at least 15 seconds, keeping the catheter stationary. At this time, the pullback timer will begin counting.
15) Slowly withdraw the catheter while continuously monitoring the temperature on the RF Generator display. The rate of catheter withdrawal must be slow enough to maintain the temperature within -3°C of the set temperature. Catheter withdrawal rate is typically 2 to 3cm per minute. The 1 cm white graduation marks on the catheter shaft should be used to maintain the desired withdrawal rate. Failure to maintain temperature and catheter withdrawal rate in this target operating range may result in an incomplete treatment. (Brief, transient readings of up to ±5°C may occur during catheter movement and will not affect the treatment outcome.)
    **Note:** Continuous readings below 3°C of the set temperature may result in incomplete treatment. If this occurs, stop catheter withdrawal until the set temperature is re-achieved. Then allow the temperature to stabilize at the set temperature for 15 seconds. After this time period, continue catheter movement at a rate slow enough to keep the temperature within -3°C of the set temperature.
    **Note:** If the system shuts down and shows a high impedance condition, this may indicate that the catheter was withdrawn too quickly in the vein, that external compression is inadequate (see step 8), or that the electrodes are no longer within the collapsed vein segment. Slide an adjustable marker up to the access site and remove catheter from the vein. Check for and remove any coagulum from electrodes using a heparin/saline wetted sponge. Close the outer shaft, loosen the external compression to facilitate catheter reinsertion, and re-insert the catheter up to the position of an adjustable marker. Once the catheter is repositioned, reapply external compression and continue the procedure starting at step 9.
    **Note:** If LCD display reads, "Advisory 01 withdraw catheter 1 to 2mm", this may indicate a condition in which the target temperature can not be maintained. When this condition occurs the generator's audible tone will occur at an increased rate. In this case, withdraw the catheter slowly 1 to 2mm and hold position until the set temperature is regained. Once set temperature is reached, hold for at least 15 seconds, then resume withdrawal at the normal rate. Once normal conditions have been reached, the audible tone will return to a normal rate.
16) Once the electrode tip has reached the end of the collapsed vein segment, press the "ON/OFF" button or tap the footswitch to terminate RF energy delivery.
17) Evaluate the treated vein segment to determine the existence of residual flow. Retreat if necessary to further shrink vein or occlude flow.
18) If additional vein segments are to be treated, repeat steps 6 through 17 at the new site(s).
19) After treatment, withdraw the catheter, remove the external compression, and obtain hemostasis at the access site.

## FOLLOW-UP CARE

1) Follow-up examination within 72 hours should include an assessment to ensure that there is no thrombus extension into deep veins.

## PRECAUTIONS

- Store in a dry, cool place.
- Do not use catheter if package is opened or damaged, as sterility is not guaranteed.
- To avoid kinking, do not bend catheter. Kinking of the shaft may result in inability to deploy electrodes.
- To prevent damage to the guidewire, assure that the guidewire does not protrude from the catheter tip when inserting catheter into vein.
- To prevent damage to the electrodes, ensure that the outer shaft is full forward and use care when inserting catheter into the vein.
- Do not move catheter inside the vein (other than during withdrawal while treating) with the electrodes expanded.
- Do not advance catheter and/or guidewire against resistance.
- Do not rotate or torque catheter with electrodes expanded.
- Do not deliver RF energy with the outer shaft over the electrodes.
- Use Closure PLUS Catheter only with VNUS RF Generator.
- Treatment of a vein located close to the skin surface may result in a skin burn.
- Paresthesia may occur from thermal damage to adjacent sensory nerves. Risk of paresthesia is higher with treatment at or below the calf.



RM55-357-01 REV. A