UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED INC., DIOMED HOLDINGS INC. and DIOMED LIMITED,<br><br>        Plaintiffs,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC. and NANCY L. ARNOLD,<br><br>        Defendants. | Civil Action No. 03 CV 12498RWZ<br><br>**DECLARATION OF HOWARD ROOT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Howard Root, declare as follows:

1. I am the President and Chief Executive Officer of Defendant Vascular Solutions, Inc. ("VSI"). I offer this Declaration in support of Defendants' Motion for Summary Judgment. I make the statements in this Declaration based upon my own personal knowledge.

2. I founded VSI in 1997 and have been its President and CEO since the company started.

3. VSI has manufactured and commercially distributed endovenous products, such as the Duett™ sealing device, since 1998. The Duett sealing device is a device for sealing the puncture made in a catheterization procedure. The Duett sealing device contains a marked sheath with white markings every one centimeter. The markings on the Duett allow the physician to determine the position of the device and calibrate the pull back rate so that the procoagulant is delivered uniformly in the tissue tract. These

position markers on the Duett sealing device are one of the selling points for the device. I have attached as Exhibit 1 a true and correct copy of a marketing brochure for the Duett sealing device, which features the advantages of the markings. I have also attached as Exhibit 2 a true and accurate picture of the marked sheath for the Duett sealing device.

4. VSI independently developed the marked sheath for its Vari-Lase® kit for the treatment of varicose veins. I came up with the idea for marking the Vari-Lase sheath based on my own experience with the Duett product and the knowledge I had gained from public sources concerning the endovenous laser procedure.

5. Nancy Arnold never told me anything about Diomed's plans for marking the sheath in its kit.

6. VSI's Vari-Lase sheath has markings which are different from the Diomed sheath. The Vari-Lase sheath has two-millimeter wide white markings every centimeter, with a black marking every ten centimeters. A true and accurate picture of the Vari-Lase marked sheath is attached as Exhibit 3.

7. VSI began selling its Vari-Lase kits in the United States in July 2003.

8. VSI sells its Vari-Lase kits exclusively through its employee sales representatives in the United States. VSI relies on the relationships of its sales representatives with physician customers to sell its products. VSI's sales representatives identify themselves as VSI employees and pass out VSI business cards and VSI promotional brochures and product literature to their customers.

9. Attached as Exhibit 4 is a true and correct copy of the color patient information brochure for the Vari-Lase kit.

10. VSI currently sells its Vari-Lase kit for a list price of $315.

11. VSI currently sells its Vari-Lase lasers for a list price of $34,500.

12. Since the launch of the Vari-Lase kits in July 2003, less than 4 percent of Vari-Lase product sales have been in Massachusetts.

13. VSI labels its endovenous lasers and kits with the mark Vari-Lase®. All of VSI's products bear VSI's name. VSI has never labeled its products with "ELT" or "endovenous laser therapy."

14. VSI publishes the *Endovenous Laser Reimbursement Newsletter* ("Reimbursement Newsletter"), a publication on the industry's efforts to have endovenous laser procedures reimbursed by health insurers. The July 2003 edition of the Reimbursement Newsletter used the abbreviation "ELT" as an abbreviation for the endovenous laser therapy procedure, but never used ELT to identify the source of any company's products or services. The Reimbursement Newsletter was distributed when it was published in July 2003 and was available at VSI's booth at the International Varicose Vein conference in Key Biscayne, Florida on September 21-23, 2003. The newsletter was not distributed after September 2003.

15. VSI maintains a website at www.veins.nu ("veins.nu website") to raise public awareness of endovenous laser treatment. Although VSI's name and address appear at the bottom of each page of the website, VSI's products are not advertised on the veins.nu website. The veins.nu website did not use "ELT" as a name for VSI's products or services.

16. VSI stopped using the abbreviation "ELT" to refer to the procedure in September 2003, after receiving a letter from Diomed in which Diomed complained about VSI's use of the abbreviation "ELT." VSI voluntarily took this measure to avoid

any controversy. I have attached as Exhibit 5 the document change form for the veins.nu website which indicates that references to ELT were removed from the website. I have also attached as Exhibit 6 color copies of the current veins.nu website.

17. VSI produced an Assurance of Compatibility document for its sales representatives to use in connection with sales of VSI's Vari-Lase kits. I attach the first version of the Assurance of Compatibility as Exhibit 7. VSI updated the Assurance of Compatibility in January of 2004, and stopped distributing the original form in early 2004. Attached as Exhibit 8 is a true and correct copy of the updated version of the Assurance of Compatibility document.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of June, 2005.

_____
Howard Root

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail by hand on June 3, 2005
Karen Van Kooy

4