UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., DIOMED HOLDINGS, INC., and DIOMED LIMITED,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC. and NANCY L. ARNOLD,<br><br>　　　　Defendants. | Civil File No. 03 CV 12498 RWZ<br><br>**DECLARATION OF<br>HEATHER D. REDMOND** |

I, HEATHER D. REDMOND, declare and state as follows:

1. I am an attorney licensed to practice in the State of Minnesota. I am one of the attorneys for defendants in this case. This Declaration is made in support of Defendants' Motion for Summary Judgment regarding defendants' counterclaim of trademark invalidity.

2. I believe that the documents attached to this Declaration are true and correct copies of what they purport to be, as follows:

| **Tab** | **Description of Documents** |
|---|---|
| A | Excerpts from the November 3, 2004 Rule 30(b)(6) Deposition of Plaintiff Diomed, Inc., testimony of David B. Swank |
| B | VSI's Notice of Rule 30(b)(6) Deposition |
| C | Documents produced by Diomed |
| D | 2002 article by Dr. T.M. Proebstle, et al., entitled *Endovenous treatment of the greater saphenous vein with a 940-nm diode laser: Thrombotic occlusion after endoluminal thermal damage by laser-generated steam bubbles*. |

| | |
|---|---|
| E | 2002 article by Dr. T.M. Proebstle, et al., entitled *Thermal Damage of the Inner Vein Wall During Endvenous Laser Treatment: Key Role of Energy Absorption by Intravascular Blood.* |
| F | 2003 article by Dr. Steven E. Zimmet and Dr. Robert J. Min, entitled *Temperature Changes in Perivenous Tissue during Endovenous Laser Treatment in a Swine Model.* |
| G | 2001 article by Dr. Robert J. Min, et al., entitled *Endovenous Laser Treatment of the Incompetent Greater Saphenous Vein.* |
| H | Printouts from websites containing references to "EVLT" |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 2, 2005.

_Heather D. Redmond_
Heather D. Redmond

I hereby certify that a true copy of this document was served upon the attorney of record for each other party by mail by hand on June 3, 2005
Karen Van Tony

2