UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., DIOMED HOLDINGS INC. and DIOMED LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC. and NANCY L. ARNOLD, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 03-12498-RWZ |

### NOTICE OF APPEARANCE OF KAREN VAN KOOY, ESQ. AS COUNSEL FOR VASCULAR SOLUTIONS, INC.

I, Karen Van Kooy, Esq., an attorney admitted to practice before the Supreme Judicial Court of Massachusetts and this Court, hereby enters this case as an attorney on behalf of Vascular Solutions, Inc. ("VSI"), Defendant.  This appearance is in addition to, and not in place of, the appearances of Attorneys Steven L. Feldman, J. Thomas Vitt and Todd R. Trumpold, who remain as counsel to VSI in this action.

/s/ Karen Van Kooy
Karen Van Kooy, Esq. (BBO #644484)
Ruberto, Israel & Weiner, P.C.
100 North Washington Street
Boston, Massachusetts 02114-2128
(617) 742-4200

Dated: June 9, 2005

U:\CPR\Steven Feldman\Vascular Solutions\Diomed Holdings\KVKNoticeOfAppearance.doc