UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., DIOMED HOLDINGS INC. and DIOMED LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC. and NANCY L. ARNOLD,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 03-12498-RWZ<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF ATTORNEY NON-AFFILIATION WITH FIRM**

As requested by Jay Johnson, Docket Clerk to Judge Zobel, in a telephone conversation on June 8, 2005 with the undersigned, this notice is to confirm that Attorney Patrick J. Cassidy is no longer affiliated with the firm Ruberto, Israel & Weiner, P.C. ("RIW" or the "firm"). Attorney Cassidy was formerly an associate at the firm, who, while employed at RIW, electronically filed documents in this case. As such, he received electronic notices from the Court through the ECF system. However, because he is no longer associated with the firm, his ECF notices are being returned to the Court as undeliverable. As Attorney Cassidy is no longer affiliated with Ruberto, Israel & Weiner, P.C., his name should be removed from this case and his e-mail account with the Court (entitled PJC@riw.com) should be deleted.

*Signatures appear on next page*

Respectfully submitted,

VASCULAR SOLUTIONS, INC. and
NANCY L. ARNOLD

By their attorneys,

/s/ Steven L. Feldman
Steven L. Feldman (BBO #162290)
Karen Van Kooy (BBO #644484)
Ruberto, Israel & Weiner, P.C.
100 North Washington Street
Boston, Massachusetts 02114-2128
Telephone: (617) 742-4200

*and*

J. Thomas Vitt (MN #183817)
Todd R. Trumpold (MN #313890)
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600

Dated: June 9, 2005

U:\CPR\Steven Feldman\Vascular Solutions\Diomed Holdings\NoticeofAttorneyNon-Affiliation.doc

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail by hand on 6/9/05

*Christopher Roberts* (signature)