IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., DIOMED HOLDINGS, INC., and DIOMED LIMITED,<br><br>        Plaintiffs,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC. and NANCY L. ARNOLD,<br><br>        Defendants. | CIVIL ACTION NO. 03CV12498 RWZ |

### STIPULATED MOTION

Plaintiffs request that the date for Plaintiffs to respond to Defendant's Motion for Summary Judgment be extended from June 24 to June 28, 2005 and the date for Defendant's to file a Reply be extended from July 1 to July 6, 2005. The date for arguing the motion, July 13, 2005 at 3:00 p.m. would remain unchanged. Defendants have stipulated to this motion.

                                                                DIOMED INC., DIOMED HOLDINGS INC., and
                                                                DIOMED LIMITED,

                                                                By their counsel,

Dated: June 21, 2005                                  /s/ Michael A. Albert
                                                                Michael A. Albert (BBO #558566)
                                                                malbert@wolfgreenfield.com
                                                                James J. Foster (BBO #553285)
                                                                jfoster@wolfgreenfield.com
                                                                Michael N. Rader (BBO #646990)
                                                                mrader@wolfgreenfield.com
                                                                WOLF, GREENFIELD & SACKS, P.C.
                                                                600 Atlantic Avenue
                                                                Boston, Massachusetts 02210
                                                                Tel: (617) 720-3500
                                                                Fax: (617) 720-2441

SO ORDERED:

_____
U.S.D.C.

908810.1