IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., DIOMED HOLDINGS, INC., AND DIOMED LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC. AND NANCY L. ARNOLD,<br><br>    Defendant. | CIVIL ACTION NO. 03-CV-012498 RWZ |

**DECLARATION OF RYAN MCMANUS**

I, Ryan McManus, state as follows:

1. I am a litigation paralegal with Wolf, Greenfield & Sacks, P.C., counsel for the Plaintiffs in the above-captioned matter.

2. Attached as Exhibit A is a copy of an article on vein treatment. In this Exhibit, the procedure for treating varicose veins is referred to as "Underskin Contact Laser Treatment."

3. Attached as Exhibit B is a copy of a select page from an article on vein treatment. In this Exhibit, the procedure for treating varicose veins is referred to as "endovenous occlusion of leg veins," "under the skin laser treatment," and "vein closure procedure."

4. Attached as Exhibit C are copies of selected pages from an article on vein treatment. In this Exhibit, the procedure for treating varicose veins is referred to as "Endoluminal treatment of varicose veins with diode laser."

5. Attached as Exhibit D are copies of selected pages from an article on vein treatment. In this Exhibit, the procedure for treating varicose veins is referred to as "Endovenous laser vessel occlusion" and "Endovenous obliteration."

910878.1

6.  Attached as Exhibit E are copies of selected pages from marketing materials relating to vein treatment. In this Exhibit, the procedure for treating varicose veins is referred to as "Endovenous Occlusion of Leg Veins."

7.  Attached as Exhibit F are copies of selected pages from marketing materials relating to vein treatment. In this Exhibit, the procedure for treating varicose veins is referred to as "Optimized Venous Therapy."

8.  Attached as Exhibit G is a copy of an article on vein treatment. In this Exhibit, the procedure for treating varicose veins is referred to as "varicose vein treatment."

9.  Attached as Exhibit H is a copy of a select page from marketing materials relating to vein treatment. In this Exhibit, the procedure for treating varicose veins is referred to as "Endoluminal, intravenous fiberoptic laser ablation."

10. Attached as Exhibit I is a copy of a select page from marketing materials relating to vein treatment. In this Exhibit, the procedure for treating varicose veins is referred to as "Laser Vein Treatment."

11. Attached as Exhibit J is a copy of a select page from marketing materials relating to vein treatment. In this Exhibit, the procedure for treating varicose veins is referred to as "laser treatment for varicose veins."

12. Attached as Exhibit K is a copy of an article on vein treatment. In this Exhibit, the procedure for treating varicose veins is referred to as "EndoVenous Varicose Vein Treatment."

13. Attached as Exhibit L is a copy of an article on vein treatment. In this Exhibit, the procedure for treating varicose veins is referred to as "endovascular vein closure treatment" and "Saphenous vein closure treatment."

910878.1

14. Attached as Exhibit M is a copy of an article on vein treatment. In this Exhibit, the procedure for treating varicose veins is referred to as "laser treatment of varicose veins."

15. Attached as Exhibit N is a copy of an article on vein treatment. In this Exhibit, the procedure for treating varicose veins is referred to as "Laser Treatment for Varicose Veins."

16. Attached as Exhibit O is a copy of a select page from an article on vein treatment. In this Exhibit, the procedure for treating varicose veins is referred to as "Endoluminal varicose vein treatment with Diode Laser."

17. Attached as Exhibit P is a copy of a select page from an article on vein treatment. In this Exhibit, the procedure for treating varicose veins is referred to as "Endoluminal Treatment Of Varicose Veins With Diode Laser."

18. Attached as Exhibit Q are copies of selected pages from three articles relating to vein treatment. In this Exhibit, the procedure for treating varicose veins is referred to as "Endovascular Obliteration of Saphenous Vein Reflux" and "Endovascular Obliteration of Saphenous Reflux."

19. Attached as Exhibit R is a copy of a select page from an article on vein treatment. In this Exhibit, the procedure for treating varicose veins is referred to as "endovenous treatment of saphenous vein reflux."

20. Attached as Exhibit S is a copy of a select page from an article on vein treatment. In this Exhibit, the procedure for treating varicose veins is referred to as "Endovenous Obliteration." In Exhibits A through S, the referred to uses have been highlighted.

21. Attached as Exhibit T is a copy of a Notice of Allowability from the United States Patent and Trademark Office for Diomed's patent application to a medical laser device including the marked introducer sheath.

910878.1

22. Attached as Exhibit U is a copy of a printout from the Trademark Applications and Registrations Retrieval ("TARR") system of the United States Patent and Trademark Office ("USPTO") for Diomed's trademark registration for its EVLT® trademark. This information is publicly available at http://www.uspto.gov/main/trademarks.htm.

Sworn to under the pains and penalties of perjury that the foregoing is true to the best of my knowledge and belief.

Dated: June 28, 2005  /s/ Ryan McManus  
                                                     Ryan McManus

**910878**.1