# EXHIBIT A

# UNDERSKIN CONTACT LASER TREATMENT

A new approach to leg vein disease

Antonio Del Giglio

Vascular deseases - varicous veins, superficial capillaries and cavemosus hemangiomas - is a large chapter involving any kind of laser technology.

Laser target is the vessel wall damage by blood vaporization, to induce immediate fiberoptic repair processes. laser technologies present many options to bypass free the skin melanin wall, to avoid burning the skin or hypo-iper pigmentation. We adopted the underskin contact laser concept: a special handpiece provided with a standard needle that allows the laser fiber optic to go through the skin inside the vein, and move forward the needle. Additionally this handpiece makes easier underskin treatment of cavemosus hemangiomas - a very effective treatment of this vascular disorder (Dr. Bruallia, Barcelona), or the wrinkles filling acting the laser directly on the derma: the laser fluence transmitted is totally absorbed by the target only.

The laser adopted is a diode laser 980 nm. This preliminary presentation consider the first 50 veins from 2 millimeters up to 5 millimeters, 25 spider nevous, 150 external capillaries. Method: the fiber optic is inserted through the needle inside the vein after local anesthesia and the lasering is done under the guide of of the aiming beam well visible through the skin. in the follow up: we observed 6 reopening in veins over 3 mm, due to a non ideal indications rather than inappropriate treatment. Was not observed particularly side effects, after the treatment of leg vein more than 3 mm size.

- hematoma positioned side the treatment place, usually disappearing after 1-2 weeks
- pain at the treated place, more evident at night, disappearing in 1-4 days;
- edama of the treated place, disappearing 1-4 days.

This new way to user the laser is very promising, either for leg veins, cavemosus hemagiomans, than for other medical and dermatological purpose.

**ANG  367**

# EXHIBIT B

# RESEARCHERS OPTIMIZE 980 NM LASER FOR VASCULAR PROCEDURES

*By Bob Kronemyer, Associate Editor*

The Ceralas D 980 nm diode laser from biolitec, Inc. (East Longmeadow, Mass.) may very well be the optimum wavelength for treating chronic venous insufficiency. Dr. Antonio del Giglio of Verona, Italy chose the Ceralas D for use in his practice based on the properties of the 980 nm wavelength and has been performing endovenous occlusion of leg veins since 1998. In addition, Dr. del Giglio has a device and method patent for minimally invasive under the skin laser treatment. Dr. del Giglio presented his findings at the American College of Phlebology meeting in Palm Springs, Calif. this past November.



**Water Absorption Spectrum**

**WHILE OTHER LASER** wavelengths are also being used for treating venous insufficiency, an understanding of photobiology and physics leads to a preference for the 980 nm wavelength, according to a Ceralas D user. "Although the 810 nm diode laser has been used for endovenous treatment, I feel it is not the best wavelength, as it does not absorb well in water," observed John Mauriello, M.D., a phlebologist in private group practice with offices in Charlotte and Durham, North Carolina. On the other hand, the "940 nm diode laser is better than the 810 nm because it is on the up-slope of the water absorption curve," Dr. Mauriello said. "But my research convinces me that 980 nm is the perfect wavelength because it is right on the peak of the water absorption curve."

> *The 980 nm wavelength may also cause less postoperative patient discomfort with enhanced recovery time because of less trauma to adjacent tissue.*

Dr. Mauriello is achieving a 95% plus success rate with the biolitec laser. "Other investigators have also reported better than 95% success," he said. "These are much better results than any surgical stripping procedure." The 980 nm wavelength may also cause less postoperative patient discomfort with enhanced recovery time because of less trauma to adjacent tissue.

**ONCE APPROVED** in the U.S., the biolitec vein closure procedure will be branded as: EVOLVe℠ (EndoVenous Occlusion of Leg Veins). "This certainly describes the procedure," Dr. Mauriello noted. "These catheter procedures should make vein stripping obsolete, along with minimal patient downtime."

The VNUS Closure procedure is also a minimally invasive alternative to vein stripping, that uses radio frequency energy. However, "that catheter heats up to 190 degrees inside the vein and indiscriminately heats up everything around it," Dr. Mauriello cautioned. "So you cannot use VNUS Closure if the vein is close to the surface because the skin will burn." Also, the catheter for a radio frequency procedure costs $725 as opposed to a biolitec laser fiber that costs only $95. "So there is a big cost savings to the insurance company and to the patient when you use a laser fiber," Dr. Mauriello said.

Dr. Mauriello envisions a bright future for the Ceralas D diode laser from biolitec. "Because the laser fiber is very small and because the heat remains inside the vein, we can start doing smaller vessels on the surface of the leg – something that the radio frequency catheter simply cannot do," he said.

