# EXHIBIT L

ERIC MOWER AND ASSOCIATES 

Clippings from Public Relations and Public Affairs, Syracuse

*Iron Mountain Daily News*
August 29, 2003

# MGH Vein Clinic offers non-surgical procedure to remove varicose veins

**By JIM LAJOIE**
**Marquette General Hospital**

MARQUETTE — For the last 15 years or so, a varicose vein in the lower left leg has been a painful problem for registered nurse Sue Britton of Marquette.

Varicose veins are a painful condition in the legs that affects an estimated 80 million people in the United States.

Britton said she remembers experiencing pain in her left leg while working as a staff nurse.

"On days when I was on my feet a lot, especially if there were prolonged periods of standing, I would get very achy legs and some swelling," she said. "All these years, I wondered if there was treatment available to me."

Today, Britton experiences relatively little pain after recently undergoing a newly available non-surgical technique at the Vein Clinic, offered by the Specialty Clinic and Imaging Department at Marquette General Hospital.

Sapheneous vein closure treatment — new to the Upper Peninsula — is an endovascular outpatient treatment performed using local anesthetic.

Endovascular surgery employs catheter-based technologies to treat vascular diseases.

During the procedure, imaging specialists at Marquette General thread a tiny laser fiber into the saphenous vein to seal it, correcting the cause of varicose veins.

"I'm very hopeful that this will solve the problems I have experienced because of the varicose vein," Britton said.



MGH Photo

**DR. CHRISTOPHER MEHALL, Medical Director of Vascular and Interventional Radiology at Marquette General Hospital, performs non-surgical sapheneous vein closure treatment on Sue Britton of Marquette. The endovascular outpatient treatment, new to the Upper Peninsula, is viewed as a major breakthrough in treating varicose veins.**

Common symptoms associated with varicose veins include:
— Aching.
— Heaviness.
— Tiredness.
— Cramping.
— Swelling.
— Burning.
— Itching.
— Significant bulging of leg veins

Less common signs or symptoms include: restless legs at night; leg cramps at night; superficial blood clotting; bleeding from a superficial vein after minor trauma; and unusual rashes.

The minimally invasive treatment is viewed as a major breakthrough in treating varicose veins, which are typically treated surgically by ligation and vein stripping. These procedures require overnight hospital stays and weeks of recuperation.

In most cases, the endovascular vein closure treatment takes less than an hour to complete.

Dr. Christopher Mehall, Medical Director of Vascular and Interventional Radiology at Marquette General who oversees the comprehensive Vein Clinic, said the new approach is good news for many patients who have painful varicose veins.

"Patients who undergo the vein closure treatment typically recovery quite quickly and there is little or no scarring," Dr. Mehall said. "These patients can generally return to their normal activities once they leave the hospital, sometimes the same day or next day."

Approximately one in five people in the United States experience painful and unattractive varicose veins, which form over time.

The Vein Clinic sees patients several days per month in the Specialty Clinic at Marquette General. Patients are encouraged to obtain a referral from their primary care physician to schedule appointments at the Vein Clinic.

Dr. Mehall said patients can also call the MGH Specialty Clinic directly to schedule appointments at 906-225-4777 or 1-800-562-9753, ext. 4777.

ANG 7659

# EXHIBIT M

ERIC MOWER AND ASSOCIATES 

Clippings from Public Relations and Public Affairs, Syracuse

*Radiology Today*
September 29, 2003

# news **scan**



### Results of Nonsurgical Laser Treatment of Varicose Veins Superior to Traditional Surgery

**A** new study published in a recent issue of the *Journal of Vascular and Interventional Radiology* shows that the minimally invasive laser treatment of varicose veins has a high long-term success rate, low complication rate, and rapid recovery. The study shows a 98% success rate and a long-term recurrence rate of less than 7% for the laser—results that are far superior to traditional surgery. By comparison, surgical ligation or vein stripping fails more often and requires general anesthesia and up to two weeks of recovery.

"The laser treatment is an outpatient procedure that offers many benefits over traditional surgery, including little to no pain, no general anesthesia, no scars, less cost, and rapid recovery time," says lead investigator Robert J. Min, MD, interventional radiologist and director of Weill Cornell Vascular in New York. The procedure is performed with local anesthetic, takes less than one hour, and patients can return to normal daily activity immediately.

Although many people consider varicose veins a cosmetic condition, they are a common medical condition that can cause aching leg pain, night cramps, fatigue, leg heaviness, or leg restlessness due to pressure on nerves from dilated veins. Left untreated, approximately 50% of patients with significant varicose veins will eventually experience worsening symptoms, characterized by leg swelling, eczema, pigmentation, hemorrhage, and ulceration.

Pain, bruising, and scarring are common with surgery. "Even when you remove the vein with surgery, there is a 10% to 25% chance of recurrence. We have a less than 7% recurrence rate for a much less invasive procedure," says Min.

This minimally invasive treatment is an outpatient procedure performed using duplex ultrasound imaging guidance. After applying local anesthetic to the vein, the interventional radiologist inserts a thin catheter—roughly the size of a strand of spaghetti—into the vein and guides it up the great saphenous vein in the thigh. Then, laser energy is applied to the inside of the vein, heating and sealing it. There may be minor soreness or bruising, which can be treated with over-the-counter pain relievers. There is no scar because the procedure does not require a surgical incision—only a nick in the skin, roughly the size of a pencil tip.

