IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., DIOMED HOLDINGS, INC., AND DIOMED LIMITED,<br><br>       Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC. AND NANCY L. ARNOLD,<br><br>       Defendant. | CIVIL ACTION NO. 03-CV-12498 RWZ |

## DECLARATION OF MICHAEL R. THOMAS

I, Michael R. Thomas, state as follows:

1.     I am a litigation paralegal with Wolf, Greenfield & Sacks, P.C., counsel for the Plaintiffs in the above-captioned matter.

2.     Attached as Exhibit A are copies of selected pages from public materials which show industry recognition of EVLT® as a trademark. Text showing this use of EVLT® has been highlighted.

Sworn to under the pains and penalties of perjury that the foregoing is true to the best of my knowledge and belief.

Dated: June 28, 2005                              /s/ Michael R. Thomas
                                                  Michael R. Thomas