

**The Heart of Healing**

# Sacred Heart Hospital

*Affiliated with Sacred Heart Healthcare System*

421 Chew St.
Allentown, PA 18102
(610) 776-4500



HOME | Programs & Services | EVLT™

□ SHH HOME

□ About Sacred Heart

□ Visitors

□ News & Events

□ Programs & Services

□ Careers at Sacred Heart

□ Find a Doctor

▣ Contact Us

. . . . . . . . . . . . . . . . . . . .

**Our Vision** is to be the preferred healthcare provider in the Greater Lehigh Valley, continuing our tradition of delivering compassionate and personalized care, in an environment of educational and technological excellence.

. . . . . . . . . . . . . . . . . . . .

## EVLT™

Do you suffer from varicose veins? Do your legs feel painful, heavy and swollen at the end of the day? Perhaps you have sought treatment, but do not want to undergo the painful surgical stripping procedure? Now you don't have to suffer from it any longer!

The clinical name given to the medical procedure is EndoVenous Laser Treatment or EVLT™. This deals with the most common underlying cause of varicose veins which is incompetence of the greater saphenous veins. Unlike surgical stripping, EVLT permanently closes off the vein while leaving it in place. It uses the energy from an 810 nm diode laser delivered by a fine fiber-optic probe.As it is only the probe and a slim sheath which need to enter the vein the whole procedure is performed via a tiny skin nick, so there will be no post operative scarring.The probe is guided into place using ultrasound and the procedure is performed under strictly local anesthetic of a similar type used by dentist to numb the treatment area.

To learn more about EVLT, call HealthCall at 610-776-4570 or visit the manufacturer's website at www.evlt.com EVLT is a registered trademark of Diomed Inc.

←

Veins carry blood from the tissues back eventually to the heart. They are thin walled tubes which get squeezed by the surrounding muscles as they contract. This squeezing forces blood along the veins and a series of non-return valves ensure the flow is only in one direction.

If these valves become faulty and fail to close the flood can run backwards (or reflux) and will father or pool in the legs. Where this extra blood is sitting in veins close to the surface of the skin, the veins will swell up and become visible and 'varicosed'.

There is one major vein (the greater saphenous vein), which connects to many of the surface superficial veins. Failure of the valves in this vein is quite common and is therefore a major cause of surface varicose veins. This vein runs down from the groin to the lower leg and the faulty valves are often up near the top. Hence varicose veins in the lower thigh, around the knee and in the calf are often caused by a problem much higher up.

**How does the procedure actually work?**
The laser energy damages the vein walls, shrinking them and thus closing the faulty vein so that the blood can no longer flow through it.

**Is loss of this vein a problem?**
No. There are many veins in the leg and after treatment the blood in the faulty veins will be diverted to normal veins in order to make its way back to the heart.

**What are the complications of this procedure?**
There are potential complications with any medical procedure however the only minimal complications experienced with the EVLT™ Procedure have been a small number of cases of transient paresthesia (numbness).

**Am I at risk from the laser?**
No. You will be given a pair of special glasses to wear to protect your eyes, however this is just a precaution.

6/17/2005 2:57 PM

**What is the alternative to this treatment?**
Traditionally faulty Saphenous veins have been treated with surgical ligation and stripping. This involves at least two surgical incisions in order to tie off and pull out the faulty vein. It is usually performed under general anesthesia. EVLT™ appears to have lower risk; shorter recovery period, lower costs and no scarring compared with surgery.

**Are there alternative minimally invasive treatments available?**
Yes. The two common ones are ultrasound-guided sclerotherapy (injection therapy) and radio frequency electrosurgery. Injection therapy for the Saphenous vein appears to have a high recurrence rate frequently requiring retreatment. However it is excellent for cosmetic treatment of any visible veins remaining after EVLT™.

Radiofrequency electrosurgery is more limited in the range of patients it can treat and the treatment time is longer than EVLT™.

**How successful is EVLT™?**
Early results have been extremely favorable with success rates as high as the conventional surgical approach, which is accepted as the 'gold standard' treatment. EVLT™ will normally treat the cause of most varicose veins but additional/complimentary therapy may be necessary in some cases.

**Practicing Physician**

Mahmood Tahir, M.D.
451 Chew Street, Allentown, PA 18102
610-821-9356

< top of page >

Copyright © 2002 Sacred Heart Hospital • 421 Chew Street • Allentown, PA 18102
- Disclaimer - HIPAA Privacy Statement -
Please direct any problems or questions about this website to webmaster@shh.org

DHTML Menu / JavaScript Menu Powered By OpenCube



**Lifespan** *helping* our hospitals take the *best care* of you

| Home | Search | News | Find a Physician | Careers |

Lifespan Home Page
↳ Lifespan.org - Services
  ↳ Radiology
    ↳ RI Hospital
      ↳ Ultrasound
        ↳ EVLT

# Advanced Vein Treatment

**Show off your legs again**
Endovenous laser treatment is the no-surgery, no-scar way to treat vein abnormalities.

Up to 40% of women and 25% of men are diagnosed with vericose veins. Traditionally, surgery was the best treatment option. Endovenous laser treatment (EVLT™), an alternative, uses ultrasound guidance and laser to seal veins and eliminate protrusion.



