

**Featured Article**

## Minimally Invasive Treatment for Chronic Venous Disease of Legs

from *Clinical Update*, Summer 2004

**Abstract:** Recently developed endovenous catheter-based treatments have revolutionized how venous reflux is treated. The Interventional Radiology Department at Wake Forest Baptist now offers endo-venous laser ablation therapy (EVLT™), an effective, minimally invasive treatment for varicose veins.

Chronic venous disease of the legs is one of the most common conditions affecting people of all races. At least 25 million Americans suffer from venous disease secondary to superficial venous insufficiency.

The disease is twice as common in women as men, and affects one out of two people age 50 or older.

The condition is caused by nonfunctioning venous valves or a diseased vein wall in the superficial leg veins, most commonly the greater saphenous vein (GSV). Reflux within the GSV leads to pooling in the visible varicose veins below.

Although often regarded as a strictly cosmetic concern, varicose veins associated with superficial venous insufficiency cause significant clinical problems. In addition to being painful and disfiguring, it is a progressive disease which left untreated can lead to swollen ankles, skin color changes and skin ulcers.

Recently developed endovenous catheter-based treatments have revolutionized how venous reflux is treated and will likely replace vein stripping and ligation as the treatment of choice.

The Interventional Radiology Department at Wake Forest University Baptist Medical Center now offers endovenous laser ablation therapy (EVLT™), an effective, minimally invasive treatment for varicose veins.

"This is an exciting technology which offers superior results with little or no pain to the patient," said John Regan, M.D., an interventional radiologist who performs the procedure at Wake Forest Baptist. EVLT has been shown to have a success rate of 98 percent after one month, and 93.4 percent after two years.

The procedure requires a very small access point so there is very little risk of noticeable scarring or postoperative infection.

EVLT is an outpatient procedure performed by mapping the vein through ultrasound, and then inserting a thin laser fiber into the vein and delivering laser energy to the vein.

After applying a local anesthetic, a thin catheter is inserted into the vein and guided up the greater saphenous vein in the thigh. Laser energy is applied to the inside of the vein which heats and seals the vein closed, thereby eliminating the source of reflux and high venous pressure. Once the diseased vein



  

Home > Surgery Center > Vein Therapy > EVLT

# Vein Therapy

## EndoVenous Laser Treatment



EVLT® (Endovenous Laser Treatment) is a new minimally invasive procedure to treat greater saphenous vein reflux in just 45 minutes as an outpatient procedure. EVLT® effectively and safely treats vein disease through the use of a diode laser fiber to close the Greater Saphenous Vein.

The key benefits of EVLT®...



- A simple procedure
- Performed under local anesthetic
- Minimally invasive, so minimal risk of scarring and postoperative infection
- Less than one hour examination and treatment time
- Rapid recovery with reduced postoperative pain
- Normal activities can be resumed immediately
- Excellent clinical and aesthetic results

EVLT® leaves no scar, has a short and relatively pain-free post-operative recovery period and is performed in the doctor's treatment room. This procedure utilizes laser energy to damage the vein walls, shrink them, and thus close the faulty vein so that the blood can no longer flow through it.



Around the world, an increasing number of medical facilities are starting to offer this new method of treating the cause of vein reflux disease. At NorthEast Medical Center, you can have your varicose veins treated as an outpatient procedure in about 45 minutes and then you can walk home. The procedure leaves no scar, has minimal postoperative pain, a quick recovery period and provides almost immediate relief from your symptoms.

EndoVenous Laser Treament® is performed at NorthEast Medical Center by Dr. Daniel Stackhouse, a board certified radiologist. To learn more about the procedure, visit Diomed's EVLT® website or call ASK FIRST at 704-783-1275 or 1-800-575-1275.

EVLT® and Diomed are registered trademarks of Diomed Inc. Copyright Diomed Inc. All rights reserved.



**1.800.526.3082**



**Follow Link to Our TV Commercials!**
Scroll down list to The Circulatory Centers

When deciding which treatment is best for your varicose and/or spider veins you need to look at all the facts...

This minimally invasive technique can bring immediate relief from symptoms. Performed under local anesthetic, EVLT is a clinical solution for treating varicose veins. Imagine having your varicose veins treated in approximately 45 minutes...then walking away and resuming your normal daily activities!



The procedure uses laser energy delivered in a thin fiber-optic probe to treat the underlying cause of the varicose vein. UNLIKE topical lasers which attempt to treat vein ailments through the surface of the skin. EVLT is less painful with fewer complications than the traditional surgical alternatives.



### The Many Advantages to EVLT...

**Walk in/Walk out treatment taking less than an hour**

**No hospital stay**

**Instant relief from symptoms**




**HOME**

The Trex Center
160 Exeter Drive
Suite 104
Winchester, Virginia
22603
For directions, Click here

Phone
540-545-4MRI (4674)

Laser Vein Center
(540) 545-8332

Fax 540-545-4031

E-mail us

SERVICES          STAFF          LINKS

Call the Winchester Laser Vein Center located at the Trex Center
to schedule a consultation with Drs. David Snow and Curtis Thwing.
**(540) 545-8332**

back to EVLT™ home

### Call 545-4MRI to schedule a consultation with Dr. David Snow and Dr. Curtis Thwing.

**What is EVLT™?**
EVLT™ stands for EndoVenous Laser Treatment.

**What is EndoVenous Laser Treatment (EVLT™)?**
EVLT™ is a minimally invasive laser procedure performed under local anesthetic for relieving painful and unsightly varicose veins using the energy from an 810nm Diomed diode laser. It leaves virtually no scar, has minimal post operative discomfort and the patient can return to normal activities immediately after treatment.

