IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., DIOMED HOLDINGS, INC., and DIOMED LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC. and NANCY L. ARNOLD,<br><br>Defendants. | CIVIL ACTION NO. 03-CV-12498 RWZ |

## DECLARATION OF STEVEN ELIAS, M.D.

I, Steven Elias, having been duly sworn, state as follows:

1. I am a medical doctor specializing in treatment of venous diseases. I am an Assistant Clinical Professor of Surgery at Mount Sinai School of Medicine in New York City. I am also the Director for the Center for Vein Disease at the Englewood Hospital and Medical Center in Englewood, New Jersey.

2. I have performed between 300 and 400 procedures involving treating the saphenous vein with laser energy. There are a number of generic terms in the field of vein treatment for this procedure including laser vein treatment or laser vein ablation.

3. In the field of vein treatment EVLT® is understood to be a Diomed trademark just as Vari-Lase® is understood to be a Vascular Solutions trademark and VenaCure® is understood to be an AngioDynamics trademark.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: June 20, 2004

_____
Steven Elias, M.D.