IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIOMED, INC., DIOMED HOLDINGS,
INC., AND DIOMED LIMITED,

        Plaintiff,

v.                                                              CIVIL ACTION NO. 03-CV-12498 RWZ

VASCULAR SOLUTIONS, INC. AND
NANCY L. ARNOLD,

        Defendant.

## CERTIFICATE OF SERVICE

        I hereby certify that a copy of the following documents was served upon the counsel of record on June 28, 2005 by First-Class Mail and Electronic Mail.

1.      Declaration of Ilan N. Barzilay;
2.      Diomed's Local Rule 56.1 Statement of Facts as to Which There is a Genuine Issue to be Tried.

        Pursuant to the Protective Order in this case these documents have been in hard copy with the Court under seal.

                                  Respectfully submitted,

                                  DIOMED INC., DIOMED HOLDINGS INC., and DIOMED LIMITED,

                                  By their counsel,

Dated: June 28, 2005             /s/ Michael A. Albert
                                  Michael A. Albert (BBO #558566)
                                  malbert@wolfgreenfield.com
                                  James J. Foster (BBO #553285)
                                  jfoster@wolfgreenfield.com
                                  Michael N. Rader (BBO #646990)
                                  mrader@wolfgreenfield.com
                                  WOLF, GREENFIELD & SACKS, P.C.
                                  600 Atlantic Avenue
                                  Boston, Massachusetts 02210
                                  Tel: (617) 720-3500
                                  Fax: (617) 720-2441