UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED INC., DIOMED HOLDINGS INC. and DIOMED LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC. and NANCY L. ARNOLD,<br><br>Defendants. | Civil Action No. 03 CV 12498RWZ<br><br>**SECOND DECLARATION OF HOWARD ROOT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Howard Root, declare as follows:

1. I am the President and Chief Executive Officer of Defendant Vascular Solutions, Inc. ("VSI"). I offer this Declaration in support of Defendants' Motion for Summary Judgment. I make the statements in this Declaration based upon my own personal knowledge.

2. I have reviewed Exhibits 21 and 22 to the Barzilay Declaration. The individuals listed on those documents and e-mail printouts that are associated with VSI are Deb Hill, Max Ortiz, Dave Cepek, Curt Flewelling, Kevin Dahlgren, Tony Jakubowski, Deborah Jensen (Neymark), and Allan Furst.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of July, 2005.

_____
Howard Root