UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

DIOMED, INC., DIOMED HOLDINGS, INC., and DIOMED LIMITED,

    Plaintiffs,

v.

VASCULAR SOLUTIONS, INC. and NANCY L. ARNOLD,

    Defendants.

Civil File No. 03 CV 12498 RWZ

**SECOND DECLARATION OF TODD R. TRUMPOLD**

---

I, TODD R. TRUMPOLD, declare and state as follows:

1. I am an attorney licensed to practice in the State of Minnesota. I am one of the attorneys for defendants in this case. This Second Declaration is made in support of Defendants' Motion for Summary Judgment.

2. I have obtained a copy of the file history for U.S. Patent Application No. 10172636, which is Diomed's application to patent an EVLT® kit containing a sheath with graduated markings. The last document in the file history is dated May 10, 2005. I have reviewed the file history and not found any references to VNUS's products for treatment of varicose veins or patents held by VNUS. It does not appear that Diomed disclosed the VNUS marked catheter or any information about VNUS's procedure to the patent examiner.

3. Attached as Exhibit 1 are true and correct copies of excerpts from the November 4, 2004 Rule 30(b)(6) Deposition of Plaintiff Diomed, Inc., testimony of Hans-Peter Klein.

4.      Attached as Exhibit 2 is a true and correct copy of a page from the website www.veins1.com, containing the biography of Dr. Steven Elias, MD, which was printed on July 5, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 5, 2005.

_____
Todd R. Trumpold