# EXHIBIT 2

To Declaration of Todd R. Trumpold

dated July 5, 2005



Your Complete Source for Vein Care

Body1  Dental1  Fibroids1  Heart1  Knee1  MedTech1  Reflux1  Shoulder1  Uterus1  Wounds1      [Search Veins1]

**Main Page**

**Vein News**
⏵ Feature Story
⏵ Real Life Recoveries

**Research Center**
⏵ Conditions
⏵ Procedures

   Veins Hero™

Dr. Gregory Spitz: Illuminating a New Method in Vascular Surgery.

**About**

**Community**
⏵ Veins1 Forums
⏵ Veins1 Discussion
⏵ Patient Stories

**Reference**
⏵ Ask an Expert
⏵ FAQ's
⏵ Locate a Doctor
⏵ Reference Library
⏵ Anatomy

**Bookmark Us**

**Professionals**

**Join for Free Newsletters**
[Your email here]
[Go]

Ads by Gooooogle

**Varicose Vein Treatment**
Varicose Vein Specialists. No surgery. Since 1981.
www.VeinClinics.com

**Vein Therapy & Treatment**
Vein Therapy & Treatment at the Twin Cities Vein and Laser Clinic
www.mnspamed.com

## INSIDE VEINS1: About Us

### Our Medical Advisors

**Dr. Steven Elias, Medical Advisor**

 Dr. Steven Elias is a fellowship-trained vascular surgeon who is the Director of the C Disease at Englewood Hospital and Medical Center. Dr. Elias is also Assistant Profe at Mount Sinai School of Medicine in New York City.

His undergraduate training was at John Hopkins University. He then attended the U Buffalo Medical School and continued his surgical residency training in Buffalo at the Buffalo—Millard Fillmore Hospital. He conducted his advanced specialty fellowship training in va at the Englewood Hospital and Medical Center.

The majority of Dr. Elias's clinical practice consists of the management of all aspects of vein dise Techniques used to manage vein disease includes the use of laser and sclerotherapy (injections spider veins to minimally invasive surgical techniques such as the TriVex procedure for the remc veins, the VNUS (closure) procedure, EVLT (endovenous laser therapy) for saphenous vein incc SEPS (Subfascial Endiscopic Perforator Surgery) for managing patients with non-healing wound disease. He has published the results of these procedures and is on the faculty of courses teach minimally invasive techniques to other surgeons. He travels throughout the United States instruc assisting other surgeons as they begin to perform these operations.

Dr. Elias is a Fellow of the American College of Surgeons and is a member of the American Ven well as the New Jersey Vascular Society.

**Dr. Ralf Kolvenbach, Medical Advisor**

 Living and practicing in Duesseldorf, Germany, Dr. Ralf Kolvenbach serves as Chief Department of General and Vascular Surgery at Augusta Hospital. Dr. Kolvenbach i Professor of Vascular Surgery at the University of Duesseldorf. He is affiliated with t Board of Vascular Surgery as a Fellow, the European Society of Vascular Surgery a and the Royal Society of Medicine (UK) as a Fellow, among others.

**Gregory A. Spitz, M.D., F.A.C.S., Medical Advisor**

 Gregory A. Spitz, M.D., F.A.C.S., a leading general surgeon, is the inventor of the si technique for varicose vein removal used with the TriVex System.

As a member of the Senior Attending and Teaching Staff at Rush-Copley Medical C IL, Dr. Spitz specializes in minimally invasive vein surgery, advanced laparoscopy a invasive hernia repair.

Dr. Spitz is a member of the American Medical Association and a Fellow of the American Colleg He is also a member of the Illinois State Medical Society, Kane County Medical Society (Secreta President-Elect, Board of Directors), Fox Valley Medicine (Board of Directors), the Warren Cole and the American College of Phlebology (member and speaker).

He is a graduate of the University of Illinois, College of Medicine, Chicago, IL. His internship and performed at the University of Illinois, Metropolitan Group Hospitals, Chicago, IL.

| **Varicose Vein Removal** | **Varicose Veins Treatment** |
|---|---|
| New vascular procedure. Eliminates painful stripping. See live webcast | Now there's an exciting alternative in the Treatment of Varicose Veins |

Ads by Goooooogle

| Home | Register | About Us | Press | Jobs | Advertise With Us |
|---|---|---|---|---|---|

| **Varicose Vein Solutions** | **Great Legs for Life** | **Varicose Vein Treatment** | **Varicose Vein Re** |
|---|---|---|---|
| Aesthetics plus medicine. Offices in IN, PA, MA, OH. Learn more. | New treatments for Varicose Veins Board-Certified, Painless, Atlanta | Veins Disappear Like Magic in Days Over 46,000 Users Worldwide | The online leader in removal information |

Ads

©1999- 2005 Body1, Inc. All rights reserved.
Disclaimer: The information provided within this website is for educational purposes only and is not a substitute for consultation with you healthcare provider. The opinions expressed herein are not necessarily those of the Owners and Sponsors of this site. By using this site indemnify, and hold the Owners and Sponsors harmless, from any disputes arising from content posted here-in.
See our Terms of Service, our Privacy Policy, our Advertising Policy and our Editorial Policy.