UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., DIOMED HOLDINGS INC. and DIOMED LIMITED,  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>VASCULAR SOLUTIONS, INC. and NANCY L. ARNOLD,  )<br><br>Defendants.  ) | Civil Action No.: 03-12498-RWZ |

## CERTIFICATE OF SERVICE

      I hereby certify that I served: (1) Defendants' Reply Memorandum of Law in Support of Motion For Summary Judgment, (2) Second Declaration of Howard Root In Support of Defendants' Motion For Summary Judgment, (3) Second Declaration of Todd R. Trumpold, (4) Exhibit 1 to Declaration of Todd R. Trumpold, and (5) Exhibit 2 to Declaration of Todd R. Trumpold, to the parties listed below by mailing a copy of same, postage prepaid, this 6th day of July, 2005.

      /s/  Karen Van Kooy
      Steven L. Feldman (BBO #162290)
      Karen Van Kooy (BBO #644484)
      Ruberto, Israel & Weiner, P.C.
      100 North Washington Street
      Boston, Massachusetts 02114-2128
      Telephone: (617) 742-4200

Hollis Gonerka Bart, Esq.
Christine M. Fecko, Esq.
McGuire Woods LLP
1345 Avenue of the Americas
7th Floor
New York, New York 10105

U:\CPR\Steven Feldman\Vascular Solutions\Diomed Holdings\CertificateServiceReplyBrief.doc