IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., DIOMED HOLDINGS, INC., AND DIOMED LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC. AND NANCY L. ARNOLD,<br><br>    Defendant. | CIVIL ACTION NO. 03-CV-12498 RWZ |

### SUPPLEMENTAL DECLARATION OF ILAN N. BARZILAY

I, Ilan Barzilay, having been duly sworn, state as follows:

1.    I am an attorney at Wolf, Greenfield & Sacks, P.C., representing the Plaintiffs in the above matter.

2.    VSI's VNUS catheter was disclosed to the United States Patent and Trademark Office during the prosecution of Diomed's patent application to a medical laser device including the marked introducer sheath. As part of an Information Disclosure Statement filed on June 13, 2005, Diomed submitted to the USPTO copies of Defendants' Memorandum in Support of Motion for Summary Judgment, Defendants' Local Rule 56.1 Statement of Facts (after confirming with counsel for VSI that none of the information contained therein was confidential to Defendants), and the Declaration of Anthony Jakubowski with attaching exhibits referring to the VNUS closure device and procedure. After reviewing each of these items and the <u>identical</u> arguments VSI has made in this case, the Examiner determined that Diomed's invention was still patentable and not obvious and issued a new notice of allowance on July 6, 2005. Attached as

1

Exhibit 1 is a copy of a printout from the USPTO's Patent Application Information Retrieval page showing the notice of allowance mailed on July 6, 2005.

3.  In addition to Diomed's U.S. Trademark Registration to EVLT®, Diomed also has a United Kingdom trademark registration to EVLT® and an international Community Trademark (CTM) registration to EVLT®. Each of these marks was examined by an Examiner in the respective trademark office to ensure that the trademark was not generic and that it could properly function as a source identifier.

4.  Attached as Exhibit 2 is a printout from the U.K. Patent and Trademark Office showing Diomed's registration number 2,269,423 to EVLT®. This page is publicly accessible at http://www.patent.gov.uk/tm/.

5.  Attached as Exhibit 3 is a printout from the Office for Harmonization In the International Market showing Diomed's registration number 2,442,788 to EVLT®. This page is publicly accessible at http://oami.eu.int/.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: July 11, 2005                /s/ Ilan Barzilay
                                    Ilan Barzilay

# Exhibit 1


United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# PATENT APPLICATION INFORMATION RETRIEVAL





PAIR
FAQ
Help
Feedback

**Other Links**



E-Business Center Patents
Employee Locator
Class/Subclass GAU Information
Information Contacts

🖨Printer Friendly Version     Search results as of: 7-7-2005::10:52:59 E.T.

| Search results for application number:10/172,633 ||||
|---|---|---|---|
| Application Number: | 10/172,633 | Customer Number: | - |
| Filing or 371(c) Date: | 06-14-2002 | Status: | Allowed -- Notice of Allowance Mailed -- Issue Revision Completed |
| Application Type: | Utility | Status Date: | 07-06-2005 |
| Examiner Name: | FARAH, AHMED M | Location: | ELECTRONIC |
| Group Art Unit: | 3739 | Location Date: | - |
| Confirmation Number: | 2169 | Earliest Publication No: | US 2003-0078568 A1 |
| Attorney Docket Number: | FBD-1001D | Earliest Publication Date: | 04-24-2003 |
| Class/ Sub-Class: | 606/015 | Patent Number: | - |
| First Named Inventor: | Tiziano Caldera, Great Wilbraham, (GB) | Issue Date of Patent: | - |
| Title Of Invention: | MEDICAL LASER DEVICE |||

Select Search Option

Continuity Data
Foreign Priority
Image File Wrapper
Patent Term Adjustment History
Published Documents

[Search]

| File History ||
|---|---|
| Date | Contents Description |
| 07-06-2005 | Mail Notice of Allowance |
| 06-29-2005 | Notice of Allowance Data Verification Completed |
| 06-29-2005 | Issue Revision Completed |
| 06-27-2005 | Notice of Allowability |
| 06-24-2005 | Workflow - File Sent to Contractor |
| 06-15-2005 | Information Disclosure Statement (IDS) Filed |
| 06-21-2005 | Date Forwarded to Examiner |
| 06-15-2005 | Request for Continued Examination (RCE) |
| 06-21-2005 | DISPOSAL FOR A RCE/CPA/129 (express abandonment if CPA) |
| 06-15-2005 | Workflow - Request for RCE - Begin |
| 06-06-2005 | Mail Notice of Allowance |
| 05-31-2005 | Notice of Allowance Data Verification Completed |
| 05-31-2005 | Notice of Allowability |

