

J. THOMAS VITT
(612) 340-5675
FAX (612) 340-8856
vitt.thomas@dorsey.com

July 18, 2005

The Honorable Rya W. Zobel
United States District Court Judge
District of Massachusetts
John Joseph Moakely U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

*03-12498-RWZ*

Re:   Diomed Inc., et al. v. Vascular Solutions, Inc. and Nancy Arnold (D. Mass.)

Dear Judge Zobel:

During the summary judgment hearing on July 13, the Court asked whether, in light of Diomed's dismissal of its trademark infringement and unfair competition claims, Vascular Solutions would dismiss its counterclaim alleging that Diomed's EVLT trademark is invalid. Vascular Solutions has considered that issue and has decided not to dismiss its counterclaim. Thank you for your consideration of Defendants' summary judgment motion.

Respectfully submitted,

J. Thomas Vitt

JTV/dbr

cc:   James J. Foster, Esq.
      Steve Feldman, Esq.

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 612.340.2600 • F 612.340.2868
SUITE 1500 • 50 SOUTH SIXTH STREET • MINNEAPOLIS, MINNESOTA 55402-1498

USA   CANADA   EUROPE   ASIA