

J. THOMAS VITT
(612) 340-5675
FAX (612) 340-8856
vitt.thomas@dorsey.com

February 2, 2006

Ms. Lisa A. Urso
Clerk for the Honorable Rya W. Zobel
United States District Court Judge
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    Diomed Inc., et al. v. Vascular Solutions, Inc. and Nancy Arnold (D. Mass.)

Dear Ms. Urso:

    We received the Court's January 31, 2006 Memorandum and Order granting in part and denying in part Defendants' Motion for Summary Judgment. The Order addresses almost all of the issues raised in Defendants' Motion. It does not address two issues, however: (1) Defendants' motion for a summary judgment ruling that Plaintiffs cannot recover damages; and (2) Defendant VSI's motion for summary judgment on VSI's counterclaim that Diomed's trademark is invalid. These issues were fully briefed by both parties (see Defs. Local Rule 56.1 St. at Paragraphs 116-124, 134-146; Defs. Brief at 1-2, 19-20, 13-15; Pls. Opp. Brief at 12-14, 19; Defs. Reply Brief at 2-3, 4-5; and Pls. Surreply Brief at 2, 3). We believe it would greatly assist the Court and the parties in defining the issues for trial if the Court would rule on these issues. We therefore respectfully request that you bring this issue to the attention of Judge Zobel.

    Thank you for your attention to these matters.

    Respectfully submitted,

    J. Thomas Vitt

JTV/kmh

cc:    James J. Foster, Esq.
       Steve Feldman, Esq.

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 612.340.2600 • F 612.340.2868
SUITE 1500 • 50 SOUTH SIXTH STREET • MINNEAPOLIS, MINNESOTA 55402-1498
USA  CANADA  EUROPE  ASIA