UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__DIOMED INC.__         Plaintiff

V.                              CIVIL CASE NO. __03-12498-RWZ__

__VASCULAR SOLUTIONS, INC.__
                Defendant

## NOTICE AND ORDER

__Bowler, U.S.M.J.__

PLEASE TAKE NOTICE that the above-entitled case has been set for ___a Mediation Hearing___ on __March 21, 2006__ at __10:00__ A.M. before Magistrate Judge ___Marianne B. Bowler___ in Courtroom # __25__.

All parties with binding authority are required to attend, leave of Court is required for any exceptions. All confidential mediation briefs are required to be submitted to the court via facsimile at (617) 204-5833 at least 48 hours prior to the hearing.

                                        SARAH A. THORNTON,
                                        CLERK OF COURT

___3/3/2006___                          By: __/s/ Lisa A. Urso__
   Date                                      Deputy Clerk

**(adrntc.wpd - 3/7/2005)**