IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., DIOMED HOLDINGS, INC., AND DIOMED LIMITED,<br><br>      Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC. AND NANCY L. ARNOLD,<br><br>      Defendant. | CIVIL ACTION NO. 03-CV-12498 RWZ |

## NOTICE OF WITHDRAWAL OF ATTORNEYS BART AND FECKO

At the request and by permission of McGuire Woods LLP, please withdraw the appearances of Hollis Gonerka Bart and Christine M. Fecko as counsel for Plaintiffs Diomed, Inc., Diomed Holdings, and Diomed Limited.

The undersigned counsel of the law office of Wolf, Greenfield & Sacks, P.C. will continue to represent the Plaintiff.

Pursuant to Local Rule 83.5.2(c), copies of this Notice of Withdrawal are been served herewith upon counsel for all other parties.

No motions are pending, no trial date has been set, no hearing or conferences have been scheduled, and no reports are due. The case has been ordered to proceed to mediation. The parties are conferring on a date for that mediation, which will be handled by undersigned continuing counsel (Wolf, Greenfield & Sacks, P.C.) on behalf of the Diomed Plaintiffs.

Respectfully submitted,

DIOMED INC., DIOMED HOLDINGS INC., and DIOMED LIMITED,

By their counsel,

Dated: March 14, 2006  /s/ Michael Albert
Michael A. Albert (BBO #558566)
malbert@wolfgreenfield.com
James J. Foster (BBO #553285)
jfoster@wolfgreenfield.com
Michael N. Rader (BBO #646990)
mrader@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel: (617) 720-3500
Fax: (617) 720-2441

**CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

/s/ Michael A. Albert