IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED INC., DIOMED HOLDINGS INC., and DIOMED LIMITED,<br><br>    Plaintiffs,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC. and, NANCY L. ARNOLD,<br><br>    Defendants. | Civil Action No. 03-CV-12498 (RWZ) |

## JOINT MOTION TO RESCHEDULE COURT ORDERED MEDIATION

The parties jointly move to reschedule the March 21, 2006 mediation before Magistrate Judge Bowler, as set by the Court. Due to scheduling conflicts, the parties request that the mediation be rescheduled to May 24, 2006. As requested by Magistrate Judge Bowler's chambers, the parties would also accept May 25, 2006 as a second choice for the mediation date. A courtesy copy of this motion will be delivered to Magistrate Judge Bowler's chambers.

Respectfully submitted,                                    March 20, 2006


| DIOMED INC., DIOMED HOLDINGS INC., and DIOMED LIMITED, | VASCULAR SOLUTIONS, INC. and NANCY ARNOLD |
|---|---|
| By their counsel,<br>/s/ James J. Foster<br>Michael A. Albert, BBO # 558566<br>James J. Foster, BBO # 553285<br>Ilan N. Barzilay, BBO # 643978<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, Massachusetts 02210<br>(617) 646-8000 | By their counsel,<br>/s/ J. Thomas Vitt  (by permission)<br>J. Thomas Vitt, *admitted pro hac vice*<br>Todd R. Trumpold, *admitted pro hac vice*<br>DORSEY & WHITNEY LLP<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402<br>(612) 340-5675 |

- 2 -

## CERTIFICATE OF SERVICE

     I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                          /s/ James J. Foster