EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED INC., DIOMED HOLDINGS INC., and DIOMED LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC. and, NANCY L. ARNOLD,<br><br>Defendants. | Civil Action No. 03-CV-12498 (RWZ) |

### JOINT STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties having entered into a Settlement Agreement and stipulated to this dismissal, all claims and counterclaims are dismissed with prejudice, with each party to bear its own costs and attorneys fees. The Court will maintain jurisdiction to enforce that Agreement.

Respectfully submitted,                                         6/23      , 2006

DIOMED INC., DIOMED HOLDINGS INC., and DIOMED LIMITED,

By their counsel,

_____
Michael A. Albert, BBO # 558566
James J. Foster, BBO # 553285
Ilan N. Barzilay, BBO # 643978
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 646-8000

VASCULAR SOLUTIONS, INC. and
NANCY ARNOLD

By their counsel,

_____
J. Thomas Vitt, *admitted pro hac vice*
Todd R. Trumpold, *admitted pro hac vice*
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-5675

## CERTIFICATE OF SERVICE

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

      /s/ James J. Foster