Lowell Kabnick, M.D., a vascular surgeon in private group practice in Morristown, New Jersey, has extensive experience with VNUS Closure procedure. Additionally, "I did my first laser case in August with the Diomed laser," Dr. Kabnick said. Then in November, he purchased the Ceralas D laser. "I have been doing at least one case per week," he reported.

**ECHOING DR. MAURIELLO,** Dr. Kabnick also believes that the biolitec 980 nm wavelength "is superior for water absorption, which translates into a probable better success rate." And compared to VNUS Closure, the Ceralas D laser "is less expensive and faster," Dr. Kabnick said. He also appreciates the fact that the company manufacturers its own laser and fibers. "It's more of a package deal, which makes it that much more economical, and with better quality control," he noted. "Aside from one-stop shopping, "the lasers are made and serviced here in the United States, so you don't need to send them to Europe." The cost of shipping a laser back and forth overseas is avoided.

The biolitec laser is currently cleared by the FDA for a number of procedures, including: photocoagulation of vascular lesions, debridement of wounds, and excision of keloids and neuromas. "Wound healing is also now being studied," Dr. Kabnick said. "This laser is truly diverse in its applications."

ANG 368

# EXHIBIT C

# Endovenous Laser: A New Minimally Invasive Method of Treatment for Varicose Veins—Preliminary Observations Using an 810 nm Diode Laser

Luis Navarro, MD,* Robert J. Min, MD,† and Carlos Boné, MD‡

*Vein Treatment Center and Beth Israel Medical Center, New York, New York, †Cornell Vascular, New York, New York, and ‡The Vein Treatment Center, Palma, Spain

BACKGROUND. Long-term success in the treatment of truncal and significant branch leg varicosities, when the saphenofemoral junction (SFJ) and the greater saphenous vein (GSV) are involved, depends on the elimination of the highest point of reflux and the incompetent venous segment, and is best achieved by surgical ligation and stripping. Minimally invasive alternatives in the treatment of varicose veins with SFJ and GSV incompetence have been tried over the years to increase patient comfort, reduce cost and risk, and allow implementation by a wide variety of practitioners resulting in varying degrees of success depending on the fulfillment of the above two premises and the effectiveness of the method used.

OBJECTIVE. To demonstrate a novel way to use laser energy through an endoluminal laser fiber for the minimally invasive treatment of truncal varicosities that eliminates the highest point of reflux and the incompetent segment.

METHODS. Patients were treated with 810 nm diode laser energy administered endovenously through a bare-tipped laser fiber (400–750 µm). Vein access for endoluminal placement of the fiber through a catheter was achieved by means of percutaneous or stab wound incision under ultrasound guidance and local anesthesia. Exact placement of the fiber was determined by direct observation of the aiming beam through the skin and by ultrasound confirmation.

RESULTS. Preliminary short-term postprocedure results (up to 1 year, 2 months after treatment) in the endovenous laser treatment of 40 greater saphenous veins in 33 patients indicate a 100% rate of closure with no significant complications. In addition, a 2-year experience of 80 cases of isolated branch varicosities (Giacomini, anterolateral branch, etc.) also shows a 100% rate of closure.

CONCLUSION. Early results of our endoluminal laser methodology indicate a very effective and safe way to eliminate SFJ incompetence and close the GSV. With proper patient selection, the ease of methodology and the reduced risk and cost associated with endovenous laser treatment may make it a successful minimally invasive alternative for a wide group of patients that previously would have required ligation and stripping.

SUCCESSFUL LONG-TERM results in the treatment of primary leg varicose veins of truncal origin depend on two hemodynamic premises: the elimination of the highest point of reflux, and the elimination of the incompetent venous segment.[1-7] Surgical ligation and stripping has proven to be the most successful treatment method for truncal varicosities when the saphenofemoral junction (SFJ) and the greater saphenous vein (GSV) are incompetent.[1,8-14] Treatments of choice for varicose veins of nontruncal origin, such as perforator, pudendal, etc., are sclerotherapy and ambulatory phlebectomy.[15,16]

The drawbacks of traditional surgery include increased risk associated with extensive anesthesia, increased cost of hospitalization, and possible complications from surgery (including paresthesias). These have been addressed by today's ligation and stripping, performed on an ambulatory basis with groin to knee invaginating stripping and concomitant branch miniphlebectomy under a minor form of anesthesia.[17-21] Even so, safe and complete dissection of the SFJ requires a qualified surgeon, an equipped operating theater in a hospital, ambulatory surgical unit, or office, and some form of anesthesia beyond strictly local.