— *Source: Society of Interventional Radiology*

ANG 7621

# EXHIBIT N

# AESTHETIC MARKET NEWS

*Biolitec*

## FDA APPROVES BIOLITEC'S LASER TREATMENT FOR VARICOSE VEINS

Biolitec, Inc. announced that its new ELVeS procedure for the treatment of superficial reflux of the greater saphenous vein has received clearance from the Food and Drug Administration (FDA).

More than half of Americans over the age of 65 suffer from venous disease, including more than 80 million people in the United States alone that suffer from varicose veins, the most common form of venous disease. "Our ELVeS laser procedure provides people with freedom from serious leg pain and improved confidence in their appearance," said Dr. Wolfgang Neuberger, biolitec's chief executive officer.

> *"Early results with ELVeS produced better than a 98 percent efficacy rate."*

Biolitec's new minimally invasive laser procedure will offer an effective alternative to the surgical stripping of veins – a major surgery that requires general anesthesia, hospitalization, and a prolonged recovery time. In contrast, the biolitec ELVeS treatment is performed in only 45 minutes, leaves no scars, and requires only minimal recovery time. "THE ELVeS PROCEDURE is less expensive than surgical alternatives. It takes less than an hour to complete, can be performed in a physician's office – and when finished, patients walk away, returning to daily life as usual," said Kelly Moran, biolitec's chief operating officer. "ELVeS is a life-changing procedure."

In addition, Lowell Kabnick, M.D., vascular surgeon and director of the Vein Institute of New Jersey said, "early results with ELVeS produced better than a 98 percent efficacy rate, with all patients reporting a high rate of satisfaction."

The ELVeS treatment is relatively simple to perform: First, the greater saphenous vein is located with ultrasound and local anesthesia is administered to the treatment site. A tiny incision is then made behind the knee where a small catheter is inserted into the saphenous vein. Next, a thin, flexible fiber from biolitec's diode laser is introduced into the saphenous vein. Laser light is then emitted, sealing the vein and eliminating the cause of the varicosities. For one week following the procedure, the patient wears compression stockings during the daytime.

"Biolitec was an early pioneer in the laser-based vascular procedures market," said Moran. "Using the Ceralas diode laser, Antonio Del Giglio, M.D. of Verona, Italy, has been performing this varicose vein laser procedure with great success since 1998."

## FDA CLEARS CANDELA'S CBEAM FOR WRINKLE REMOVAL

Candela Corporation (NASDAQ:CLZR) announced that the U.S. Food and Drug Administration (FDA) had cleared its Cbeam for the treatment of wrinkles.

Gerard E. Puorro, Candela's president and chief executive officer commented: "This clearance adds another indication to the Cbeam, thus creating more value to our customers. The Cbeam is a multi-application device and is cleared to treat psoriasis, rosacea, scars, face and leg veins, periorbital wrinkles, and now wrinkles." Puorro continued, "Our customers have asked for devices that are multi-application, and we have given them just that."

## MERGER OF ASCLEPION MEDITEC AND CARL ZEISS OPHTHALMIC NEARS COMPLETION

In the course of the merger of Carl Zeiss Ophthalmic Systems AG with Asclepion-Meditec AG which is progressing according to schedule – in consultation with the merger partners the company plans to make value adjustments of approx. euro 10 million at Asclepion-Meditec AG to allow for the changed strategy as a result of the merger.

"With this step in the merger process Asclepion Meditec is well set for the transfer to the new medical technology company Carl Zeiss Meditec AG, from which I will be resigning at the beginning of July," says Dr. Bernhard Seitz, chairman of the board of Asclepion-Meditec AG. "In the near future, however, I will continue to be available to the company as a consultant." The appointment of the new Management Board and distribution of departmental responsibilities is to be dealt with at the constituent meeting of the Supervisory Board on July 8, 2002.

*continued on page 34* ➤



ENL-NAV00037

# EXHIBIT O

Article Bank



**Endoluminal varicose vein treatment with Diode Laser. Preliminary study.**

Dr. Carlos Boné Salat
Barón de Pinopar Medical Office
Publication Date: September 1999

## Introduction

The treatment of varicose veins currently carries several connotations that should be highlighted. It is a very common pathology, unaesthetic and progressive, and it is not without complications. It continues to be a health problem that creates sizeable waiting lists and carries significant socio-economic costs.

Conventional treatment to date consists of surgical removal of the superficial venous network, which, even when performed correctly, continues to result in relapses.

The development of methods for diagnosis and exploration of the venous system, such as the ecodoppler, has been revolutionary in furthering understanding of venous hemodynamics, in allowing for treatment strategies and carrying them forth, and finally, for predicting the outcome of the treated varicose process.