## How it works

➤ The procedure
➤ Common questions

The twisted bulging that causes discomfort results from faulty valves in the veins. As blood flows through the veins to the heart, stop valves are supposed to prevent the blood from flowing backwards as gravity pulls it down. If the valves don't close properly, blood pools in the vein, forcing the walls to enlarge and bulge. EVLT uses targeted laser energy to seal the affected vein shut. When the vein is sealed, blood is diverted to healthier veins.



Normal vein    Abnormal vein

## Advantages of EVLT:

- The treatment can be done in less than an hour.
- It can be performed in a doctor's office.
- In most cases, there is an immediate relief of symptoms.
- Patients can return to normal activity immediately with little or no pain.
- No anesthesia or hospitalization is required.
- There is no scarring as a result of the procedure.

The procedure: What to expect ▶

**For more information** or an initial consultation with a board-certified physician, please call **401-444-5184**.

→ EVLT is a trademark of DIOMED, Inc. All rights reserved. Photos on this page courtesy of DIOMED, Inc.

Back

Home • Search • News • Find a Physician • Careers
Services • Better Health • Get Involved
About Us • Feedback • Site Map

Copyright 2002, Lifespan          Web site design by Lifespan

By using this website, you accept the terms of our user agreement. Please read it.

# Technology Offer

## Minimally Invasive Laser Based Clinical Solution to the Problem of Treating Varicose Veins

| | |
|---|---|
| Reference: | EETO 03 009 |
| Country: | United_kingdom |
| Entry Date: | Mon, March 31, 2003 |
| Validation Update: | Tue, April 01, 2003 |
| Deadline: | Tue, March 30, 2004 |

Abstract:

A UK based medical equipment manufacturer has developed a new minimally invasive alternative to surgery for varicose veins based on diode laser technology. The laser delivers energy via an optical fiber to remove the source of reflux by closing the Greater Saphenous Vein within the thigh. The technique is done under local anaesthetic in about 45 minutes and the patient immediately resumes normal activities. The company is seeking medical suppliers interested in an exclusive agreement.

Description:

Technology – General Description

Varicose veins are a major and growing problem with up to 25% of women and 15% of men suffering some degree of venous insufficiency within their lifetime. As the disease is made worse by obesity and ageing it is a problem which is growing in the developed world as the population is living longer and average weights are rising. The disease is also more prevalent in women and exacerbated by prolonged standing which means it is very common among many of the occupations predominated by women such as nursing and retail sales.

Diomed Ltd, a medical diode laser manufacturing company, has worked with a group of doctors in America and Europe to develop a new minimally invasive technique called EndoVenous Laser Treatment (EVLT™). This novel treatment involves the use of a portable solid-state (diode) laser to deliver energy to the inside of the Greater Saphenous Vein via a flexible optical fibre. The technique is done in about 45 minutes in a minor treatment room setting; it is performed under ultrasound guidance and uses strictly local anaesthesia. There is only a tiny entry point (skin nick) and following EVLT the patient can walk out of the treatment room and immediately resume normal activities. Success rates for the technique are extremely high (~97%) and equally important is the virtual absence of even minor complications. It is also hoped to develop the technique even further in the future to treat other veins.
The attached images show an example of a patient before and after EndoVenous Laser treatment.

Technology – Clinical Studies

Clinical studies have been performed (and long term follow-up continues) on the EVLT technique and the initial results have been published in peer reviewed medical journals. The initial results of these trials were also used as part of the submissions to obtain the FDA approval and CE mark.

Further clinical studies are currently underway at two sites in Europe and the results of these will eventually also appear in peer reviewed medical journals.

(Further information can be obtained on the company website: www.diomedinc.com)

Innovative Aspects:
The interactions of laser energy with biological tissues are well documented and understood. Ultrasound guided catheterisation of blood vessels is a routinely performed technique for a variety of clinical applications. The innovation lies in the combination of these techniques and the application of a specific

| Technology Keywords: | • Heart and blood circulation illnesses |
|---|---|
| | • Electromedical and Medical Equipment |
| | • Medical Technology / Biomedical Engineering |
| | • Surgery |

| Current Stage of Development: | Already on the market |
|---|---|
| Exploitation of RTD Results: | PRIVATE RESEARCH |
| Intellectual Property Rights: | Patent(s) granted |

*Comments*

- Current stage of development
EndoVenous Laser Treatment is approved by the FDA in America and the laser and consumable kit are CE marked in accordance with the European Medical Devices Directive 93/42/EEC. Luminaries are performing the technique in a number of locations and training for doctors wishing to take it up is therefore available.