**Please describe the EVLT™ Procedure.**
Using local anesthesia and ultrasound guidance, the physician inserts a fine EVLT™ fiber into the leg's greater saphenous vein (GSV) to within one to two centimeters of the sephenofemoral junction (SFJ). As the fiber is slowly withdrawn from the GSV, the physician introduces brief, intermittent pulses of laser energy endovenously, closing off the vein in two to three millimeter increments.

**How long does this procedure take?**
typically the EVLT™ procedure takes about 45 minutes to conduct for each leg treated.

**Where is the EVLT™ treatment performed?**
The procedure is performed in a day case unit or in a physician's office. No hospitalization or general anesthetic is required.

**Is the procedure painful?**
No. Patients can tolerate the procedure very well using just the local anesthetic. Any post procedure discomfort can bet treated with over the counter pain medication such as ibuprofen or acetaminophen.

**After the procedure, how long is the patient recovery period?**
Patients can return to normal activities immediately after the procedure. They are required to wear compression stockings for seven days and the only contra-indication is vigorous gym work-outs.

**What has been the success rate with EVLT™?**

## THE NON-SURGICAL, NON-SCARRING WAY TO TREAT VARICOSE VEINS

Remember life before bulging, twisted varicose veins? You can have that freedom again with the EVLT procedure. Tens of millions of people — up to 40% of women, and 25% of men — suffer from this condition.

Traditionally, painful surgery was the best treatment option. Now, there's safe, fast, and comfortable EVLT (EndoVenous Laser Treatment).



*Before EVLT*



*After EVLT*

*"After the procedure I was able to get up and walk out. I feel like I've been energized."*
*Mary Lou, EVLT patient*

*Clinical content and images courtesy of Diomed, Inc.*



MASSACHUSETTS GENERAL HOSPITAL

Massachusetts General Hospital
Vascular Radiology, GRB 290
55 Fruit Street
Boston, MA 02114
617-726-8314
www.mghvascrad.org
Dr. Chieh-Min Fan
617-726-8753

PARTNERS

---



MASSACHUSETTS GENERAL HOSPITAL



Massachusetts General Hospital Imaging Services

A NEW THERAPY FOR VARICOSE VEINS

INFORMATION FOR PATIENTS
EndoVenous Laser Treatment (EVLT)

MASS GENERAL IMAGING

In This Section

- Home
- Contact Us
- The Consultation
- Vein Treatments
- Mesotherapy
- Botox & Fillers
- PhotoFacial & IPL
- Hair Removal
- Free Seminars
- Dr. Kristiansen
- About Us
- Contact Us
- Directions

Up

## EVLT™ (Endovenous Laser Treatment)





**What's New**

.. in the world of Cosmetic Medicine.

**click here**

EVLT™ is one of the newest techniques for the treatment of varicose veins as the result of superficial venous insufficiency. A tiny laser fiber is inserted into the vein, with ultrasound guidance, to the exact source of the venous problem. Laser pulses are then used to close the vein. It requires a small non-scarring incision in the skin, local anesthesia, no hospitalization and short recovery. In some cases, other treatments including sclerotherapy, ultrasound guided sclerotherapy, foam sclerotherapy, and or ambulatory phlebectomy, are used in combination with EVLT™.

*Benefits:*

- The procedure is minimally invasive and less traumatic than traditional surgery

- It involves only a tiny non-scarring incision.

- Recovery time is short allowing return to normal activities usually within a day.

- The treatment is In-Office.

- The procedure is performed under local anesthesia.

To find a varicose vein specialist near you visit VEINSonline.com




**Advanced Vein & Laser Centre™**

Complimentary Consultations!!!
847.367.4040
1800 Hollister Drive, Suite 121, Libertyville, IL 60048

TELL A FRIEND
MAKE AN APPOINTMENT
DIRECTIONS
CONTACT US
HOME

| VEIN TREATMENT | HAIR TREATMENT | MEDICAL AESTHETICS | BOTOX® & RESTYLANE® | ABOUT US |



Before

After

## Vein Treatments

**Do you suffer from varicose veins? Are you in pain or discomfort and ashamed of how your legs look?**

You are not alone. Up to 25% of women and 18% of men worldwide have varicose veins. Annually, more than one million of these people undergo a surgical "vein stripping" operation - but there are more who suffer with the pain, discomfort and unattractive appearance of their varicose veins to avoid having surgery.

### Now there is a new non-invasive treatment for varicose veins...

**EndoVenous Laser Treatment (EVLT™) THE NON-SURGICAL WAY TO TREAT VEINS**

EVLT™ is a non-invasive laser procedure that can be performed at Advanced Vein & Laser Centre™ in about one hour. After the procedure, you can walk out and resume normal activities. This technique treats the underlying causes of varicose veins and has a 98% success rate AFTER A SINGLE VISIT!

EVLT™ has many advantages over the traditional surgical approach:

- Walk in/walk out treatment takes approximately one hour per leg
- No hospital stay - the procedure is performed at Advanced Vein & Laser Centre™
- No general anesthesia
- Immediate relief from symptoms

**THE HOLISTIC APPROACH TO VEIN DISEASE**

There is no "cookie cutter" approach to treating vein disease at Advanced Vein & Laser Centre™. Dr. Rosenfeld evaluates every patient at consultation with a preliminary Duplex Ultrasound and Doppler test that enables him to create an individualized treatment plan that will minimize the pain and appearance of your veins. Patients are evaluated for the type of treatment that will give them the optimal outcome. Your individual treatment plan may include EVLT™, sclerotherapy, foam sclerotherapy, echo sclerotherapy, laser or a combination of treatments.

**WE USE CRYO 5™ SKIN COOLING TECHNOLOGY - SO IT WON'T HURT!**
Advanced Vein & Laser Centre™ uses the new Cryo 5™ skin cooling system for all procedures to minimize discomfort. This new technology uses ordinary room air cooled to -32°C. The air is directed onto the treatment area via a flexible hose to significantly reduce pain and discomfort.