| Date | Event |
|---|---|
| 05-25-2005 | Information Disclosure Statement (IDS) Filed |
| 05-27-2005 | Date Forwarded to Examiner |
| 05-25-2005 | Request for Continued Examination (RCE) |
| 05-27-2005 | DISPOSAL FOR A RCE/CPA/129 (express abandonment if CPA) |
| 04-22-2005 | Workflow - Request for RCE - Begin |
| 07-06-2004 | Reference capture on IDS |
| 01-29-2003 | Reference capture on IDS |
| 09-23-2002 | Reference capture on IDS |
| 05-19-2005 | Mail Notice of Allowance |
| 05-19-2005 | Mail Examiner's Amendment |
| 05-12-2005 | Miscellaneous Incoming Letter |
| 05-17-2005 | Issue Revision Completed |
| 05-17-2005 | Notice of Allowance Data Verification Completed |
| 05-16-2005 | Examiner's Amendment Communication |
| 05-16-2005 | Notice of Allowability |
| 05-10-2005 | Examiner Interview Summary Record (PTOL - 413) |
| 05-16-2005 | Date Forwarded to Examiner |
| 05-10-2005 | Amendment after Final Rejection |
| 05-10-2005 | Paralegal TD Accepted |
| 05-04-2005 | Mail Final Rejection (PTOL - 326) |
| 05-03-2005 | Final Rejection |
| 04-29-2005 | Examiner Interview Summary Record (PTOL - 413) |
| 04-28-2005 | Date Forwarded to Examiner |
| 04-28-2005 | Date Forwarded to Examiner |
| 04-22-2005 | Request for Continued Examination (RCE) |
| 04-28-2005 | DISPOSAL FOR A RCE/CPA/129 (express abandonment if CPA) |
| 11-02-2004 | Mail Final Rejection (PTOL - 326) |
| 10-29-2004 | Final Rejection |
| 06-14-2004 | Request for Foreign Priority (Priority Papers May Be Included) |
| 07-06-2004 | Information Disclosure Statement (IDS) Filed |
| 07-13-2004 | Date Forwarded to Examiner |
| 06-10-2004 | Response after Non-Final Action |
| 06-10-2004 | Request for Extension of Time - Granted |
| 06-10-2004 | Workflow incoming amendment IFW |
| 01-20-2004 | Mail Non-Final Rejection |
| 01-12-2004 | Non-Final Rejection |
| 01-29-2003 | Information Disclosure Statement (IDS) Filed |
| 08-06-2002 | Request for Foreign Priority (Priority Papers May Be Included) |
| 09-23-2002 | Information Disclosure Statement (IDS) Filed |
| 04-01-2003 | Case Docketed to Examiner in GAU |
| 01-14-2003 | Application Dispatched from OIPE |
| 01-13-2003 | Application Is Now Complete |
| 12-23-2002 | Additional Application Filing Fees |
| 12-23-2002 | A statement by one or more inventors satisfying the requirement under 35 115, Oath of the Applic |
| 07-22-2002 | Notice Mailed--Application Incomplete--Filing Date Assigned |
| 06-27-2002 | IFW Scan & PACR Auto Security Review |
| 06-14-2002 | Initial Exam Team nn |

# Exhibit 2



**Trade Marks**

Contact Details   Search   Site Map   Index

Home : Trade Marks : Databases : Register

## Trade Mark Details as at 06.07.2005

**CASE DETAILS FOR TRADE MARK 2269423**

Mark Text :

EVLT

---

Status:       Registered

Classes:      10  42

[ View Historical Details ]

---

### Relevant Dates

Filing Date:         08.05.2001
Registration Date:   31.05.2002
Next Renewal Date:   08.05.2011

---

### Publication in Trade Marks Journal

|               | Journal | Page | Publication Date |
|---------------|---------|------|------------------|
| First Advert  | 6417    | 2621 | 13.02.2002       |
| Registration  | 6437    |      | 03.07.2002       |
| Assignment    | 6405    |      | 14.11.2001       |

---

### List of goods and/or services

**Class 10:**
Medical lasers; surgical lasers; laser beam delivery systems consisting of laser light sources and optical fibres, all for medical and surgical use; parts and fittings for the aforesaid goods.

**Class 42:**
Surgical, medical and nursing services; beauty care services; consultancy, information, advisory and counselling services relating to the aforesaid services; providing information on-line from a computer database or from the global computer network in connection with the aforesaid services.