Given the above requirements and the typical patient aversion to surgery, minimally invasive alternatives, such as sclerotherapy, mini-phlebectomy, ultrasound- and transcatheter-guided sclerotherapy, and monopolar and bipolar radio frequency, are being utilized in the treatment of truncal varicosities in an effort to improve patient comfort, reduce cost and risk, and allow implementation by a variety of practitioners in different specialties. However, these procedures have had varied results, depending on the fulfillment of the above hemodynamic premises and the effectiveness of the method used to this end.[22-30]

Simple traditional sclerotherapy and mini-phlebectomy are best used for targeted branch varicosities, and

L. Navarro, MD, R.J. Min, MD, and C. Boné, MD have indicated no significant interest with commercial supporters.

Address correspondence and reprint requests to: Luis Navarro, MD, The Vein Treatment Center, 327 East 65th St., New York, NY 10021.

© 2001 by the American Society for Dermatologic Surgery, Inc. • Published by Blackwell Science, Inc.
ISSN: 1076-0512/01/$15.00/0 • Dermatol Surg 2001;27:117–122

*Dermatol Surg   27:2:February 2001*

although they are occasionally employed to address the highest point of reflux, the SFJ, these techniques are difficult to use to this end. Modern reflux-oriented sclerotherapy techniques under ultrasound guidance (needle and transcatheter) are successfully replacing simple traditional sclerotherapy for reflux control but still report varying rates of recanalization, 10–42% in 1 year,[31] depending on the operator, technique, and sclerosant used. The use of iodinated solutions and of detergent sclerosing agents in the form of microfoam seem to produce more consistent sclerotherapy results.[32]

Other modern minimally invasive techniques use heat in the form of radio frequency or laser energy to close the GSV at the SFJ. In its initial trials, radio-frequency occlusion of the GSV has had successful closure rates of 90–95% (mean follow-up time 4.9 months), but a variety of heat-related complications involving the skin surround GSV structures.[29] These complications are in the process of being addressed by a temperature feedback mechanism and tumescent anesthesia.[33]

Since 1998, Spanish phlebologist Dr. Carlos Boné has employed and reported[34] (Boné C, presentation entitled "Endoluminal treatment of varicose veins with diode laser," Union International of Phlebology, Bremen, October 1999) on a new method to treat varicose veins and truncal varicosities with laser energy delivered endovenously via fiberoptic laser fiber. The following is a report of this method with preliminary results as used in Spain by Dr. Boné and in New York (since 1999) by the remaining authors. An institutional review board approved study (Chesapeake Research Review, Inc.) has been undertaken in New York to evaluate the safety and efficacy of this method for truncal varicose veins.

## Methods

Thirty-three patients with SFJ reflux associated with GSV incompetence and enlargement of branch varicosities were given a choice of surgical ligation and stripping, transcatheter duplex-guided sclerotherapy, or endovenous laser treatment. Pretreatment transverse GSV measurements ranged from 4.7 mm × 4.3 mm to 16.0 mm × 21.6 mm (mean 10.2 mm × 10.6 mm). There were no GSV size limitations when determining candidates. General exclusion criteria included pregnancy or breast-feeding, an inability to ambulate, deep vein thrombosis, hypercoagulability, arterial occlusive disease, and general poor health. All patients were examined with continuous wave Doppler and color duplex ultrasound for anatomic feasibility; patients with duplications and anatomic malformations of the GSV and/or reflux and dilation of several saphenofemoral branch tributaries beyond the GSV were excluded and other treatment methods were recommended. All patients were treated after extensive informed consent and according to the ethical guidelines of the 1975 Declaration of Helsinki.



**Figure 1.** Direct introduction of guide wire through exteriorization of greater saphenous vein via stab wound–Mueller hook approach.

Color duplex ultrasound mapping and marking of the affected SFJ and GSV with transverse measurements at 3 cm below the SFJ were performed and recorded. The distance from the point of entry to the SFJ was measured to calculate catheter length and size. The decision for percutaneous or stab wound entry was made depending on the quantity and size of leg branch varicosities, dictating a need for mini-phlebectomy and the individual practitioner's preference. After proper patient positioning on the examination table, betadine skin cleansing, and sterile draping of the leg, the distance between the point of entry and the SFJ was again measured, as positional length variations of 5–10 cm can occur with the standing position. Using local anesthesia (1–2 cc of lidocaine 1% without epinephrine) and under ultrasound guidance, the GSV was subsequently entered on the lower thigh or at knee level via a percutaneous needle puncture (18-gauge needle) or a stab wound–Mueller hook approach (Figures 1 and 2). A



**Figure 2.** Percutaneous placement of a no. 5 French catheter with confirmation of exact laser fiber location through direct visualization of aiming beam, ultrasound guidance, and steri-strip markings of proper catheter and fiber length.