Based on studies of rigid subfascial endoscopy for the treatment of perforating veins as well as morphologic studies and angioscopic studies of sclerosis, I begin to sense the potential for endoluminal treatment of varicose veins; in other words, using its internal light, in an ambulatory clinic, with sedation and/or local anesthetics, accurately performing a hemodynamic analysis and keeping unattractive results due to scar formation to a minimum. Two distinct techniques are used to this end:

a) Coagulation of reflux and escape points by means of fiber-endoscopy and using the pointing action of the diode laser's optical fiber (personal technique).

b) Percutaneous coagulation of the veno-venous shunts under the direct action of the diode laser's optical fiber (personal technique).

## Materials and methods

### Patients

From January 1998 to November 1998, 21 patients were studied, 97% female, with an average age of 52.5 years.

D028666

# EXHIBIT P

1

Patologia Vascular, Vol. 5, January 1999, No. 1



# ENDOLUMINAL TREATMENT OF VARICOSE VEINS WITH DIODE LASER
## PRELIMINARY STUDY

by Boné Salat, C.

## INTRODUCTION

Certain aspects should be emphasized in the treatment of varicose veins. This is a very common pathology; it is esthetically unattractive and progressive, and is not without complications. It continues to be a health problem that creates long waiting lists while creating a significant socioeconomic cost.

To date, conventional treatment consisting of extirpation of the superficial venous network, even when done correctly, are still followed by recurrences.

The introduction of diagnostic and exploratory methods of the venous system such as Doppler ultrasound have created a revolution in our understanding of venous hemodynamics, in the planning of treatment strategies, including these considerations in the treatment, and finally in predicting the outcome of the treated varicosity.

Based on studies on rigid subfascial endoscopy for the treatment of perforator veins as well as angioscopic studies of morphology and sclerosis, we began to glimpse the possibility of endoluminal treatment of varicose veins, i.e., treatment through the internal lumen, on an outpatient basis under sedation and/or local anesthesia, by making a hemodynamically correct analysis and reducing the nonesthetic effects of scars as much as possible. Two specific techniques are used for this:

a) Coagulation of the points of reflux or leakage by fibroendoscopy and under the pinpoint action of laser diode fiber optics (our technique).

b) Coagulation of veno-venous shunts by the percutaneous route and under the direct action of laser diode fiber optics (our technique).

## MATERIALS AND METHOD
## PATIENTS

From January, 1998 to November, 1998, we studied 21 patients; 97% were women, and the average age was 52.5 years.

8-2919

ANG 10857

# EXHIBIT Q

# Twelve and Twenty-Four Month Follow-up After Endovascular Obliteration of Saphenous Vein Reflux – A Report from the Multi-Center Registry

## Lowell S. KABNICK[1], MD, FACS and Robert F. MERCHANT[2], MD, FACS

**1.** Vein Center of New Jersey, 95 Madison Ave., Suite 109, Morristown, NJ 07960, USA.
**2.** The Reno Vein Clinic, 1420 Holcomb Ave., Reno, NV 89502, USA.

## SUMMARY

**Background:** greater saphenous vein reflux is commonly treated by ligation and stripping of the saphenous vein from the groin to the knee. Radiofrequency obliteration of saphenous vein reflux performed without adjunctive ligation of the sapheno-femoral junction has been proposed as an alternative procedure.

**Aims:** to assess clinical and sonographic outcomes twelve months after treatment with endovenous, temperature controlled saphenous vein obliteration.

**Methods:** three hundred and twenty-four limbs exhibiting duplex-ultrasound determined saphenous reflux were treated by endovenous temperature controlled radiofrequency obliteration at 31 centers worldwide prior to November 1999.

**Results:** at 12 months the cumulative actuarial freedom from saphenous reflux on 235 limbs from 23 centers was 87%. Presence of limb pain, limb fatigue and edema were 4.3%, 3.0% and 1.3% respectively and were significantly reduced ($P < 0.01$) from pretreatment levels. Paresthesia was present in 1.6% of limbs where treatment was confined to the thigh and just below the knee, and in 3.0% of all limbs at twelve months. The vein occlusion rate of 91.6% from nine centers with ≥ 90% follow-up reporting compliance was significantly greater than the vein occlusion rate of 81.9% from 14 centers with < 90% reporting compliance ($P = 0.03$). Duplex scans at 24 months showed 44 of 49 (89.8%) limbs to be free of saphenous reflux, with a cumulative actuarial freedom from reflux rate of 85.1%.

**Conclusions:** endovenous radiofrequency obliteration without ligation of the sapheno-femoral junction is an effective treatment for greater saphenous vein reflux, with persistent relief of clinical signs and symptoms at 12 months. Paresthesia is temporary in nature and less frequent when the treatment is limited to the thigh and just below the knee. This minimally invasive technique is a practical and efficacious alternative to surgical stripping and ligation.