- Intellectual Property Rights Various patients are held by Diomed relating to aspects of the design of the Diomed Surgical Diode lasers. A patent for the EVLT technique has been granted in America to the doctors who pioneered the procedure and Diomed has rights to that. Patents have also been applied for covering certain aspects of the consumable kit.

 The EndoVenous Laser Treatment (EVLT) name is trademark protected ~~in America~~ and trademark has been applied for within the rest of Europe and America.

| Organisation/Company Type: | Industry |
|---|---|
| Organisation/Company Size: | 50-249 |
| Brief Market Application Codes: | • Medicine, health |

*Comments*

| Detailed Market Application Codes (VEIC): | *Keywords* |
|---|---|
| | • Surgical instrumentation and equipment |
| | • Other therapeutic (including defibrillators) |
| | • Disposable products |

*Highlights*
The EVLT technique is a novel procedure involving a Surgical Diode laser and single use bespoke consumables aimed exclusively at the medical market, where there is a growing need for a minimally invasive effective varicose vein treatment.

| Collaboration Type: | • License agreement |
|---|---|
| | • Commercial Agreement with Technical Assistance |

*Comments*
Diomed has developed and is looking to develop innovative clinical solutions to medical conditions based on our diode laser technology. The foremost of these is EVLT and Diomed requires partners to promote and sell this clinical solution within their local medical markets under an exclusive distribution agreement.



WELCOME

Exhibitor List

Exhibitor / Product
Search

Floor Plan

SATELLITE EVENTS

MY BRIEFCASE

SUPPORT
OPPORTUNITIES

Print this page

ACC.org    ACC'05 HOME    ATTENDEE    EXHIBITOR

# Diomed, Inc
Booth # 141
Booth Entrance   Exhibitor Profile   Exhibitor Contact   Map It
**See your Practice in a whole new Vein with EVLT®**

**Profile:**
Diomed Inc., a leader in diode laser technology is pleased to present EVLT
(Endovenous Laser Treatment) for varicose vein treatment. Come learn about this
exciting, 45 minutes, office based procedure that will allow you to enhance patient
care and satisfaction. Diomed Inc. offers a comprehensive, procedure based
approach that includes equipment, one-time-use kits, training and practice
enhancement programs. Diomed owns the exclusive patient rights to endovenous
laser treatment. EVLT is a registered trademark of Diomed Inc.

**Contact Information:**
Stefan Klein, Marcom Manager
One Dundee Park Ste 5/6
Andover, MA  01810
USA
Phone: (978) 824-1818
Toll Free:
Fax: (978) 475-8488
Email: sklein@diomedinc.com
URL: www.evlt.com

**Categories:**
- Intervention - Other percutaneous endovascular and cardiac devices

Add To My Expo Plan

# *Home Page*

Welcome to the London Endovenous Laser Clinic. This website provides information on the technique of EVLT$^{TM}$ and how it differs from 'standard' varicose vein surgery.

Endovenous Laser treatment is one of the latest developments in the treatment of varicose veins. Originally pioneered in the United States, it is now being used in a few centres in the UK and was the subject of a favourable NICE report in March 2004.  Consultant vascular surgeons Mr Eddie Chaloner and Mr Aaron Sweeney offer EVLT$^{TM}$ both privately and on the NHS at a major London hospital

EVLT$^{TM}$ can be performed under either local or general anaesthesia, with minimal scarring. The post-operative bruising is also less than after standard surgical treatment. No overnight stay is needed.

## *Full range of options:*

Our consultant surgeons offer the full range of options for varicose vein treatment. In cases where endovenous treatment is unsuitable, open treatment options are available.

## *Your choice:*

You can choose to have your operation under local or general anaesthesia, as a day case or as an overnight stay. A consultation with our surgeons will guide you as to the most appropriate option for your varicose veins.

Contact our secretaries on:

0845 1212 860 (private); email: adele@lonmed.com

07855 455 855 (private)

020 8333 6898 (NHS)

---

Home    What are varicose veins?    What causes varicose veins?    How is EVLT$^{TM}$ done?    How successful is EVLT$^{TM}$?    What are the advantages of EVLT$^{TM}$?    What are the drawbacks of EVLT$^{TM}$?    Thread veins    Private consultations    NHS consultations



EVLT$^{TM}$ is a trademark of Diomed Inc. The London Surgical Clinics gratefully acknowledges the support of Diomed in giving permission to use their graphics on this website.