### EVLT FREQUENTLY ASKED QUESTIONS

**Q: How does EndoVenousLaser Treatment (EVLT™) work?**
A: EVLT™ is a non-invasive laser procedure performed under local anesthetic for relieving painful and unsightly varicose veins. A thin laser fiber is inserted through a tiny entry point,

usually near the knee. Laser energy is delivered to seal the faulty vein.

### Q: Is the loss of this vein a problem?
A: Varicose veins are NOT properly functioning veins. By eliminating them, circulation is improved in the affected leg.

### Q: Am I at risk from the laser?
A: No. Just as a precaution you will be given a pair of special glasses to protect your eyes.

### Q: How successful is EVLT™?
A: EVLT™ treatments are 98% successful after a single visit.

### Q: How long does the procedure take?
A: The procedure usually takes about one hour for each leg treated.

### Q: Where is the procedure performed?
A: EVLT™ is performed at Advanced Vein & Laser Centre™. No hospitalization or general anesthesia is needed.

### Q: After the EVLT™ procedure, how long is the patient recovery period?
A: Patients can return to normal activities immediately after the procedure.

---

**TO FIND A VEIN SPECIALIST NEAR YOU, VISIT VEINSonline.COM**

---

Back To Top


American College of Phlebology

DISCLAIMER | © Copyright 2003 Advanced Vein and Laser Centre™ is operated by Advanced Vein & Laser Centre, Ltd.

# NEW CONCEPT DESIGN



[ home page ] [ about us ] [ services ] [ portfolio ] [ what's new ] [ contact us ]

Jun 20, 2005 [ Monday ]

## portfolio - VenaCare™ - Endovenous Laser Therapy EVLT® ←



**title:** VenaCare™ - Endovenous Laser Therapy EVLT® ←

**web address:** www.venacare.com

**description:** The newest and most promising therapy for varicose veins is endovenous Laser Therapy (EVLT®). EVLT® is an advanced, image-guided technique used to treat varicose veins resulting from a build up of back pressure due to leaky valves.

back to portfolio, commercial sites

home | about us | services | portfolio | what's new | contact us | links

| Home |

# NewYork-Presbyterian
The University Hospital of Columbia and Cornell

## DIVISION OF VASCULAR SURGERY

About Us | Our Services | Conditions Treated | Vascular Disease Prevention | Residency Program

▶ Find A Physician Online or Call: 1-877-NYP-WELL   ⊕ search
✉ contact us   ⊙ maps & directions   ♡ Ways To Give

### → EVLT® and VNUS® Venous Closure Procedure-
### Minimally Invasive Treatments For Varicose Veins



FIGURE 1      FIGURE 2      FIGURE 3

Treatment of varicose veins has traditionally involved surgically removing the troublesome vein from the leg — this is called varicose vein ligation and stripping.

Endovenous Radiofrequency Obliteration (VNUS® closure procedure) and Endovenous Laser Treatment (EVLT®) are two new, less invasive alternatives to vein stripping surgery. Instead of removing the vein, the vein is sealed off by causing it to collapse. Once the diseased vein is closed, the blood flow out of the legs is taken over by healthy veins.

Both EVLT® and VNUS® closure procedure are performed as outpatient procedures with no overnight stay in the hospital required. Local anesthesia is given to numb the treatment area. A very small opening is made in the vein and a thin tube (catheter) is inserted and threaded up into the vein (figure 1). EVLT® uses laser energy to treat the vein while VNUS® closure uses radiofrequency (RF) energy to close the vein. Once inside the vein, the catheter delivers the energy to the vein walls from the inside (figure 2) and, as the catheter is slowly pulled back, the vein collapses shut (figure 3). The catheter is completely removed following the procedure and a small bandage is placed over the catheter insertion site. The collapsed vein is left in place.
Improvement in appearance and symptoms is generally immediate. Elastic compression stockings may be prescribed for a few days. There is a quicker return to normal activities with the minimally invasive closure procedures as compared to vein stripping surgery.

Not all people with varicose veins are candidates for EVLT® or VNUS® closure. You should see a doctor that specializes in vascular disease to determine the appropriate treatment for your particular condition. Drs Morrissey and Nowygrod perform the EVLT® and VNUS® closure procedure treatment of varicose veins. To make an appointment with Dr Morrissey or Dr Nowygrod   click here.

For more information on EVLT® and VNUS® closure visit their company websites at   www.vnus.com and www.evlt.com.

⊼ Back to Top

© 2003 NewYork-Presbyterian Hospital | Disclaimer

COLUMBIA UNIVERSITY       WEILL MEDICAL COLLEGE
COLLEGE OF PHYSICIANS & SURGEONS       OF CORNELL UNIVERSITY



# EQUITY SECURITIES

**Diomed, Inc.**                                         February 22, 2002
Todd M. Pitcher, Director of Equity Research           Equity Securities Investments, Inc.
                                                        (763) 923-2200

Initiating Coverage: Long Term Buy
Ticker: DIO –(AMEX)

Price: $6.90                                  52-Week Range: NA
FY End: December 31                           12-Month Target: $10.00
                                              Shares Outstanding (mil): est. 29M
                                              Shares Float (mil): 9.2M
                                              Avg. Daily Vol.: NA
                                              Market Cap. (mil): 200.1M

Description:

Diomed is a leading clinical solutions provider specializing in the delivery of minimal and micro-invasive medical procedures. The Company develops and markets powerful clinical solutions utilizing proprietary technology and integrating profitable disposables such as optical fibers. Utilizing its proprietary technology in diode light sources and fiber optics, Diomed is focusing on photodynamic therapy ("PDT") for use in cancer treatments, endo venous laser treatment ("EVLT") for use in varicose vein treatments and other clinical applications relating to dental, aesthetic and ophthalmologic applications.