## Names and Addresses

**Proprietor:** Diomed, Inc
One Dundee Park, P.O. Box 97, Andover, MA 01810, United States of America

| | |
|---|---|
| **Incorporated State:** | Delaware |
| **Incorporated Country:** | United States of America |
| **Residence Country:** | United States of America |
| **Customer's Ref:** | 97.18.M55-532 |
| **Effective Assignment date:** | 18.09.2001 |
| **Assignment Date:** | 18.09.2001 |
| **ADP Number:** | 0810650001 |

**Agent:** Frank B. Dehn & Co.
179 Queen Victoria Street, London, EC4V 4EL

**ADP Number:**   0000166001

[ View Previous ]

**Service:** Frank B. Dehn & Co.
179 Queen Victoria Street, London, EC4V 4EL

**ADP Number:**   0000166001

[ View Previous ]

[ View Historical Details ]

Click here for a glossary of terms used in the UK register details or

Click here for a glossary of terms relating to international Trade Marks.

The date shown at the top of the page is the date when our records were last updated.

New Case Enquiry    New Text Enquiry    New Proprietor Enquiry    New Refused Enquiry



# Exhibit 3

OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET
TRADE MARKS AND DESIGNS

ES | DE | EN | FR | IT
Contact | Site Map | Search

Overview
Trade mark
Graphic representation
List of goods and services
Description of the mark
Owner
Representative
Seniority
Exhibition priority
Priority
Publication
Opposition
Cancellation
Appeals
Recordals
Download trade mark details
Link to CTM Bulletin On-line

## CTM-ONLINE - Detailed trade mark information

List of results

| | |
|---|---|
| **Trade mark name :** | EVLT |
| **Trade mark No :** | 002442788 |
| **Trade mark basis:** | CTM |
| **Number of results:** | 1 of 1 |

<< Previous | Next >>

### Trade mark

| | |
|---|---|
| **Filing date:** | 02/11/2001 |
| **Date of registration:** | 18/06/2003 |
| **Expiry Date:** | 02/11/2011 |
| **Nice Classification:** | 10, 42 ( Nice classification ) |
| **Trade mark:** | Individual |
| **Type of mark:** | Word |
| **Acquired distinctiveness:** | No |
| **Date of last status:** | 15/07/2003 |
| **Status of trade mark:** | Registration published ( Glossary ) |
| | ( History of statuses ) |
| **Filing language:** | English |
| **Second language:** | French |

### Graphic representation

No entry for application number: 002442788.

### List of goods and services

| | |
|---|---|
| **Nice Classification:** | 10 |
| **List of goods and services** | Medical lasers; surgical lasers; laser beam delivery systems consisting of laser light sources and optical fibres, all for medical and surgical use; parts and fittings for the aforesaid goods. |
| **Nice Classification:** | 42 |
| **List of goods and services** | Surgical, medical and nursing services; beauty care services; consultancy, information, advisory and counselling services relating to the aforesaid services; providing information on-line from a computer database or from the global computer network in connection with the aforesaid services. |

### Description

| | |
|---|---|
| **Description of the mark:** | Description is not available in this language |

### Owner

| | |
|---|---|
| **Name:** | Diomed, Inc. |
| **ID No:** | 127445 |
| **Natural or legal person:** | Legal entity |

| | |
|---|---|
| Address: | One Dundee Park |
| Post code: | 01810 |
| Town: | Andover, |
| Country: | UNITED STATES |
| Correspondence address: | Diomed, Inc. P.O. Box 97 Andover, MA 01810 ESTADOS UNIDOS (DE AMÉRICA) |

### Representative

| | |
|---|---|
| Name: | FRANK B. DEHN & CO. |
| ID No: | 10623 |
| Address: | 179 Queen Victoria Street |
| Post code: | EC4V 4EL |
| Town: | London |
| Country: | UNITED KINGDOM |
| Correspondence address: | FRANK B. DEHN & CO. 179 Queen Victoria Street London EC4V 4EL REINO UNIDO |
| Telephone: | 00 44-2072060600 |
| Fax: | 00 44-2072060700 |
| E-mail: | mail@frankbdehn.co.uk |

### Seniority

No entry for application number: 002442788.

### Exhibition priority

No entry for application number: 002442788

### Priority

| | |
|---|---|
| Country: | UNITED KINGDOM |
| Number of basic application: | 2269423 |
| Filing date of basic application: | 08/05/2001 |
| Trade mark status: | Accepted |

### Publication

| | |
|---|---|
| Bulletin no.: | 093/2002 |
| Date of publication: | 25/11/2002 |
| Part: | A |
| Page: | 505 |

| | |
|---|---|
| Bulletin no.: | 061/2003 |
| Date of publication: | 28/07/2003 |
| Part: | B |
| Page: | 578 |

### Opposition

No entry for application number: 002442788.

### Cancellation

No entry for application number: 002442788

### Appeals

No entry for application number: 002442788

### Recordals

No entry for application number: 002442788

<< Previous | Next >> | Top

Disclaimer and Copyright Notice