**ANG 2220**

# EXHIBIT D

# Percutaneous interventions for varicose veins

Hilario Martinez, MD

Chronic venous disease plays a significant role in medical referral in today's world. Incompetence of the saphenofemoral junction (SFJ) with reflux into the greater saphenous vein (GSV) is one cause of chronic venous hypertension, which may lead to the development of varicose and telangiectatic leg veins. For years, surgical ligation and stripping of the GSV has been the gold standard for treatment of SFJ incompetence. This article reviews percutaneous interventional therapy for this condition as an alternative to surgery. Interventional radiologists should be involved directly in the clinical assessment and therapeutic management of symptomatic varicose veins.

Chronic venous disease of the lower limbs ranks as one of the most common conditions affecting humankind. Based on an earlier health survey conducted in the United States, the diagnosis of varicose veins was the seventh most common reason for medical referral.[1] It is estimated that 3% to 8% of the U.S. population has symptomatic lower extremity venous valvular insufficiency, and 1% of adults older than 60 years of age have chronic ulceration.[3] The total cost to the U.S. economy was approximately $1 billion in 2000.[2] Although approximately half of the U.S. population has minor stigmata of venous disease (women 50% to 55%; men 40% to 45%), fewer than half of this population will have visible varicose veins (women 20% to 25%; men 10% to 15%).[2]

The prefix "varic(o)" means twisted and swollen.[2] Varicose veins in the lower extremities can be defined as any prominent vein that has permanently lost its valvular efficiency and, as result of continuous dilatation under pressure, becomes elongated, tortuous, pouched, and thickened (Figure 1). Among the predominant risk factors associated with the development of varicose veins include female gender, increased age, and pregnancy.[2]

The venous system of the lower extremity has two components—the superficial and the deep systems—separated by a deep fascial layer. Bicuspid valves are present in the venous system and permit flow in only one direction, toward the heart. The number of valves increases from proximal to distal; therefore, proximal valve damage has greater consequences than does isolated damage to distal valves.

The first component of the venous system, the superficial system, collects blood from both the subcutaneous tissues and the skin. This system empties into the deep system and consists of three main branches: 1) the greater saphenous vein (GSV), 2) the lesser saphenous vein, and 3) the lateral venous system.

The first main branch, the GSV, originates as a continuation of the medial venous arch of the foot. This vessel courses upward along the medial aspect of the calf to the level of the knee. At this level, the saphenous nerve is in proximity to the vein, making it susceptible to inadvertent injury during saphenous vein treatment. From the knee, the vessel courses more medially, along the medial aspect of the thigh, to join with the common femoral vein in the groin (Figure 2). The second main branch, the lesser saphenous vein, arises along the lateral aspect of the foot as a continuation of the dorsal venous arch. This vessel extends up in the posterior calf toward the knee and joins the popliteal vein (Figure 3). The final branch, the lateral venous system, is a system of small-caliber veins located along the lateral aspect of the leg. These veins drain toward the perforator veins of the knee (Figure 4). The perforating veins are small veins that connect the superficial to the deep venous system (anterior and posterior tibial, peroneal, popliteal, and superficial femoral veins), allowing flow in that direction only (Figure 5). The number of perforators found in the leg varies greatly; some reports suggest more than 15,000 perforators within a leg. In general, these veins are

ANG 2366





FIGURE 11 (above). Diagram showing how resistive conduction of heat can be affected by endovenous flow if not compressed appropriately. RF = radiofrequency. (Figure courtesy of VNUS Medical Technologies, Inc., San Jose, CA.)

FIGURE 12. Endovenous radiofrequency probe catheters (Closure device). (Figure courtesy of VNUS Medical Technologies, Inc., San Jose, CA.)



FIGURE 13. Radiofrequency generator unit for the Closure device. (Figure courtesy of VNUS Medical Technologies, Inc., San Jose, CA.)

The Closure procedure is performed initially by obtaining anesthesia, injecting a 0.1% lidocaine solution along and around the entire length of the GSV, and performing a small dermatotomy over the distal aspect of the GSV in the distal medial thigh. A 6F or 8F VNUS endoluminal catheter is then inserted approximately to within 1 to 2 cm from the SFJ (Figures 12 through 14). Manual pressure is placed on the groin area, and the VNUS Radiofrequency Generator is activated. After waiting for the vein to reach 85°C for 30 sec, the catheter is pulled back at a rate of approximately 3.5 cm/min. During the pullback, the temperature is maintained between 80° and 90°C, averaging approximately 85°C. During the catheter pullback, the temperature may drop briefly due to the electrodes crossing the ostium of a tributary or perforator vein. When that happens, the pullback speed is slowed to allow the temperature to return to 85°C and occlude the ostium of the tributary or the perforator. At the end of the pullback, the vein is assessed for closure using Duplex ultrasound (Figure 15). The distal varicose tributaries are then subsequently treated with standard ambulatory phlebectomy or sclerotherapy.[17] The clinical results of the Closure device demonstrate that 90% of treated limbs are reflux-free at 2-year follow-up[18] and 94% of veins treated were invisible sonographically at 2-year follow-up.[19] A recent study done by Rautio et al,[20] comparing postprocedural pain, convalescent period, and cost of the Closure device with the conventional stripping operation, revealed that the postoperative average pain, recovery time (6.5 days vs. 15.6 days), and cost of the endovenous obliteration alternative is significantly less than with conventional surgery.