*JP 2001 ; 1 ; 17-24*

# INTRODUCTION

The most common treatment for greater saphenous vein reflux is surgical stripping of the saphenous vein from the groin to just below the knee and high ligation of the sapheno-femoral junction [1-6]. Endovascular obliteration of saphenous vein reflux using the Closure® catheter (VNUS Medical Technologies, Inc., Sunnyvale, CA, USA) provides a less invasive alternative to stripping. The device obliterates the refluxing greater saphenous vein by applying temperature controlled radiofrequency heating to the vein wall, causing luminal contraction and occlusion. Early reports have established the short-term efficacy of this procedure and have shown that it can be done

*Reprint requests: L.S. Kabnick, MD, Vein Center of New Jersey, 95 Madison Ave., Suite 109, Morristown, NJ 07960, USA.*



# INVITED COMMENTS

# Endovascular obliteration of saphenous vein reflux: A perspective

B. John Harris, Jr, MD, *Stanford, Calif*

Successful treatment of superficial venous insufficiency will most often necessitate correction of saphenous vein reflux. Ligation of the saphenous vein at the saphenofemoral junction, with or without excision of varicosities, has not proven to be a durable treatment because reflux will continue in the saphenous vein, fed by incompetent branch veins of the saphenous trunk.[1] Stripping of the greater saphenous vein to the below-knee level has proven to be a more successful method of treating greater saphenous vein reflux and has been shown to reduce the risk of reoperation for recurrent varicosities over high ligation alone.[2] Although stripping of the greater saphenous vein has been well accepted by most vascular surgeons, the postoperative morbidity, mostly pain and bruising, and the activity limitations recommended after surgery are less than ideal from a patient's perspective and leave ample room for improvement. It is in this context that a hopeful new device was developed to control saphenous vein reflux with minimal patient discomfort and early return to full activity, the VNUS Closure catheter (VNUS Medical Technologies, Inc, Sunnyvale, Calif).

Controlled collagen denaturation of incompetent superficial veins to ablate or reduce venous luminal diameter is not a new idea.[3,4] However, the use of radio frequency (RF)–resistive heating of the vein wall, controlled with vein wall temperature and impedance feedback, is a novel idea that led to the development of VNUS Medical Technologies, Inc (Sunnyvale, Calif), the startup company responsible for the Closure catheter. The Closure catheter was developed alongside failed attempts to use RF energy to restore valvular competence in incompetent veins with the Restore catheter. The Restore catheter was unable to precisely control this RF energy and reliably shrink the dilated veins sufficiently to restore valvular competence. The Re-store method was plagued by progressive postprocedural valve enlargement during follow-up.[5] An exciting new device, the VNUS RF catheter or Closure device, was first introduced in Europe in 1998 and received Australian and US Food and Drug Administration approval in March 1999.

The Closure system consists of a dedicated, microprocessor-controlled, bipolar generator and catheters with collapsible electrodes that are introduced into the vein lumen. Once introduced, the electrodes are energized to destroy the intima and contract the vein wall so that it will undergo fibrous obliteration.[6] This Closure System offers two sheathable electrode catheters, 1.7 mm (5F) and 2.7 mm (8F), which allow RF obliteration of veins from 2 to 12 mm in diameter. These catheters provide rings of resistive vein-wall heating of 6 to 8 mm in length, and measured withdrawal of the catheter along the length of the vein at the recommended rate of 3 cm/min will effect closure. The operator selects the treatment temperature, typically 85° C, and the generator monitors the catheter-vein wall impedance to maintain that temperature.

The catheter can be inserted into the saphenous vein through a venipuncture sheath either antegrade at the medial calf or retrograde at the saphenofemoral junction and either percutaneously or through open exposure of the vein. Proper positioning of the catheter can be determined with palpation or fluoroscopy, but most operators preferentially use ultrasonic imaging. The limb to be treated then is elevated and exsanguinated with an Esmarch's bandage applied from toes to the groin. The electrodes then are unsheathed and catheter-vein wall impedance assessed to assure proper vein wall contact in the compressed saphenous vein. In thin patients, subcutaneous infiltration of either normal saline solution or local tumescent anesthetic is essential to prevent skin burns when the treated vein is very superficial. In most procedures, completion ultrasound scan imaging is performed to identify areas with persistent flow that can be retreated.[6]

A multicenter registry has emerged from the experience with the Closure catheter, and several reports from this registry have been presented at meetings, with seven published reports to date,[5-12] before this current report.[13] None of these eight reports includes the entire prospective registry, but rather various subsets of patients evaluated

From the Division of Vascular Surgery, Stanford University.

Competition of interest: nil.

J Vasc Surg 2002;35:2192-4.

Reprint requests: B. John Harris, Jr, MD, Stanford University School of Medicine, 300 Pasteur Dr, Ste H-3637, Stanford, CA 94305-5450 (e-mail: edjohn@stanford.edu).

J Vasc Surg 2002;35:1292-4.

Copyright © 2002 by The Society for Vascular Surgery and The American Association for Vascular Surgery.