Copyright London Surgical Clinics Ltd 2003    Tel: 0845 1212 860



INOVA HOME | HOSPITALS & SERVICES | CLASSES | CAREERS

**INOVA HEALTH SYSTEM**

Proud to be a not-for-profit health care provider

Friday, June 17

SEARCH | CONTACT US

# INOVA ALEXANDRIA HOSPITAL

⊕ My Health          ✦ Add to Favorites          ⊙ Find a Doctor          ✕ Email this Page

## 703-504-7950
## Varicose Veins

### What Are Varicose Veins?

Varicose veins are veins that have lost their effectiveness and become elongated, bulged and thickened close to the skin's surface. Any vein may become varicose, but the most commonly affected areas are the legs and feet.

### What Causes Varicose Veins?

As blood flows through your veins to the heart, stop valves in your veins are supposed to close
to keep blood from flowing downward with gravity. As you age, your veins can lose elasticity, causing them to stretch. When the valves in the vein become weak and do not close properly, they allow blood to flow backward and pool in the veins. This forces the vein walls to enlarge and bulge out. This abnormal circulatory condition is called venous insufficiency.



*Image courtesy and copyright of Diomed Inc. EVLT is a Trademark of Diomed Inc. Diomed is a registered Trademark of Diomed Limited.*

### What Are the Symptoms?

Symptoms of varicose veins may include:
• aching pain, fatigue or heaviness in the leg
• burning, throbbing, cramping or swelling in the lower leg
• enlarged veins readily seen under the skin of the leg
• brownish-gray discoloration on the ankle
• itching around a vein

Some people may not have visible varicose veins, but still experience symptoms caused by dilated veins that place pressure on their nerves. Often symptoms of varicose veins worsen as the day progresses.

Many people who experience these symptoms find they need to sit down in the afternoon and elevate their legs to relieve their discomfort.

Severe cases of venous insufficiency can cause skin discoloration, ulceration or swelling, which

require immediate medical attention.

**Who Is at Risk for Varicose Veins?**

Risk factors include age, family history, female gender and pregnancy. In women, pregnancy, especially multiple pregnancies, is one of the most common factors that accelerates the worsening of varicose veins. Additional factors that do not cause varicose veins but may speed or worsen their development include obesity, prolonged standing or physical trauma to the lower limbs. Varicose veins affect one out of two people age 50 and older, and 15 to 25 percent of all adults.

**How Is Venous Insufficiency Diagnosed?**

An ultrasound test is used to painlessly map the major vein of the leg, the greater saphenous vein, to assess vein anatomy, valve function and blood flow changes.

## Treatment Options

**How Are Varicose Veins Treated?**

People who experience mild symptoms can ease their discomfort by following a few simple lifestyle recommendations. These include exercising regularly, maintaining a healthy weight, wearing loose-fitting clothes, elevating the legs during rest, wearing elastic support stockings and avoiding long periods of standing or sitting.

However, if you experience severe symptoms, it may be necessary to medically treat your varicose veins. Your physician can help you decide which treatment is best for you based on the size and type of veins affected and the severity of your symptoms. Your options may include the following:

• **Vein ligation or stripping** are surgical procedures that remove or "strip" faulty veins from the leg. These procedures can be painful, have a long recovery time, and can result in the recurrence of varicose veins.

• **Phlebectomy** also is a surgical technique used to remove abnormal veins through tiny incisions.

• **Sclerotherapy** is the injection of a vein-shrinking solution that is used to treat spider veins and very small varicose veins.

• **Vein ablation** is a minimally invasive alternative to surgery that uses radiofrequency or laser energy to close faulty veins to eliminate bulging and symptoms while leaving the vein in its place. This causes less trauma to the leg and fewer side effects than surgery.

## Vein Ablation

**How Is Vein Ablation Performed?**

This minimally invasive treatment is an outpatient procedure performed by an interventional radiologist – a doctor specializing in the use of imaging techniques to see inside the body and treat conditions without surgery.

During vein ablation, the interventional radiologists applies a local anesthetic to the skin, then inserts a thin catheter, about the size of a strand of spaghetti, into the vein. The catheter is inserted through a tiny entry point, usually near the knee. Using imaging guidance, the catheter is guided up the greater saphenous vein in the thigh. Then laser or radiofrequency energy is applied to the inside of the vein, heating and shrinking the vein walls, causing them to seal the faulty vein so no blood can flow through it. By closing the greater saphenous vein, the varicose veins shrink and improve in appearance. The treatment takes less than one hour.



Click on image
for larger view.

*Image courtesy and copyright of Diomed Inc. EVLT is a Trademark of Diomed Inc. Diomed is a registered Trademark of Diomed Limited.*

6/17/2005 3:01 PM

Inova Alexandria Hospital's interventional radiologists perform both Endovenous Laser Treatment (EVLT™) and VNUS® Closure vein ablation procedures to treat varicose veins.

**Is the Loss of this Vein a Problem?**

No. After treatment, the blood in the faulty veins is diverted to the many normal veins in the leg, re-establishing normal flow.