Strategic partners include Olympus Japan, Axcan, QLT, DUSA and Pharmacyclics. The Company has ISO 9001 certification under the European Medical Device Directive, and FDA clearance in surgical and aesthetic applications.

Comments:

- With significant erected barriers to entry, and leading proprietary technology, Diomed is strategically positioned to establish a strong foothold in the emerging PDT market that is anticipated to reach more than $2 billion annually by 2005. Already, it is the dominant global supplier of technology, services and disposables to PDT companies.
- Diomed's business strategy has uniquely positioned it as a partner to leading pharmaceutical companies developing PDT applications and we believe that will buttress its operations in the near term, enabling it to leverage its partners' sales, marketing and distribution resources, as well as further drive its revenue growth and market penetration over the mid and long-term.

1

ANG 588

- Diomed's pipeline for growth is strong, currently participating in the second and third-phases of numerous PDT clinical field trials that, upon FDA approval will open new revenue streams.
- Diomed just received FDA approval for their endovenous laser treatment (EVLT), which we believe has even more near to-mid term growth potential than their PDT business.
- Diomed continues to demonstrate its ability to move quickly and be first to market, enabling it to create formidable barriers to entry for competitors. While we believe that competition is inevitable given the enormous revenue opportunity for PDT treatments for cancer and varicose vein treatment with EVLT, Diomed has established a formidable leader-advantage.
- The current market for EVLT represents at least $400 million in annual revenue and as much as $1 billion. We believe that it is realistic to suppose that Diomed capture as much as 10% market share over the next few years, given its early market lead.

**Company Overview:**

Founded in 1991, Diomed pioneered the medical use of diode lasers using its patented technology to couple high power laser diodes into standard optical delivery fibers.

Diomed, Inc. was incorporated in Delaware in December of 1997 for the purposes of acquiring all of the outstanding stock of Diomed, Ltd., a U.K. corporation. On May 31, 1998, the Company acquired LaserLite LLC, the distributor of Diomed, Ltd.'s cosmetic laser systems along with certain patents. In November of 1999, Diomed became EN46001 certified and upgraded to ISO 13485 in 2001, allowing it to apply the CE mark to its products and market them throughout the European Union.

In August of 2000, Diomed won FDA approval to market its 630 PDT diode laser in the U.S. in conjunction with Axcan Pharma Inc.'s PHOTOFRIN®. The Company signed a five-year exclusive development and supply agreement with Axcan to provide it and it's customers with product, technical and service support for the laser and ongoing supply of disposable optical lasers. In October of 2000, the Company acquired the exclusive worldwide rights to the OPTIGUIDE® laser fibers from QLT. In November 2000, Diomed formed FibersDirect.com to promote, sell and distribute its' laser fibers and other laser-delivery system accessories for clinical applications directly to clinical end users.

→ Diomed was the first company to receive a CE mark in September of 2001 for its laser-based varicose vein treatment (EVLT™). In January of 2002, Diomed won FDA approval to market its EVLT™, a proprietary, minimally invasive procedure to eliminate varicose veins.

Diomed is presently headquartered in Andover, Massachusetts and has development facilities in Cambridge, England.

**Business and Product Profile:**

Diomed's business is focused on delivering minimal and micro-invasive clinical solutions to hospitals, clinics and office-based physicians addressing a range of treatments including cancer, vascular surgery, oncology, interventional radiology and dermatology. The Company's fiber and laser technology is versatile, so it can be used for numerous other surgical procedures as well.

Certain advantages to minimally invasive procedures include shorter recovery periods, fewer potential side effects, less pain, reduced scarring and even a higher effectiveness than traditional surgical procedures. In addition, minimally invasive procedures appeal to healthcare providers who are seeking to cut costs while maintaining a high-level of efficiency and service.

We believe that Diomed's diode laser technology and disposable fibers are extremely well positioned to address the trends that are driving the exploding market for minimally invasive clinical procedures. In turn,

2

ANG 589

© Communications Media for Education, Inc., Princeton Junction, New Jersey, U.S.A.

# Endovenous Laser Treatment (EVLT™) for Varicose Veins—A Review

**Mark D. Forrestal, M.D.**
Northwest Vein Care
Arlington Heights, Illinois;

**Robert J. Min, M.D.**
Weill Medical College of Cornell University
New York, New York;

**Steven E. Zimmet, M.D.**
Zimmet Vein and Dermatology
Austin, Texas;

**Mark N. Isaacs, M.D.**
Vein Specialists of Northern California
Walnut Creek, California

*and*

**Melissa R. Moeller, R.N.**
Northwest Vein Care
Arlington Heights, Illinois

## Introduction

It is estimated that approximately 25% of women and 15% of men suffer from lower extremity superficial venous insufficiency,[1] a condition which is particularly prevalent among those over 50 years of age. Underlying greater saphenous vein incompetence is commonly found in patients with surface varicosities. In addition to being unsightly, the presence of varicose veins is usually associated with symptoms.[2] Chronic venous insufficiency, including venous ulceration, is often caused solely by superficial venous disease.[3,4] During the past decade, increased interest in venous disorders and the development of new noninvasive diagnostic tests and minimally invasive treatment options have led to significant advances in our understanding and management of varicose veins.

The greater saphenous vein (GSV) is the major vein of the superficial venous system. GSV reflux is often associated with large superficial varices. When incompetence of the sapheno-femoral junction (SFJ) is detected, treatment should first be directed toward eliminat-

Address for correspondence: Mark D. Forrestal, M.D., Northwest Vein Care, Suite 101, 1430 N. Arlington Heights Road, Arlington Heights, IL 60004; tel: 847-259-8226; fax: 847-392-5260; e-mail: nwveincare@hotmail.com

ANG 8334

### Clinical Study Results

Following publication of an initial series of patients treated with EVLT™,[21] a multicenter clinical trial was implemented to gather data on a larger study cohort with agreed-upon inclusion criteria and laser parameters. This prospective non-randomized trial enrolled consecutive patients with GSV insufficiency to the sapheno-femoral junction. Documentation of the GSV to be treated was made by using duplex ultrasound with no restriction on size of the GSV, incompetent perforators or abnormal tributaries. Patient follow-up was carried out by physical examination and the use of sonographic imaging.