### Endovenous laser vessel occlusion



The treatment of truncal varicose veins using an endovenous laser beam

ANG 2371

18. Kabnick LS, Merchant RF. Twelve and twenty four month follow up after endovascular obliteration of saphenous vein reflux—A report from the Multi-Center Registry. *J Phleb.* 2001;1:17-24.

19. Pichot O. Role of duplex imaging in endovascular obliteration for primary venous insufficiency. *J Endovasc Ther.* 2000;7:451-459.

20. Rautio T, Ohinmaa A, Perala J, et al. Endovenous obliteration versus conventional stripping operation in the treatment of primary varicose veins: A randomized controlled trial with comparison of the costs. *J Vasc Surg.* 2002;35:958-965.

21. Dover JS, Arndt KA. New approaches to the treatment of vascular lesions. *Laser Surg Med.* 2000;26:158-163.

22. Navarro L, Min R, Bone C. Endovenous laser: A new minimally invasive method of treatment for varicose veins—Preliminary observations using an 810 nm diode laser. *Dermatol Surg.* 2001;27:117-122.

23. Min R, Zimmet SE, Isaacs MN, Forrestal MD. Endovenous laser treatment of the incompetent greater saphenous vein. *J Vasc Interv Radiol.* 2001;12:1167-1171.

24. Reid RG, Rothnie NG. Treatment of varicose veins by compression sclerotherapy. *Br J Surg.* 1968;55:889-895.

25. Raymond-Martimbeau P. Two different for techniques for sclerosing the incompetent saphenofemoral junction: A comparative study. *J Dermatol Surg Oncol.* 1990;16:626-631.

26. Dejode LR. Injection-compression treatment of varicose veins. *Br J Surg.* 1970;57:285-286.

27. Cloutier G. La sclerose des crosses des saphenes internes et externe avec compression. Resultats. *Phlebologie.* 1980;33:731-735.

28. Min RJ, Navarro L. Transcatheter duplex ultrasound-guided sclerotherapy for treatment of greater saphenous vein reflux: Preliminary report. *Dermatol Surg.* 2000;26:410-414.

29. Pavcnik D, Uchida BT, Timmermans H, et al. The square stent-based large vessel occluder: An experimental pilot study. *J Vasc Intern Radiol.* 2000;11:1227-1234.

30. Pavcnik D, Uchida B, Timmermans H, et al. Square stent: A new self-expandable endoluminal device and its applications. *Cardiovasc Intervent Radiol.* 2001;24:207-217.

31. Pavcnik D, Uchida B, Timmermans HA, et al. Percutaneous bioprosthetic venous valve: A long term study in sheep. *J Vasc Surg.* 2002;35:598-602.

32. Rosenblatt M. Radiofrequency of ablation of varicose veins. In: Program Guide of the 27th Annual Meeting of the Society of Cardiovascular & Interventional Radiology. Fairfax, VA: SCVIR; April 2002.

### ABOUT THE AUTHOR



**Hilario Martinez, MD**

Dr. Martinez is a fellow in Vascular and Interventional Radiology at Georgetown University Medical Center, Washington, DC. Dr. Martinez received his MD from Ponce School of Medicine, Puerto Rico, and completed his residency in Diagnostic Radiology at The University of Connecticut Health Center, Farmington, CT.

ANG 2376

# EXHIBIT E

# E V O L V e <sup>SM</sup>

## with the biolitec Ceralas D 980nm laser



biolitec

ANG 339

# EVOLVE ℠



biolitec

ADVANCING
MEDICAL LASERS
AND FIBER OPTICS

## ENDOVENOUS OCCLUSION OF LEG VEINS

More than half of Americans over the age of 65 suffer from painful and unsightly venous disease. The most common forms are varicose and spider veins, which affect over 80 million people in the US alone. However, new minimally invasive laser treatments for varicose and spider veins are revolutionizing the vascular field. Innovative, safe, and effective treatments are currently performed in-office with excellent long-term results. Progressing the capabilities of vascular therapy, EVOLVE is a new minimally invasive laser treatment for varicose and spider veins—with thermal precision and efficacy.