0741-5214/2002/$35.00 + 0   24/9/124624

doi:10.1067/mva.2002.124624

1292



# Endovascular obliteration of saphenous reflux: A multicenter study

Robert F. Merchant, MD, FACS,[a] Ralph G. DePalma, MD, FACS,[b] and Lowell A. Kabnick, MD, FACS,[c]
Reno, Nev; and Morristown, NJ

*Objective:* The objective of this study was to assess the differences in clinical outcomes in patients treated with endovenous saphenous vein obliteration with technical outcome of either complete occlusion (CO), near complete occlusion (NCO), defined as ≤5-cm segment of flow in treated vein, or recanalization, defined as >5-cm segment of flow in treated vein.
*Study design:* The study was designed as a prospective registry with follow-up at intervals through 24 months. The subjects were 286 patients from 30 clinical sites with saphenous vein reflux as measured with duplex scanning. A total of 319 limb treatments were performed. Intervention included endovenous catheter obliteration of insufficient saphenous veins with temperature controlled radiofrequency heat, without high ligation of the saphenofemoral junction. The main outcome measures were status of occlusion of treated vein segments, presence of varicose veins and reflux, clinical symptoms scores, physician evaluation of procedure success, and patient satisfaction.
*Results:* At 12 months, 83.6% of treated limbs were classified as CO, 5.6% were categorized as NCO, and 10.8% were recanalized. At 24 months, 85.2% of treated veins were CO, 3.5% were NCO, and 11.3% were recanalized. Varicose veins were present in 95% of limbs before treatment. The presence of varicose veins in limbs with CO was 10.5%, 7.3%, 5.7%, and 8.3% at 1 week, 6 months, 12 months, and 24 months, respectively. The presence of varicose veins in NCO limbs was similar at each interval. Overall, 91.4% of 232 limbs followed to 12 months and 90.1% of 142 limbs at 24 months were free of saphenous vein reflux, regardless of technical outcome. Paresthesia was reported in 3.9% of limbs at 1 year and in 5.6% at 2 years. The pretreatment mean symptom severity score was 2.0. Mean posttreatment symptom scores decreased to 0.07, 0.0, and 0.50 for CO, NCO, and recanalized limbs, respectively, at 6 months. At 12 months, the mean scores were 0.06, 0.0, and 0.32 for CO, NCO, and recanalized limbs, respectively; at 24 months, the scores were at 0.10, 0.40, and 0.63. Patient satisfaction was achieved in 195 of 212 patients (92%) at 1 year and in 121 of 128 (94.5%) at 2 years.
*Conclusion:* Endovenous vein obliteration without high ligation dramatically reduces the presence of varicosities and reflux and, when performed with the prescribed pull-back methodology, is comparable with vein stripping at 1 and 2 years. Patient satisfaction with the procedure is high at 2 years, regardless of technical outcome. At 2 years, the closure procedure is a viable alternative to stripping. (J Vasc Surg 2002;35:1190-6.)

Greater saphenous vein reflux is an important component of the pathophysiology of primary venous insufficiency and is customarily treated with surgical stripping of the saphenous vein from the groin to just below the knee.[1-5] A new modality, the Closure catheter and procedure (VNUS Medical Technologies, Inc, Sunnyvale, Calif), provides a less invasive alternative to stripping. The device allows controlled radiofrequency endovenous heating to obliterate the refluxing greater saphenous vein in situ. Early reports have established the efficacy of this procedure and have shown that it can be done successfully without high ligation of the saphenofemoral junction.[6-9] Although the procedure results in total occlusion of the vein in almost all of the treated limbs, some procedures result in near complete occlusions in which proximal segments of vein less than or equal to 5 cm remain patent. In a small proportion of cases, recanalization of the vein also occurs. This report assessed the differences in clinical outcomes between patients in whom treatment resulted in complete occlusion (CO), near complete occlusion (NCO), or recanalization of the treated greater saphenous vein segment.

## METHODS

Saphenofemoral, saphenopopliteal, or truncal vein reflux in response to a Valsalva's maneuver in minus 15 degrees reverse Trendelenburg's position or with standing manual compression and release was identified with duplex ultrasound scan. Patients with reflux in nonaneurysmal veins less than 12 mm in lumen diameter as measured with duplex scanning with the patient in a supine position were offered the Closure procedure after informed consent and discussion of alternatives for treatment. Limbs in which saphenous vein tortuosity would impede catheter advancement were excluded. The Closure catheter was used to obliterate the refluxing saphenous vein. Technical details of the procedure and device have been described elsewhere.[6,7] The Closure procedure was performed under general anesthesia at some surgery centers, but most procedures were completed with local anesthesia (tumescent or regional or

From the Reno Vein Clinic[a]; Department of Surgery, the University of Nevada[b]; and the Vein Center of New Jersey.[c]
Competition of interest: The data presented herein are from a clinical study sponsored by VNUS Medical Technologies and from an ongoing clinical registry for which no financial support is provided. RFM has been paid a consulting fee by VNUS Medical Technologies, Inc, for providing educational opportunities for their technical staff.
Reprint requests: Robert F. Merchant, MD, FACS, The Reno Vein Clinic, 1420 Holcomb Ave, Ste A, Reno, NV 89502.

Copyright © 2002 by The Society for Vascular Surgery and The American Association for Vascular Surgery.