**What Happens After the Procedure?**

After the procedure, your doctor may ask you to walk, wear compression stockings and retrain from rigorous activity for a period of time. Many patients resume normal activities within a day, with little or no pain. There is no scar because the procedure does not require a surgical incision.

**What Are the Complications of this Procedure?**

You may experience the discomfort of minor soreness and bruising, which can be treated with over-the-counter, non-aspirin pain relievers as needed. Few patients also experience numbness, which passes quickly. You should talk with your doctor about the possible complications of any procedure you may choose.

**Are Laser and Radiofrequency Energy Safe?**

Yes. Only as a precaution, you may be given a pair of special glasses to wear to protect your eyes.

**How Successful Is Vein Ablation?**

Greater than nine people out of ten who have had vein ablation remain free of varicose veins for at least two years. This is a higher efficacy rate than surgical vein ligation or stripping.

**Does Insurance Cover Vein Ablation?**

Many insurance carriers cover vein ablation, based on medical necessity and symptom relief.

Copyright 2005 Inova Health System. All rights reserved. Disclaimer | About Us | Site Index

Review industry information on saphenous veins and venous reflux disease, which can cause varicose veins and spider veins. Talk to your doctor about the endovenous obliteration, endovenous laser, sclerotherapy, phlebectomy, and other treatment options for saphenous vein reflux.



**Learn More**

**Learn More**
closure
about varicose veins
laser treatment for spider veins
treatment for venous insufficiency
closure vericose vein treatment
causes of venous insufficiency
Closure Procedure Questions
evl
saphenous veins
EVL
venous reflux
laser treatment for varicose veins
venous disease
Physician Info
prevention of varicose veins
Product Info
rf ablation
information on venous insufficiency
saphenous vein operations
Saphenous obliteration
saphenous veins
Industry Info
sclerotherapy
Testimonials
Varicose Veins Treatment
varicose veins treatment
vericose veins surgery
varicose veins
Home
vein treatment
varicose veins treatment

**Saphenous Vein Reflux**

**Industry and Key Thought Leaders**

**Papers/Studies**

Saphenous Obliteration

Company:      VNUS Medical Technologies, Inc.

Product:      The Closure Treatment, Closure procedure, Closure catheters, Radiofrequency generator

Published Papers/studies:

1.     *Twelve and Twenty-Four Month Follow-up After Endovascular Obliteration of Saphenous Vein Reflux – A Report from the Multi-Center Registry*

       LS Kabnick, MD and RF Merchant, MD

       J of Phlebology, Vol. 1, 2001, pp. 17-24.

2.     *Treatment of Primary Venous Insufficiency by Endovenous Saphenous Vein Obliteration*

       James G. Chandler, MD, Olivier Pichot, MD, Carmine Sessa, MD, Sanja Schuller-Petrovic, MD, PhD, Lowell S. Kabnick, MD, and John J. Bergan, MD

       Vascular Surgery Vol 34, May/June 2000, No. 3., pp. 201-214.

3.     *Endovenous RF Occlusion Using a Unique Radiofrequency Catheter Under Duplex Guidance to Eliminate Saphenous*

Marty Smith, DO

Aesthetic Buyers Guide, April 2002, pp. 37-44.

EVLT is a registered trademark of Diomed, Inc. ←

## Vein Stripping

Companies:

Products: disposable and reusable vein strippers

Published Papers/studies:

1. *Neovascularisation is the Principal Cause of Varicose Vein Recurrence: Results of a Randomised Trial of Stripping the Long Saphenous Vein*,

   L Jones, BD Braithwaite, D Selwyn, ES Cooke, JJ Earnshaw

   Eur J Vasc Endovas Surg, Vol. 12, November 1996, pp. 442-445.

2. Peter H. Rutgers, MD, Peter JEHM Kitslaar, MD

Randomized Trial of Stripping Versus High Ligation Combined with Sclerotherapy in the Treatment of the Incompetent Greater Saphenous Vein,

   The American Journal of Surgery, Vol 168, Oct 1994, pp. 311-315.

## Phlebectomy

Companies/Products. Phlebectomy hooks: The Muller, Oesch, Ramelet, Varady, Trauchessec, Dortu-Martimbeau, Tretbar and Vergereau

Published Papers/studies:

1. *Treatment of varicose veins: proximal saphenofemoral ligation comparing adjunctive varicose phlebectomy with sclerotherapy at a military medical center*

   SA Brethauer, JD Murry, DG Hatter, TR Reeves, JR Hemp, JJ Bergan





**Around the world**, an increasing number of medical facilities are starting to offer this new method of treating the cause of vein reflux disease (unsightly veins). At an EVLT™ treatment center, you can have your vein reflux treated as an out-patient procedure in about 45 minutes and then you can walk home. The procedure leaves no scar, has minimal postoperative pain, a quick recovery period and provides almost immediate relief from your symptoms.