The procedure, as previously described, required percutaneous placement of a catheter into the GSV through which a bare-tipped fiber was passed to transmit 810 nm of laser energy to the vein wall beginning within 1 cm of the SFJ. A total of 90 GSVs, measuring from 3 mm to 27 mm in diameter (mean: 11 mm) at 1 cm from the SFJ, were treated in 84 patients (63 men and 21 women). External pressure was placed over the skin as the fiber was slowly withdrawn in 1- to 2-mm increments. Local anesthesia using 0.25% lidocaine was administered to reduce the pain and provide a perivenous heat sink.

Patient follow-up was performed at 1 week, 1 month, 3 months, 6 months and 9 months, with yearly evaluations to be continued. At 1 week, 87/90 GSVs were found to be non-compressible and without detectable flow. At a mean follow-up of 6 months, 89/90 GSVs remained closed. One initial failure, originally treated at 10w, was subsequently re-treated with the laser at 12w. One patient demonstrated flow in a non-compressible GSV that was treated with duplex ultrasound-guided sclerotherapy.

No complications were reported during the EVLT™ procedure that resulted in cessation of treatment. One patient in a subsequent series developed an allergy to lidocaine at 0.25%, but the EVLT procedure had already been successfully completed prior to the appearance of hives. Post-treatment development of ecchymosis along the thigh appeared in all patients, and sensitivity along the treated GSV was also noted. All patients remained **ambulatory** during the course of treatment. One patient described an area of paresthesia along the thigh that resolved with time. No DVT was detected.

Follow-up with duplex ultrasound imaging allowed for a noninvasive pictoral evaluation of the treated GSV. Immediately following EVLT, the GSV is in spasm and appears as a non-compressible cord

# Comparison of Endovenous Radiofrequency Versus 810 nm Diode Laser Occlusion of Large Veins in an Animal Model

ROBERT A. WEISS, MD

*Department of Dermatology, Johns Hopkins University School of Medicine, Baltimore, Maryland*

BACKGROUND. Endovenous occlusion using radiofrequency (RF) energy has been shown to be effective for the elimination of sapheno-femoral reflux and subsequent elimination of varicose veins. Recently, endovenous laser occlusion has been introduced with initial clinical reports indicating effective treatment for varicose veins. However, in our practice we note increased peri-operative hematoma and tenderness with the laser. Little is known regarding the mechanism of action of this new laser vein therapy.

OBJECTIVE. To better understand the mechanism of action of endovenous laser vs. the endovenous RF procedure in the jugular vein of the goat model.

METHODS. A bilateral comparison was performed using 810 nm diode laser transmitted by a bare-tipped optical fiber vs. the RF delivery by engineered electrodes with a temperature feedback loop using a thermocouple (Closure procedure) in three goat jugular veins. Immediate and one-week results were studied radiographically and histologically. Temperature measurements during laser treatment were performed by using an array of up to five thermocouples, spaced 2 mm apart, placed adjacent to a laser fiber tip during goat jugular vein treatment.

RESULTS. Immediate findings showed that 100% of the laser-treated veins showed perforations by histologic examination and immediate contrast fluoroscopy. The RF-treated side showed immediate constriction with maintenance of contrast material within the vein lumen and no perforations. The difference in acute vein shrinkage was also dramatic as laser treatments resulted in vein shrinkage of 26%, while RF-treated veins showed a 77% acute reduction in diameter. At one week, extravasated blood that leaked into the surrounding tissue of laser treated veins acutely, continued to occupy space and impinge on surrounding structures including nerves. For the laser treatment, the highest average temperature was 729°C (peak temperature 1334°C) observed flush with the laser fiber tip, while the temperature feedback mechanism of the RF method maintains temperatures at the electrodes of 85°C.

CONCLUSION. Vein perforations, extremely high intravascular temperatures, failure to cause significant collagen shrinkage, and intact endothelium in an animal model justify a closer look at the human clinical application of the 810 nm endovenous laser technique. Extravasated blood impinging on adjacent structures may theoretically lead to increased peri-operative hematoma and tenderness. Further study and clinical investigation is warranted.

## Introduction

There has been interest for several decades in basic electrocautery techniques as a simple method to shrink or seal varicose veins. Older approaches for endovenous sealing of a vein have relied on simple electrocoagulation of blood causing thrombus to occlude the vein.[1,2] The long-term results of these techniques have not been good because the potential for recanalization of the vein due to breakdown of the thrombotic plug is high. Two new techniques using more sophisticated intravascular radiofrequency (RF) or bare fiber laser techniques have been reported with a much higher rate of efficacy.[3-6]

These initial clinical reports have demonstrated that endovascular occlusion both by laser and RF are effective for elimination of sapheno-femoral reflux and subsequent elimination of varicose veins. Several clinical studies for RF indicate that long-term results, including up to 2 years of follow-up, are equivalent to surgical elimination of the greater saphenous vein.[4,7-10] One clinical study on endovenous laser therapy (EVLT™), using the 810 nm diode laser delivered into the vein via a single point bare-tipped fiber, has been reported to show excellent results at up to 1 year.[5]

In the RF method, vein occlusion is accomplished by heating the vein wall to 85°C with radio-frequency energy delivered via catheter electrodes with a temperature feedback loop. Sufficient temperature is thus sustained within the vein wall to cause collagen contraction and denudation of endothelium as the catheter is slowly pulled back at a rate of 1–3 cm/minute. The Closure procedure (VNUS Medical Technologies, San Jose, CA) is performed using Duplex ultrasound

The author is a consultant to both VNUS Medical and Diomed Lasers. This research project was funded by VNUS Medical.