## EVOLVE WITH THE CERALAS D

The biolitec Ceralas D diode laser is ideal for vascular, dermatological, and general surgery. Excellent for treating varicose and spider veins, teleangectasia, and vascular lesions, the Ceralas D has several useful applications in the vascular field. Thermally precise, the Ceralas D 980nm diode laser virtually eliminates collateral tissue damage and maintains a controlled depth of laser penetration—resulting in minimized patient discomfort and recovery time. Compact and portable at only 15 pounds, the multi-functional Ceralas D requires no special cooling or maintenance and though it is durable and warranty protected, all maintenance is completed in the United States.

## PROCEDURES AND APPLICATIONS

- Occlusion of varicose veins
- Photocoagulation of teleangectasia of the legs and face
- Photocoagulation of vascular lesions
- Debridement of wounds
- Debridement of decubitus ulcus
- Excision of keloids
- Excision of neuromas
- Excision of periungual and subungual warts
- Excision of cutaneous lesions
- Dermabrasion
- Vaporization and hemostasis of capillary hemangioma

## TECHNICAL SPECIFICATIONS

| Laser Type | Integrated Ceralas D semiconductor laser diodes |
| --- | --- |
| Wavelength | 980nm |
| Output Power | 25W |
| Power Range | 1–25W |
| Increment Power | 1W |
| Operating modes | Continuous, Pulsed |
| Pulse Duration ON/OFF | 0.01 to 99.9 sec |
| Aiming Beam | 635nm, 4mW |
| Cooling | Air Cooled |
| Weight | 15 lbs (9kg) |
| Dimensions | 14 x 8 x 14 |
| Power Requirements | 110 / 220 V |



**Please call us for in office demonstrations or questions.**
515 Shaker Road, East Longmeadow, MA 01028
800-934-2377 • Fax 413-525-0611 • info@biolitec.com
Visit our Website at www.biolitec.com

510K Pending for Endovascular Occlusion of Leg Veins Procedure



ML-081 REV-1 (10/01), © 2001 biolitec, inc.

**ANG 340**

# EXHIBIT F



ANG 2788

# No STRIPPING SURGERY

## FOR YOUR PATIENTS — AND

# PLENTY OF BUSINESS

### KNOW-HOW FOR YOU.

In a competitive market, you have to be an excellent physician and an astute businessperson. That's why the Precision Lasers from AngioDynamics are a perfect fit for your practice. They bring you:

- a new, minimally invasive procedure that optimizes the vascular therapy you offer;
- an attractive alternative to traditional surgery for the 25 percent of all women and 15 percent of all men affected by reflux of the greater saphenous vein;
- a full business-development guide to effectively manage your administrative, financial and clinical aspects; and
- an open-ended platform to support additional laser procedures in the future.



Before Laser Treatment



After Laser Treatment



AngioDynamics Precision 810™/Precision 980™ Laser Systems



Before Laser Treatment



After Laser Treatment

Photos courtesy of Lowell S. Kabnick, M.D., FACS

### A SIMPLE, OUTPATIENT PROCEDURE.

The AngioDynamics Precision 810™ and Precision 980™ Lasers treat reflux of the greater saphenous vein with laser light emitted to the target area through a thin fiber inserted into the vein. From pre-op to post-op takes less than two hours, with the actual procedure taking about 45 minutes. The learning curve is short and mastery is quick, allowing you to dispense with all the requirements of a traditional surgical procedure to deliver better results in an outpatient setting.

Patients resume activity immediately and see results quickly, without scarring, sutures, hospital stay, lengthy recovery, or risk of surgical complications — and without pain (only slight discomfort due to possible swelling three to five days after the procedure).

### THE PRECISION OF A LASER FOR OPTIMIZED VENOUS THERAPY.

The Precision 810™ and the Precision 980™ Lasers deliver just the right amount of laser energy, causing the vein to occlude while the body routes the blood to other veins.

AngioDynamics' patent-pending Sheath Locking Mechanism ensures accurate placement and securement of the laser fiber without taping or measuring.



Choose from the Precision 810™ for optimal hemoglobin absorption or the Precision 980™ for peak water absorption.

**ANG 2790**

# EXHIBIT G

ERIC MOWER AND ASSOCIATES EM

Clippings from Public Relations and Public Affairs, Syracuse

*Westport News*
September 10, 2003

# VARICOSE VEINS:
## Today's Treatments are a Walk in the Park!

*500 V V*

For many people, varicose veins are a cosmetic concern. But for others, they can cause aching pain and discomfort—enough to make a brisk walk something to avoid. And sometimes the condition leads to more serious problems, such as open sores.