0741-5214/2002/$35.00 + 0   24/1/124231
doi:10.1067/mva.2002.124231

1190

D004349

# EXHIBIT R



# Initial experiences in endovenous treatment of saphenous vein reflux

Johannes E. M. Sybrandy, MD, and Cees H. A. Wittens, MD, PhD, *Rotterdam, The Netherlands*

*Introduction:* The most common site of venous reflux is the long saphenous vein (LSV). The preferred treatment for reflux in the LSV is surgical stripping of the LSV. However, the complications of surgical stripping are well documented and undesirable. The constant search for treatment options with less morbidity, which are also cosmetically more acceptable, has resulted in the endovenous treatment for primary varicose veins, developed by VNUS Medical Technologies, Inc (Sunnyvale, Calif). We hereby present our first treatment experiences and propose refinements to the procedure.
*Methods:* Two types of heat-generating endovenous catheters were used to treat incompetence of the LSV with a diameter of up to 12 mm. The procedure was performed on a blood-empty limb.
*Results:* Twenty-six limbs, in 26 patients, were treated, and the follow-up period was 1 year. The mean preoperative CEAP score was 4, and the postoperative score was 1.26, which was statistically significantly less ($P < .0001$, with Wilcoxon nonparametric matched pair test). Five patients had postoperative paresthesia of the saphenous nerve, and one patient had a burn from the procedure. The overall complication rate was 23%. All complications occurred in the first half of the studied population ($P = .015$, with Fisher exact test), indicating the learning curve effect. In one patient (3.8%), was total recanalization of the treated segment occurred, one patient (3.8%) could not be treated at all (technical failure), and one patient (3.8%) had partial recanalization of the LSV. Eight patients (30.8%) had closure of the entire LSV but with persisting reflux in the saphenofemoral junction (SFJ). Two patients had a competent SFJ with occlusion of the LSV. In 13 patients (50%), closure of both the LSV and the SFJ was seen. The LSV was successfully occluded in 88% of the patients.
*Conclusion:* The endovenous catheter should not be used more than 5 to 10 cm below the knee to prevent saphenous nerve damage. Performance of the procedure with bloodlessness is preferable. A result of 88% of succesfully treated LSV segments indicates a promising alternative for surgical stripping of the LSV. (J Vasc Surg 2002;36:1207-12.)

Primary varicose veins are found to be a common problem in both modern and historic medicine.[1-5] The most common site for reflux is the long saphenous vein (LSV),[5,6] and the relationship between venous reflux and "venous disease" has well been established.[1,6,7] The standard treatment for reflux in the LSV is surgical stripping of the LSV from the groin to just below the knee with high ligation of the saphenofemoral junction (SFJ).[8-11] The complications of surgical stripping are well documented, as are the recurrence rates (20% to 80%).[8-12,14,15,34-36] Wound infections in the groin, large hematomas on the medial side of the upper leg, and paresthesia of the saphenous nerve are often seen. Paresthesia of the saphenous nerve strongly correlates to the total length stripping of the LSV, which is therefore obsolete.[10,14,15]

The classical symptoms of venous reflux are restless legs, pain, edema, eczema, pigmentation, and ulceration. Many patients also seek treatment of varicose veins for cosmetic reasons.[10-12] The relationship between symptoms and visible varicosities, however, is difficult to assess.[12,13,16,17] Duplex ultrasound scan examination is accepted as the method of choice to describe venous reflux. We use the duplex scan information as a guide in choosing the best treatment option for our patients.[18-23]

The constant search for cosmetically more acceptable treatment methods and treatment options with less morbidity has resulted in the endovenous treatment for primary varicose veins, developed by VNUS Medical Technologies, Inc (Sunnyvale, Calif).[24-26] This method uses a heat-generating catheter for endovenous obliteration of an incompetent vein. Percutaneous access of the LSV is gained at the ankle. The catheter is passed prograde through the vein and positioned in the SFJ. Ultrasound scan guidance is used to position the tip of the catheter as close to the common femoral vein as possible to prevent damage of the deep venous system. After this duplex scan–guided positioning, the catheter is withdrawn gradually while generating heat, at a maximum pace of 3 cm/min. On the catheter is a mark for every centimeter. The heat causes the collagen fibers in the venous wall to contract, decreasing the LSV diameter to 20% or less. The combination of thrombosis in the residual lumen and intimal damage with this shrinkage results in obliteration of the vein. The process is controlled with monitoring of vein wall temperature (85°C) and the impedance with a computer-controlled radiofrequency generator.[24-26] This article describes our first treatment experiences and proposes refinements to the procedure as originally described by previous authors.[24-26]

From the Department of Vascular Surgery, Sint Franciscus Hospital.
Competition of interest: Dr Wittens received funding for a research assistant from VNUS Medical Technologies Inc, Sunnyvale, Calif.
Reprint requests: C. H. A. Wittens, MD, PhD, Sint Franciscus Hospital, Dept of Vascular Surgery, Kleiweg 500, 3045 PM Rotterdam, The Netherlands (e-mail: cees_wittens@franciscus.nl).
Copyright © 2002 by The Society for Vascular Surgery and The American Association for Vascular Surgery.
0741-5214/2002/$35.00 + 0   24/1/128936
doi:10.1067/mva.2002.128936

ANG 2725

# EXHIBIT S



# Endovenous obliteration versus conventional stripping operation in the treatment of primary varicose veins: A randomized controlled trial with comparison of the costs

Tero Rautio, MD,[a] Arto Ohinmaa, PhD,[b] Jukka Perälä, MD, PhD,[c] Pasi Ohtonen, MSc,[a] Timo Heikkinen, MD, PhD,[a] Heikki Wiik, MD,[a] Pasi Karjalainen, MD,[d] Kari Haukipuro, MD, PhD,[a] and Tatu Juvonen, MD, PhD,[a]   *Oulu, Finland; and Edmonton, Canada*

*Objective:* The aim of this randomized study was to compare a new method of endovenous saphenous vein obliteration (Closure System, VNUS Medical Technologies, Inc, Sunnyvale, Calif) with the conventional stripping operation in terms of short-term recovery and costs.