**Vein Reflux**
Unsightly veins, caused by vein reflux disease, is a very common problem – up to 25% of all women and 18% of all men will suffer from vein reflux disease to some degree. There are a number of factors which lead to Vein Reflux Disease.
Click for more...

**Need more Info?**
Call **1-866-CLR-LEGS (or 257-5347)** to request a consultation with a Canadian doctor nearest you. Or, Click here to see a list of available EVLT physicians in your area.





Before    After

Home | About Vein Reflux | The Procedure | The Benefits | Find A Physician | What's New | Links | Contact Us

Copyright© evlt.ca 2005.



**THE VEIN DOCTOR**
MEDICAL GROUP

**Varicose Veins**

**Spider Veins**

**Rosacea**

**Before & After**

**Skin Care**

**Thermage**

**Physicians & R.N.'s**

**Locations**

**Contact**

**Links**

**Home**

### EndoVenous Laser Treatment (EVLT™) ←

→ **EVLT**™ is a quick, minimally invasive laser procedure that leaves no scar, has a short and relatively pain-free post-operative recovery period and is performed under local anesthesia in the doctor's treatment room.

The treatment itself will take less than one hour and initially involves both a physical and an ultrasound examination to map the vein to be treated.

The area of the leg affected is anesthetized locally and a thin laser fiber is inserted into the abnormal vein, delivering the laser energy in short pulses.

At the end of the procedure, the fiber is withdrawn and a compression bandage is applied and worn for up to 3 days. A compression stocking is also worn for 7 days.

Walking immediately following the procedure is encouraged and normal daily activity can be continued but vigorous activity, such as gym workouts should be avoided.

Discomfort during the procedure is minimal. You may have some bruising and soreness for 7-10 days after the treatment. Over-the-counter non-aspirin oral pain relieving medication can be taken as needed.

**Frequently Asked Questions about EVLT™** ←

Copyright© The Vein Doctor 2003 / design cpfwebs.com



Monday, June 20, 2005



**Questions about what treatment is right for you?** Please take a moment to fill out the form below and one of our physicians will contact you to book an appointment »

Name

Phone

your@emailaddress.ca

Problem:

Treatment Goal:

Submit

**Click** to view dramatic photo testimonials.

Members of the Royal College of Physicians & Surgeons of Canada

**VEIN DISEASE**
**TREATMENT OPTIONS**
**OUR PHYSICIANS**
**FAQs**
**LINKS**
**LOCATIONS**
**CONTACT**
**HOME**

› View Before and After Treatment Photos

**EVLT™ :**

EVLT™ (Endovenous Laser Therapy) is an advanced technique used to treat varicose veins. This treatment is best suited for the larger superficial veins of the leg that have leaky valves. These veins, often the saphenous veins, can be permanently sealed with this technique. EVLT™ is usually performed in a doctor's office and requires only local anaesthesia. In this technique, a tiny laser is inserted into the faulty leg vein and with the laser, the vein is effectively sealed. This technique only requires a tiny nick in the skin, which does not need stitches and takes about 1 hour. Patients can return to work the same day. This technique is up to 98% successful if performed by skilled individuals. EVLT™ replaces the technique of vein stripping, which requires a large incision, general anaesthetic and often a hospital stay and all the risks associated with this procedure.

**EVLT™ Advantages:**
No hospital stay. No general an aesthesia. No stitches. No scar. Close to 100% success

**Disadvantages:**
Not covered by provincial health insurance plans. Long term experience only 5 years, but appears superior to surgery.

**TO FIND A VARICOSE VEINS OR SPIDER VEINS CENTER NEAR YOU, VISIT VEINSonline.COM**

Conservative Treatment | Sclerotherapy | Ultrasound Guided Sclerotherapy | Ambulatory Phlebectomy | EVLT™

This website is intended for Canadian patients only. The content on this site are for educational purposes only and do not substitute for a medical opinion. Please consult your physician prior to making any treatment decisions.

*The leading edge in Medical*



**Monday, June 20, 2005**

### Virginia Vascular Center

- Home
- Varicose Veins
- Fibroids
- Vertebroplasty
- PVD
- Infertility
- About Us
- Links
- Contact Us

**EVLT** ←

**E**ndo**V**enous **L**aser **T**reatment

Eliminate Varicose Veins with Safe, Easy EVLT and Show Off Your Legs Again.

- EVLT
- Vein Treatment
- Frequently Asked ?'s

<u>**WHAT IS EVLT?**</u>

EndoVenous Laser Treatment uses targeted laser energy to seal the vein shut, and help you look and feel better fast. The laser energy damages the vein walls, shrinking them and closing the faulty vein so that the blood cannot flow through it. This eliminates vein bulging at its source. 97% of first-time EVLT treatments are successful.