Address correspondence and reprint requests to: Robert A. Weiss, MD, Maryland Laser, Skin & Vein Institute, 54 Scott Adam Road, Hunt Valley, MD 21209, or e-mail: rwderm@earthlink.net.

© 2002 by the American Society for Dermatologic Surgery, Inc. • Published by Blackwell Publishing, Inc.
ISSN: 1076-0512/02/$15.00/0 • Dermatol Surg 2002;28:56–61

Media Contact:   Diane Shnitzler
(703) 691-1805

For release Monday, March 5

## LASERS ERADICATE VARICOSE VEINS WITHOUT SURGERY

**AT A GLANCE**

- Promising new minimally invasive treatment uses lasers to remove painful varicose leg veins.

- Early research shows EndoVenous Laser Treatment may be a good alternative treatment to surgery, which is more expensive, involves a longer recovery and can leave scars.

- One out of 2 people 50 and older and 15 to 25 percent of all adults suffer from varicose veins.

SAN ANTONIO — A promising new treatment that uses lasers to zap unsightly, painful varicose leg veins is simpler and less costly than surgery.

"This is very cutting edge, and in 180 patients treated worldwide so far, the short-term results have been outstanding. We have yet to have a complication," said Robert J. Min, M.D., director of Cornell Vascular and assistant professor of radiology at Weill Medical College of Cornell University, New York. "The procedure takes a half hour, and although some patients have a little tenderness, almost all can return to normal activity immediately."

Dr. Min, the interventional radiologist who helped develop EndoVenous Laser Treatment (EVLT™) is presenting his research here today at the 26th Annual Scientific Meeting of the Society of Cardiovascular & Interventional Radiology (SCVIR).

A common condition, varicose veins affect 1 of every 2 people 50 or older, and about 15 percent of men and 25 percent of women overall. Varicose veins are caused by an incompetent saphenous vein, the main vein that runs the length of the inner leg. They occur when valves in the vein become weak and allow blood to flow backward, or pool. Branch vessels of the vein, which are closer to the surface of the skin, then become enlarged and appear twisted and rope-

-more-

ANG 369

# Treatment Of The Incompetent Greater Saphenous Vein

NOTES

*Robert J. Min, M.D.*
AIMsymposium™

The greater saphenous vein (GSV) is the major vein of the superficial venous system. GSV reflux is often associated with large superficial varices. When incompetence of the saphenofemoral junction (SFJ) is detected, treatment should first be directed towards eliminating this source of reflux with ablation of the incompetent venous segments. The traditional approach to treating SFJ incompetence with GSV reflux has been surgical ligation and stripping. The drawbacks of surgery include risks associated with general anesthesia, surgical complications (paresthesia, bleeding, infection, scars), increased in-hospital costs, and prolonged recovery periods.

In addition to the potential risks of surgery and the more extensive anesthesia needed for ligation and stripping, surgical treatment of the GSV is not free from recurrence. Sarin et al. reported an 18% rate of recurrent GSV reflux following ligation and stripping and a 45% rate of recurrence following high ligation alone, appearing as early as three months following treatment.[1] Similarly, Dwerryhouse et al. found a recurrence rate of 29% following ligation and stripping of the GSV and 71% following high ligation alone.[2]

In recent years, less invasive alternatives to surgical treatment of the incompetent GSV have been explored. Minimally invasive treatment alternatives seek to reduce risk, morbidity and cost while leading to acceptable short and long-term results. Early attempts to selectively damage saphenous veins in order to occlude them, as an alternative to stripping, involved electrocoagulation. The search for less invasive treatment alternatives has more recently led to the development of ultrasound-guided sclerotherapy. These techniques appear to be useful in expert hands, with an estimated 75-80% one year efficacy. Major risks of sclerotherapy of saphenous veins include anaphylaxis and intra-arterial injection, although the risk of the latter complication may be reduced with transcatheter techniques.[3] Foam sclerotherapy may improve efficacy but probably does not decrease risk.

A bipolar radiofrequency based energy source delivered via a disposable endovenous catheter (Closure™, VNUS Medical Technologies, Inc., Sunnyvale, CA) has shown promise, although treatment is limited to saphenous veins with a diameter (supine position) of 2-12 mm. Results reported from a multicenter trial have demonstrated an overall recanalization rate of 10% at a mean follow-up of 4.7 months (13% in patients treated with Closure™ alone and 5% in patients treated with Closure™ plus high ligation of the GSV). Complications included paresthesias (thigh 9%, leg 51%), three skin burns, three deep venous thromboses (occurring in the 86 patients treated without high ligation), and one pulmonary embolus.[4]

The newest minimally invasive technique to be developed is endovenous laser. Endovenous laser treatment (EVLT™) allows delivery of laser energy directly into the blood vessel lumen in order to produce endothelial and vein wall damage with subsequent fibrosis.

## Technique

Using local anesthesia and sonographic guidance, the GSV is entered at knee level. A 5 Fr, 45 cm long introducer sheath (Cook, Inc., Bloomington, IN) is placed into the GSV over a 0.035 inch diameter J guidewire. Intraluminal position within the GSV is confirmed by aspiration of non-pulsatile venous blood and visualization with ultrasound.

A sterile, bare-tipped, 600 micron diameter laser fiber (Laser Peripherals, Inc., Minnetonka, MN) is introduced into the vein through the sheath. The distal tip of the laser fiber is positioned 1-2 cm below the SFJ using sonographic guidance and confirmed by direct visualization of the red aiming beam of the laser fiber through the skin.