Have you been putting up with the discomfort, wanting to avoid surgery? There's good news: Compared to surgical treatments of the past, today's treatments are a walk in the park!

Varicose veins (varix = twisted) are gnarled, enlarged veins that are visible under your skin. They may have a ropey appearance and be raised above the surface of the skin. Any vein may become varicose, but the most commonly affected areas are legs and feet.

### Signs and Symptoms

Signs that your varicose veins may require treatment include:

✖ An achy or heavy feeling in your legs.

✖ Burning, throbbing, muscle cramping, and swelling in your lower legs.

✖ Enlarged veins visible under the skin of your legs.

✖ Brownish-gray areas on your ankle.

✖ Itching around the veins.

✖ Skin ulcers (open sores) near your ankle. These represent a severe form of vascular disease and require immediate attention.

✖ If the veins involved lie deep within your legs, not on the surface, your legs may swell considerably. *Please note: Any sudden leg swelling, whether or not it is accompanied by pain and redness,* warrants urgent medical attention, as it may indicate a blood clot.

### Treatments

Varicose veins can be eliminated by surgery or laser treatment.

**Surgery:** At Bridgeport Hospital, a new technique permits vascular surgeons to remove varicose veins faster and more effectively than traditional surgery.

Traditional varicose vein surgery involves making short incisions at various points along the length of the vein, and using an instrument to pull the vein out through these incisions.

With the new technique, the vascular surgeon inserts a tiny motorized device into the vein through small incisions to cut the vessel into small pieces. After suctioning the pieces out, the surgeon uses a miniature light to visually confirm that the entire vein has been removed.

"This new process is more effective and less traumatic than traditional surgical removal," says Bridgeport Hospital-affiliated vascular surgeon Paul Demartini, MD. "It reduces the time and the number of incisions required to perform the procedure. Studies suggest that this new method also reduces pain," he adds.

**Laser:** Vascular radiologists can perform varicose vein treatment using laser technology guided by ultrasound (images created using painless sound waves). This procedure is performed using local anesthesia and involves only a single small puncture of the vein. Guided by ultrasound images, a catheter (a long slender tube) is placed within the vein. A fiber-optic laser is inserted through the catheter. With it, bursts of light are used to damage the walls of the vein. The vein shrinks down over time and becomes invisible.



"The procedure takes about an hour, and at the end you'll walk out of the doctor's office," says Bridgeport Hospital radiologist Kenneth Zinn, MD. "You'll wear a pressure stocking for a week, and you can resume near-normal activity immediately. This procedure involves very minimal risks and has a success rate of 97%," Dr. Zinn says.

### Choosing a Treatment

Which treatment is best for *you*? This will depend on several factors, including:

✖ your physician's diagnosis,

✖ the size of the veins to be treated,

✖ your own treatment history,

✖ your age,

✖ your history of allergies, and

✖ your ability to tolerate anesthesia and surgery.

You may want to get advice from your primary care physician, or you may want to consult both a vascular surgeon and a vascular radiologist to make your decision.

*For a referral to an expert vascular surgeon and vascular radiologist, call Bridgeport Hospital Physician Referral, 24/7, English/Spanish, at 384-4444. Out-of-area, call 888-357-2396.*

# EXHIBIT H



## why should you learn THE E-Laze™ procedure

*Non-surgical, outpatient treatment of SaphenoFemoral incompetence and varicose veins*

**Leg vein problems are common:**

- 50% of women and men over 50 suffer from leg vein disease
- Existing surgical treatments for large vein reflux require an operation and are perceived as invasive, painful, risky and require scars and recovery

**Endoluminal, intravenous fiberoptic laser ablation (E-Laze) of the incompetent saphenous vein is a breakthrough in the treatment of large vessel leg veins**

- 95% successful closing and control of saphenofemoral reflux after one treatment
- Outpatient 30 minute office-based procedure
- Performed under tumescent local anesthesia



BEFORE          AFTER



# Physician **Biography**

## R. Stephen Mulholland, M.D.

Board Certified Plastic Surgeon, Head and Neck Oncologic Surgeon

•••

Co-developer of the FotoFacial® procedure, originator of the Wrinklite® and Laser Laxity Vector Therapy® techniques

•••

Internationally renowned lecturer and corporate consultant

•••

Author of *Photo Rejuvenation* and *Marketing Your Aesthetic Laser Services*

•••

Owner and Director of SpaMedica Clinics Canada

D000422

# EXHIBIT I





# EXHIBIT J



Whether it's a long walk on the beach, working on your feet or simply wearing shorts on a warm day, varicose veins make it difficult to enjoy the things you love.

You're not alone. In fact, up to **40% of women** and 20% **of men** are likely to suffer from symptoms such as unsightly blue veins, fatigue, pain and swelling. Now there's a minimally invasive alternative to the pain and lengthy recovery of traditional surgical vein stripping.