*Methods:* Twenty-eight selected patients for operative treatment of primary greater saphenous vein tributary varicose veins were randomly assigned to endovenous obliteration (n = 15) or stripping operation (n = 13). Postoperative pain was daily assessed during the 1st week and on the 14th postoperative day. The length of sick leave was determined. The RAND-36 health survey was used to assess the patient health-related quality of life. The patient conditions were controlled 7 to 8 weeks after surgery, and patients underwent examination with duplex ultrasonography. The comparison of costs included both direct medical costs and costs resulting from lost of productivity of the patients. Costs that were similar in the study groups were not considered in the analysis.

*Results:* All operations were successful, and the complication rates were similar in the two groups. Postoperative average pain was significantly less severe in the endovenous obliteration group as compared with the stripping group (at rest: 0.7, standard deviation [SD] 0.5, versus 1.7, SD 1.3, $P = .017$; on standing: 1.3, SD 0.7, versus 2.6, SD 1.9, $P = .026$; on walking: 1.8, SD 0.8, versus 3.0, SD 1.8, $P = .036$; with $t$ test). The sick leaves were significantly shorter in the endovenous obliteration group (6.5 days, SD 3.3 days, versus 15.6 days, SD 6.0 days; 95% CI, 5.4 to 12.9; $P < .001$, with $t$ test). Physical function was also restored faster in the endovenous obliteration group. The estimated annual investment costs of the closure operation were US $3360. The other direct medical costs of the Closure operation were about $850, and those of the conventional treatment were $360. With inclusion of the value of the lost working days, the Closure treatment was cost-saving for society, and when 40% of the patients are retired (or 60% of the productivity loss was included), the Closure procedure became cost-saving at a level of 43 operations per year.

*Conclusion:* Endovenous obliteration may offer advantages over the conventional stripping operation in terms of reduced postoperative pain, shorter sick leaves, and faster return to normal activities, and it appears to be cost-saving for society, especially among employed patients. Because the procedure is also associated with shorter convalescence, this new method may potentially replace conventional varicose vein surgery. (J Vasc Surg 2002;35:958-65.)

In the Western countries, operations on varicose veins are among the most common surgical procedures. In Finland, approximately 220 varicose vein operations per 100,000 inhabitants are performed each year.[1] The stripping operation is a relatively inexpensive day surgery procedure that needs no special instrumentation. Varicose vein surgery is regarded as a safe and minor procedure; indeed,

From the Departments of Surgery,[a] Radiology,[c] and Anesthesiology,[d] Oulu University Hospital; and the Department of Public Health Sciences, University of Alberta.[b]

Supported by a grant from the University of Oulu, Finland.

Competition of interest: nil.

Additional material for this article may be found online at www.mosby.com/jvs.

Reprint requests: Tero Rautio, MD, Department of Surgery, Oulu University Hospital, Kajaanintie 50, SF-90230, Finland (e-mail: tero.rautio@oulu.fi).

Copyright © 2002 by The Society for Vascular Surgery and The American Association for Vascular Surgery.

0741-5214/2002/$35.00 + 0    24/1/123096

doi:10.1067/mva.2002.123096

958

the procedure is associated with significant surgical morbidity and patient dissatisfaction.[2]

Recurrence is common after primary greater saphenous varicose vein surgery. Rates as high as 40% at 5 years have been reported, and approximately 20% of varicose vein operations are done for recurrent veins.[3,4] Furthermore, reoperations also result in marked losses of productivity. In Finland, the average sick leave time after a stripping operation has been 4 weeks (Statistics of the Finnish National Pension Office 1997). Therefore, the economic consequences of varicose vein surgery and its numerous recurrences for healthcare and whole society are high.

This issue has led to the development of mini-invasive techniques to replace the traditional procedure of stripping of the greater saphenous vein (GSV). Endovenous obliteration (Closure System, VNUS Medical Technologies, Inc, Sunnyvale, Calif) is a new method in which a catheter is inserted percutaneously to treat the GSV insufficiency.[5,6] The operative costs of this new technique are higher because of the purchasing price of the device and the dispos-

# EXHIBIT T



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/172,633 | 06/14/2002 | Tiziano Caldera | FBD-1001D | 2169 |

24923        7590        06/06/2005

PAUL S MADAN
MADAN, MOSSMAN & SRIRAM, PC
2603 AUGUSTA, SUITE 700
HOUSTON, TX  77057-1130

| EXAMINER |
|---|
| FARAH, AHMED M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3739 | |

DATE MAILED: 06/06/2005

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

| *Supplemental*<br>*Notice of Allowability* | Application No.<br>10/172,633 | Applicant(s)<br>CALDERA ET AL. | |
| --- | --- | --- | --- |
| | Examiner<br><br>Ahmed M Farah | Art Unit<br><br>3739 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*
All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☐ This communication is responsive to _____ .