Before EVLT        After EVLT

**EndoVenous Laser Treatment**

- EVLT is 97% effective

- Visit www.evlt.com for more information from Diomed

- Treatment in less than an hour

- Performed in our outpatient office

- Immediate relief of symptoms

- Return to normal activity immediately - with little or no pain

- No anesthesia or hospitalization

- No scars

**The EVLT Procedure**

EVLT is a quick, minimally invasive laser procedure that





### VenaCare™ for varicose veins

home | about varicose veins | the EVLT® procedure | contact us



**VenaCare™**

**V e n a C a r e ™**
Endovenous laser therapy for varicose veins

About VenaCare™

About Varicose Veins

The EVLT® Procedure

The Results
Before and After Pictures

Directions to VenaCare™

Contact Us

Other Services

Pricing

Frequently Asked Questions

Request More Information

Links

Recommend This Site

## The EVLT® Procedure ←

The latest and most promising therapy for varicose veins is Endovenous Laser Therapy (EVLT®). EVLT® is an advanced, imaging-guided technique used to treat varicose veins resulting from a build up of back pressure due to leaky valves (About Varicose Veins).



A catheter bearing a laser fiber is inserted under ultrasound guidance into the long saphenous vein through a small puncture at the level of the knee. The catheter is then advanced (also under ultrasound guidance) to the level of the groin. Local anesthetic is delivered around the entire length of vein to be treated (tumescent anesthesia). The laser fiber is then activated resulting in obliteration of the saphenous vein. As the laser is activated, the resulting heat at the tip produces a reaction in the walls of the vein, causing them to stick together. The varicosities associated with this vein then disappear as blood from the lower leg reroutes through the deeper circulation. The catheter is then slowly withdrawn and the saphenous vein is sealed along its entire length.



Foam sclerosant may be added through the catheter as required to treat large side branches.

EVLT® is performed at VenaCare™ in our procedure room under local

anesthesia. This technique, which requires only a small nick in the skin at the level of the knee, takes about an hour to complete. Patients walk out under their own power and can usually return to work the next day.

A compression stocking and bandage is applied which must be worn for 72 hours continuously (day and night). The compression bandage is removed after 72 hrs to allow the patient to shower. The compression stocking must be worn for 3 weeks while the patient is awake.

The reported success rate for EVLT® in the treatment of varicose veins is over 95%.

Following EVLT®, patients can expect to recover quickly. There may be minor discomfort or "tightness" along the course of the treated vein for 2 or 3 weeks. Minor bruising is not uncommon, but usually clears quite quickly (within 1 to 2 weeks). Post-procedure pain is much less than comparable surgery.

EVLT® treats the main superficial veins. Most visible varicose veins are branches of these main veins. Following EVLT® it may take 6 to 8 weeks for these branches to shrink and in many cases disappear completely. After 8 weeks troublesome remaining branches may require ultrasound guided sclerotherapy. At VenaCare™, we typically use a combination of EVLT® and foam sclerotherapy (administered at the same time as EVLT®) to maximize the chance of a successful result. One additional follow-up foam sclerotherapy session is included with EVLT® at VenaCare™.

Advantages of EVLT® can be summarized as early recovery and less pain, no general anesthetic required, few or no scars, high success rate and low complication rate.

Disadvantages of EVLT® are that it is not covered by provincial health insurance plans and long term success rates are unknown (though to date EVLT appears to be as good as if not superior to surgery).

### TO FIND A VARICOSE VEINS OR SPIDER VEINS CENTER NEAR YOU, VISIT VEINSonline.COM

**June 20, 2005**    about varicose veins | the EVLT® procedure | the results | directions to VenaCare™
contact us | other services | pricing | faq | request more information | links | home

Disclaimer | Privacy Policy    © VenaCare™ 2005

2 of 2    6/20/2005 10:37 AM



# ZIMMET VEIN AND DERMATOLOGY CLINIC

| Overview | Non-invasive Evaluation | Sclerotherapy | Ultrasound-guided Sclerotherapy | Ambulatory Phlebectomy | EVLT™ | Closure® | Laser |

**Home**

**About Dr. Zimmet** ▶

**Meet Our Staff**

**Aesthetic Dermatology** ▶

**Laser Services** ▶

**Vein Services** ▶

**Request Brochures**

**Products**

**Contact Us** ▶

**Site Map**

## VEIN SERVICES
## ENDOVENOUS LASER TREATMENT



Schematic of endovenous laser treatment
(Photo courtesy of Diomed, Inc.)



Watch a video:
Intro to EVLT
(Real Video)

Endovenous Laser Treatment is an alternative to surgical stripping of the greater saphenous vein. A small laser fiber is inserted, usually through a needle stick in the skin, into the damaged vein. Pulses of laser light are delivered inside the vein, which causes the vein to collapse and seal shut. The procedure is done in-office under local anesthesia. Following the procedure, a bandage or compression hose is placed on the treated leg. Endovenous Laser Treatment (EVLT ™) performed with a Diomed 810 nm laser is FDA-approved for the treatment of the greater saphenous vein.



Click on photo to view more
before and after photos.

### SELECTED ARTICLES WRITTEN / CO-WRITTEN BY DR. ZIMMET

- Min RJ, Khilnani N, Zimmet SE. Endovenous Laser Treatment of Saphenous Vein Reflux: Long-Term Results.
- Zimmet SE, Min RJ. Temperature changes in perivenous tissue during endovenouslaser treatment in a swine model. J Vasc Interv Radiol. 2003 Jul;14(7):911-5.
- Min RJ, Zimmet SE, Isaccs MN, Forrestal MD. Endovenous laser treatment of the incompetent greater saphenous vein. J Vascular Interventional Radiology, 12:1167-1171, 2001.

---

© Copyright 2002 Zimmet Vein and Dermatology Clinic. All rights reserved.
Website created by Hoffman Internet Technology Services

# EndoVenous Laser Treatment or EVLT® ←

## The Procedure



It deals with the most common underlying cause of varicose veins which is incompetence of the greater saphenous veins. Unlike surgical stripping, EVLT® ← permanently closes off the vein while leaving it in place. It uses the energy from an 810 nm diode laser delivered by a fine fibre-optic probe.

As it is only the probe and a slim sheath which need to enter the vein the whole procedure is performed via a tiny skin nick, so there will be no post operative scarring.

The probe is guided into place using ultrasound and the procedure is performed under strictly local anaesthetic of a similar type used by dentist to numb the treatment area.

On the left are two diagrams showing how the procedure works:

**The key benefits of EVLT®.** ←



- A simple procedure

- Performed under local anaesthetics

- Minimally invasive, so minimal risk of scarring and postoperative infection

- Less than one hour examination and treatment time

- Rapid recovery with reduced postoperative pain

- Normal activities can be resumed immediately

- Excellent clinical and aesthetic results

IMPORTANT NOTES:

- Not all patients suffering from varicose veins will be suitable candidates for this treatment.
- Diomed cannot guarantee the outcome of the procedure



EXAM DETAILS:
Body Scanning
- Virtual Colonoscopy
- Coronary Artery Calcification
- Lung Screening
- Head Screening
- Full-Body Screening
Uterine Fibroid Embolization
 EVLT® (EndoVenous Laser Treatment)

## ➜ EVLT® (EndoVenous Laser Treatment)

**Exam Explanation:** With a slight nick to the skin, a thin catheter and imaging technology, Interventional Radiologists treat varicose veins with **a higher success rate, a lower recurrence rate and far less pain than surgery.** This minimally invasive, targeted treatment takes less than an hour and allows an immediate return to normal activities. EVLT is just one of the advances in medicine offered by the Sacramento Radiology Medical Group. Know your options. Today, you have non-surgical choices and direct access to these specialists.

**Non-Surgical EndoVenous Laser Treatment-**
Eliminate unsightly varicose veins at the source. The twisted bulging that causes discomfort and embarrassment results from faulty valves in the veins.

As blood flows through your veins to the heart, stop valves are supposed to prevent the blood from flowing backwards as gravity pulls it down. If the valves don't close properly, blood pools in the vein, forcing the walls to enlarge and bulge out.



➜ EVLT® uses targeted laser energy to seal the vein shut and help you look and feel better fast!

click to enlarge          click to enlarge

   

**Video Clips:** 1) Patient Selection (6 MB)
2) EVLT Procedure (16 MB)
3) Results (20 MB)
**If any video clip skips or stutters when played, please press "Pause" until video is fully loaded and then "PLAY" to resume.**

**Exam Preparation:** No special preparation is required by the patient.

**During The Exam:** EVLT® is a quick, procedure that leaves no scar and can be performed in your doctor's office. The treatment takes less than one hour. Here's what to expect when you arrive:

- Your doctor uses ultrasound to map out your veins.
- A Local anesthetic is applied.
- A thin laser fiber is inserted through a tiny entry point, usually near the knee.
- Laser energy is delivered to seal the faulty vein.
- Walking immediately after the procedure is encouraged. Normal daily activity can be resumed right away, barring rigorous activities, such as jogging.
- After the procedure, there may be minor soreness and bruising. Any discomfort can be treated with over-the-counter, non-aspirin pain relievers as needed.

**Consultation:** For additional information, or to schedule an appointment please call:
EVLT Consultation Line
(916) 961-6920

For additional information from the American College of Phlebology
http://www.phlebology.org

**Exam Locations:** The Advanced Imaging Center of Carmichael

**Patient Survey:** Your opinion is important to us. We would appreciate it if you would take a few moments to complete our online survey. Your honest evaluation and feedback will help us improve the level of service we provide. Thank you for your assistance.