Perivenous local anesthesia (50-100 ml of lidocaine 0.2% with or without epinephrine) is administered along the GSV using sonographic guidance.

Manual compression is applied over the red aiming beam to achieve vein wall apposition around the laser fiber tip. An 810 nm wavelength diode laser energy is provided by the Diomed D15 Surgical Laser (Diomed, Inc., Andover, MA). Energy is delivered endovenously 1-2 cm below

X 4.1

D001343



# ENDOVENOUS LASER: LIGHT AT THE END OF THE TUNNEL?
R. Min
Cornell Vascular, Weill Medical College of Cornell University, New York, NY – U.S.A.

The newest minimally invasive technique for treatment of varicose veins is endovenous laser. Endovenous laser treatment (EVLT™) allows delivery of laser energy directly into the blood vessel lumen in order to produce vein wall damage with subsequent fibrosis. Results of the first 100 GSVs treated by the above investigator with an 810 nm wavelength diode laser (Diomed, Inc., Andover, MA) are summarized in **Table 1**. Other than self-limiting ecchymoses and mild discomfort along the treated GSV, there have been no minor or major complications. The early results from more than 400 GSVs treated worldwide with EVLT™ have been impressive with very effective occlusion of incompetent GSV segments. We eagerly await longer-term follow-up results from patients already treated with EVLT™ and additional evaluation of this promising new technique, which may offer a good alternative to ligation and stripping for those patients wishing to avoid surgery.

**Table 1. Post-Post-EVLT™ Follow-Up of GSVs**

| Follow-Up | Ratio (%) Closed | % Area Reduction |
|---|---|---|
| 1 month | 100/100 (100%) | 41 % |
| 3 months | 72/72 (100%) | 76 % |
| 6 months | 54/55 (98%) | 90 % |
| 9 months | 40/41 (98%) | >95 % |
| 12 months | 25/27 (93%) | >95 % |

\* Evaluated with Duplex Ultrasound

# IMAGE-GUIDED TREATMENT OF THE GREATER SAPHENOUS VEIN
S. E. Zimmet
Director, Zimmet Vein and Dermatology Clinic, Austin, Texas, USA

**Background:** Underlying greater saphenous vein (GSV) incompetence is common in patients with surface varices. Surgical ligation and stripping is the traditional treatment for GSV reflux. Drawbacks to surgery include surgical and anesthetic risk, length of recovery, scar formation and cost. Further, due to the nature of venous disease, recurrence of varicose veins after surgery is common. Less invasive treatment alternatives seek to reduce risk, morbidity and cost. Ultrasound-guided sclerotherapy (UGS) is a controversial technique. Experts claim about 75% efficacy at one year, but the literature is sparse. Anaphylaxis, DVT and intra-arterial injections are among the potential complications of UGS. Radiofrequency occlusion involves heating the GSV endovenously with a disposable catheter. The short-term efficacy is reported at 92%, with reported complications of DVT (1.4%), paresthesia (19%) and skin burns (2.7%, prior to the use of perivenous local anesthesia). Endovenous laser treatment is a new minimally-invasive treatment which involves delivering laser light endovenously to the incompetent greater saphenous vein. Preliminary results demonstrate a short-term efficacy at 9 months of 96%. Virtually no complications have been reported to date.
**Objective:** To review image-guided treatments of the incompetent greater saphenous vein.
**Methods:** The author will review available literature as well as discuss his personal experience with ultrasound-guided sclerotherapy, radiofrequency occlusion and endovenous laser treatment.
**Results:** Indications, efficacy, procedure-specific risks and contraindications, equipment needs and disposable costs of image-guided treatments of the GSV will be discussed.
**Conclusions:** Minimally invasive treatment alternatives for the incompetent greater saphenous vein seek to reduce risk, morbidity and cost. New endovenous treatment techniques yield excellent short-term efficacy with minimal rates of complications. Long term follow-up is awaited.

CONFIDENTIAL    D001093

# Endovenous Laser Treatment of Saphenous Vein Reflux

Robert J. Min, MD, and Neil M. Khilnani, MD

Readily available noninvasive diagnostic tests now allow physicians to accurately map out abnormal venous pathways and identify sources of reflux. In recent years, minimally invasive alternatives to surgical treatment of saphenous vein reflux, the main contributor to most cases of symptomatic varicose veins, have been developed with promising results.[1-8] The latest percutaneous technique developed to treat incompetent saphenous veins is endovenous laser, which allows delivery of laser energy directly into the vein lumen to cause collagen contraction and denudation of endothelium. This stimulates vein-wall thickening with eventual fibrosis of the vein. These modern percutaneous techniques now provide patients with alternatives to ligation and stripping for treatment of significant sources of venous reflux without many of the potential complications associated with surgery.
© 2003 Elsevier Inc. All rights reserved.

It is estimated that at least 25% of women and 15% of men in the United States are afflicted with superficial venous insufficiency.[9] Although many people seek treatment for varicose veins because they find them unattractive, the majority of people with varicose veins suffer from symptoms.[10,11]

Great saphenous vein (GSV) reflux is the most common underlying cause of significant varicose veins. Traditional treatment of GSV reflux has been surgical removal of the GSV. Although surgical ligation and stripping of the GSV has been the most widely accepted treatment, it is associated with significant morbidity and a prolonged recovery period. Less invasive surgical options, including high ligation of the GSV at the saphenofemoral junction (SFJ), have been attempted with the hope that gravitational reflux would be controlled, while preserving the vein for possible use as a bypass graft. Unfortunately, simply ligating the GSV will usually result in recurrence.[12] Even when high ligation has been combined with phlebectomy of varicose tributaries or retrograde sclerotherapy, the results have been discouraging.[13,14] Therefore, when an incompetent GSV has been identified as the underlying cause for varicose veins, appropriate treatment should involve both eliminating the highest point of reflux and ablation of any associated incompetent venous segments.

Dr. Carlos Boné first reported on delivery of endoluminal laser energy in 1999.[5] Since then, a method for treating the entire incompetent GSV segment has been developed.[6-8] Endovenous laser treatment, or EVLT™, which received FDA approval in January 2002, involves intraluminal delivery of laser energy, as illustrated in Fig 1. The goal is to cause nonthrombotic vein occlusion by heating the vein wall with 810-nm wavelength laser energy (Diomed, Andover, MA) delivered via a 600-μm laser fiber. Sufficient heating of the vein wall is necessary to cause collagen contraction and denudation of endothelium resulting in vein-wall thickening with eventual fibrosis of the vein.

## Endovenous Laser

### Patient Selection

Directed history and physical examination, including duplex-ultrasound evaluation of the superficial venous system should be performed on all patients suffering from significant superficial venous insufficiency. Those with varicose veins caused by SFJ incompetence with GSV reflux may be candidates for endovenous laser. Exclusion criteria should include nonpalpable pedal pulses, inability to ambulate, deep-venous thrombosis, general poor health, pregnancy, and extremely tortuous GSVs identified on pretreatment duplex mapping that may not allow passage of the laser fiber.

### Description of Technique

Underlying sources of venous reflux are identified with duplex ultrasound, and the overlying skin is marked. When treating the incompetent GSV, this usually involves marking the SFJ, the percutaneous entry point, and the intervening incompetent venous segment. The entry point may be where reflux is no longer seen or where the GSV becomes too small to access (usually, just above or below the knee). Percutaneous access into the GSV is obtained by using ultrasound guidance, and a 5-French introducer sheath is placed into the GSV over a guide wire and advanced past the SFJ into the femoral vein. Intraluminal position within the GSV is confirmed by aspiration of nonpulsatile venous blood and visualization with ultrasound.

A 600-μm laser fiber (Diomed) is inserted in the sheath and advanced up to the first site mark, indicating that the distal tip of the laser fiber is even with the end of the sheath. The sheath is then pulled back to the second site mark, exposing 3 cm of the bare-tipped laser fiber. Duplex imaging is used to position sheath and fiber at the SFJ, as shown in Fig 2.

Financial interest disclosure: Robert J. Min, MD is a consultant to Diomed (Andover, MA), assisting in development of medical treatments and physician training. Dr. Min is co-inventor and part owner of a patent on endovenous laser treatment of veins for which he receives royalties. Dr. Min and Cornell Vascular have paid for all medical equipment used in procedures relating to this study.
From the Weill Cornell Vascular, Weill Medical College of Cornell University, New York, NY.
Address reprint requests to Robert J. Min, MD, Weill Cornell Vascular, Weill Medical College of Cornell University, 416 East 55th Street, New York, NY 10022.
© 2003 Elsevier Inc. All rights reserved.
1089-2516/03/0603-0006$30.00/0
doi:10.1053/S1089-2516(03)00058-1

Supplied by the British Library - "The world's knowledge" www.bl.uk

ANG 2142

| | |
|---|---|
| Title: | Combined Endovenous Laser and Duplex Guided Foam Sclerotherapy in the Treatment of Varicose Veins |
| Author(s): | M Isaacs MD , M Gardner |
| Author Affiliation(s): | Private Practice, United States |
| Objective(s): | Heat catheter-based methods of treatment for greater and lesser saphenous vein reflux causing varicose veins often leave significant branches and distal veins inadequately treated. Reflux in these open veins may be an obstacle to complete resolution of symptoms and visible varicosities and may lead to early recurrences. A method of treatment is here described in which duplex-guided foam sclerotherapy is combined with endovenous laser.<br>METHOD(s): A retrospective analysis of veins treated with endovenous laser in a single practice compared those treated with concurrent duplex-guided foam sclerotherapy and those treated without.<br>RESULT(s): All veins treated with endovenous laser were closed in the treated segment on follow-up examination with duplex ultrasound. However, there were significantly more open distal segments and abnormal open branches with reflux in the group that did not have concurrent foam sclerotherapy.<br>CONCLUSION(s): Concurrent use of endovenous laser and duplex-guided foam sclerotherapy is more effective than endovenous laser alone in treating distal segments, abnormal branches and incompetent perforator veins associated with reflux in a superficial trunk vein. |

| | |
|---|---|
| Title: | Comparison of Duplex Guided Sclerotherapy, Closure™ and EVLT™ in a Single Practice |
| Author(s): | M Isaacs MD , M Gardner |
| Author Affiliation(s): | Private Practice, United States |
| Objective(s): | Within a single private practice dedicated to vein treatment, several nonsurgical treatment methods have been used. Retrospective data is presented comparing initial and long-term rates of vein closure, complications and ease of use.<br>METHOD(s): Retrospective review was completed on a database maintained over 12 years on approximately 2000 treated veins.<br>RESULT(s): At the time of the completion of this abstract, closure rates in the treated vein segments with duplex follow-up of at least one year after treatment were as follows: DGS 85%, Closure™ 86% and EVLT™ 100%. The length of follow-up duplex evaluation of patients treated with foam has been briefer, but initial results show higher rates than with liquid sclerosant. Long-term follow-up of patients treated with DGS showed a high rate of reflux recurrence that was felt to be due to inadequately treated high branches as well as neovascularization. Recurrence of relatively minor varicose veins due to incompetent perforator veins and other sources of reflux was not unusual with both EVLT™ and Closure™.<br>CONCLUSION(s): Comparison of treatment methods on the basis of vein closure rates is useful for establishing efficacy, but also misleading. The choice of methods or combinations of methods might vary for a given patient. The practicing phlebologist should be proficient in more than one method. |

CONFIDENTIAL

D001104