ELVeS™ (Endo Laser Vein System) is a state-of-the-art laser treatment for varicose veins associated with superficial reflux of the Great Saphenous vein. The procedure is performed in your doctor's office. After a short visit, ELVeS will help you to begin enjoying life's pleasures again.

E  L  V  e  S ™

ENDO LASER VEIN SYSTEM

# EXHIBIT K



# AESTHETIC BUYERS GUIDE

BUYERS GUIDE • APRIL 2001                                    PUBLISHED BY MEDICAL INSIGHT, INC.

EDITOR: MICHAEL MORETTI

## DIOMED PIONEERS ENDOVENOUS VARICOSE VEIN TREATMENT

EndoVenous Laser Treatment (EVLT) for varicose veins has recently been developed as a treatment alternative to stripping of the greater saphenous vein. This innovative therapy is also a new application for the 810-nm Diomed laser (models D15, D30, D60) from Diomed Inc. (Andover, Mass.). The minimally invasive EVLT treatment can be performed in the physician's office under local anesthesia.

**THE REASON FOR OUR SUCCESS** to date in closing these veins is a combination of the heat and the tissue-specific laser energy, which damages the vein walls sufficiently to achieve ultimate closure and fibrosis of the vein," said developer Robert Min, MD, Director of Cornell Vascular and an Assistant Professor of Vascular Interventional Radiology at Weill Medical College of Cornell University in New York City. "EVLT is a natural extension of my work as a vascular interventional radiologist in using minimally invasive alternatives. Although ultrasound-guided sclerotherapy has been around for some time, many people feel the recurrence rate is unacceptable," Dr. Min noted.

Steven Zimmet, MD, a phlebologist and cosmetic dermatologist in private solo practice in Austin, Texas, is also helping to refine EVLT, using a maximum 15-watt laser (Diomed D15). In total, Dr.'s. Zimmet and Min, along with two other colleagues, have performed about 100 of these procedures.

At the annual American Academy of Dermatology meeting in March, Dr. Zimmet presented results of 90 greater saphenous veins in 84 patients who had reflux of the greater saphenous vein starting at the saphenofemoral junction. Patients were evaluated with duplex ultrasound before and after treatment. "At 1 week following initial treatment, 87 of these 90 greater saphenous veins were closed," Dr. Zimmet said. The other three veins were retreated at a slightly higher intensity (12 watts vs. 10 watts).

**AT 1 MONTH,** 90 of 90 veins were closed, with a 32% reduction in the diameter of the vein," Dr. Zimmet continued. Then at 3 months, 82 of 83 veins were closed (99%), with a 55% reduction in vein diameter. This was followed at 6 months by 61 of 62 (98%), with a 73%

reduction in diameter. Finally, at 9 months, 26 of 27 were closed (96%), with a 81% reduction in diameter.

The only adverse event was one incident of transient paresthesia that resolved within 2 months. Still, "people typically have mild-to-moderate bruising and mild-to-moderate soreness," Dr. Zimmet explained. However, "I find the soreness and bruising is reduced if we apply



**Robert J. Min, MD**

an adhesive bandage to the thigh." Dr. Zimmet normally uses a short-stretch adhesive bandage called a Porelast (Lohmann Medical). A 30-mm to 40-mm compression stocking is also applied over the top of the bandage. "The patient wears the bandage for 3 days and the compression stocking for 1 week," he said. Patients are also encouraged to actively walk each day, including immediately following the procedure.

**THUS FAR, EVLT** has been a tremendously safe and effective procedure," said Dr. Min, adding that EVLT is technically easy to perform. Still, a proper diagnosis is essential. "If EVLT continues to do as well long term as short term, I believe it will definitely become one of the procedures of choice for this condition."

"I believe this technology is extremely promising," said Robert Weiss, MD, an assistant professor of dermatology at Johns Hopkins University School of Medicine. Two appealing features are "the rapidness of the technique and the low cost of the fiberoptics," he said. "The cost is about 1/10th that of radio-frequency closure."

**DR. WEISS,** who was one of the early investigators of the radio-frequency closure procedure from Vnus Medical, is now planning studies with the diode laser. Initial clinical impressions of competing laser technologies indicate "some very nice similarities," Dr. Weiss said. Although other wavelength diode lasers have been tested, all of the initial clinical studies and most of the patients have been treated with the Diomed 810-nm diode laser.

MEDICAL INSIGHT ■ 27796 SOLLER, MISSION VIEJO, CA 92692 ■ 949-830-5409 ■ FAX: 949-830-8944 ■ E-MAIL: MMoretti@MiiNews.com

D001359