2. ☒ The allowed claim(s) is/are <u>64-73 and 75-84</u>.

3. ☒ The drawings filed on <u>10 September 2002</u> are accepted by the Examiner.

4. ☒ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

   ·a) ☒ All   b) ☐ Some*   c) ☐ None   of the:

        1. ☒ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

        * Certified copies not received: _____ .

   Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
   **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

6. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

   (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .

   (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
        Paper No./Mail Date _____ .

   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

7. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Attachment(s)
1. ☐ Notice of References Cited (PTO-892)
2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3. ☐ Information Disclosure Statements (PTO-1449 or PTO/SB/08),
     Paper No./Mail Date _____
4. ☐ Examiner's Comment Regarding Requirement for Deposit
     of Biological Material

5. ☐ Notice of Informal Patent Application (PTO-152)
6. ☐ Interview Summary (PTO-413),
     Paper No./Mail Date _____ .
7. ☐ Examiner's Amendment/Comment
8. ☒ Examiner's Statement of Reasons for Allowance
9. ☐ Other _____ .

A. Farah,
Primary Examiner, AU: 3739
June 2, 2005.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## NOTICE OF ALLOWANCE AND FEE(S) DUE

| 23628 | 7590 | 06/09/2005 |
|---|---|---|

WOLF GREENFIELD & SACKS, PC
FEDERAL RESERVE PLAZA
600 ATLANTIC AVENUE
BOSTON, MA 02210-2211

| EXAMINER |
|---|
| FARAH, AHMED M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3739 | |

DATE MAILED: 06/09/2005

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/172,636 | 06/14/2002 | Tiziano Caldera | FBD-1001M | 2179 |

TITLE OF INVENTION: METHOD OF ENDOVENOUS LASER TREATMENT

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | YES | $700 | $300 | $1000 | 09/09/2005 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE REFLECTS A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE APPLIED IN THIS APPLICATION. THE PTOL-85B (OR AN EQUIVALENT) MUST BE RETURNED WITHIN THIS PERIOD EVEN IF NO FEE IS DUE OR THE APPLICATION WILL BE REGARDED AS ABANDONED.

HOW TO REPLY TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL should be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). Even if the fee(s) have already been paid, Part B - Fee(s) Transmittal should be completed and returned. If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.

Page 1 of 3

PTOL-85 (Rev. 12/04) Approved for use through 04/30/2007.

# PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), to: **Mail**    **Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**

or **Fax**   **(703) 746-4000**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

23628   7590   06/09/2005

WOLF GREENFIELD & SACKS, PC
FEDERAL RESERVE PLAZA
600 ATLANTIC AVENUE
BOSTON, MA 02210-2211

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (703) 746-4000, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/172,636 | 06/14/2002 | Tiziano Caldera | FBD-1001M | 2179 |

TITLE OF INVENTION: METHOD OF ENDOVENOUS LASER TREATMENT

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | YES | $700 | $300 | $1000 | 09/09/2005 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| FARAH, AHMED M | 3739 | 606-015000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE    (B) RESIDENCE: (CITY and STATE or COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☐ Corporation or other private group entity ☐ Government

4a. The following fee(s) are enclosed:

☐ Issue Fee

☐ Publication Fee (No small entity discount permitted)

☐ Advance Order - # of Copies _____

4b. Payment of Fee(s):

☐ A check in the amount of the fee(s) is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The Director is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)

☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.    ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

The Director of the USPTO is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.
NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____    Date _____

Typed or printed name _____    Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 12/04) Approved for use through 04/30/2007.    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

# EXHIBIT U



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

## Trademark Electronic Search System(Tess)

*TESS was last updated on Fri Jun 24 03:50:32 EDT 2005*

| PTO Home | Trademark | TESS Home | New User | Structured | Free Form | Browse Dict | Bottom | Help |

**Logout**  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | EVLT |
| **Goods and Services** | IC 010. US 026 039 044. G & S: Medical lasers; surgical lasers, laser beam delivery systems consisting of laser light sources and optical fibers, all for medical and surgical use; parts and fittings for the aforesaid goods. FIRST USE: 20010300. FIRST USE IN COMMERCE: 20020122

IC 042. US 100 101. G & S: Surgical, medical and nursing services; beauty care services; consultancy, information, advisory and counseling services relating to the aforesaid services; providing information on-line from a computer database or from the global computer network in connection with the aforesaid services. FIRST USE: 20010300. FIRST USE IN COMMERCE: 20020122 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76335805 |
| **Filing Date** | November 7, 2001 |
| **Current Filing Basis** | 1A;44E |
| **Original Filing Basis** | 1B;44D |
| **Published for Opposition** | February 18, 2003 |
| **Registration Number** | 2715197 |
| **Registration Date** | May 13, 2003 |
| **Owner** | (REGISTRANT) Diomed, Inc. CORPORATION DELAWARE One Dundee Park P.O. Box 97 Andover MASSACHUSETTS 01810 |
| **Attorney of Record** | PERLA M. KUHN |
| **Priority Date** | May 8, 2001 |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |